UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------

UNITED STATES OF AMERICA,   ORDER OF SUSTENANCE

 -vs-

CR-09-395(S) (FB)

ANTHONY PRADDY,
              Defendants.

-------------------------------------------------------------

     **ORDERED** that the Marshal supply proper

( ) LODGING

(XX) SUSTENANCE

( ) TRANSPORTATION

    to the (12) jurors empaneled in the above entitled case.

DATED:  Brooklyn, New York
     **April   27, 2011**

( ) DURING TRIAL

(XX) DELIBERATING

( ) SEQUESTERED

( ) BREAKFAST                                     U. S. D. J.

(XX) LUNCH

( ) OTHER _____