587

```
  1                 UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK
  2

  3    - - - - - - - - - - - -    X

  4   UNITED STATES OF AMERICA,    :    09cr395

  5                                :

  6                                :
         -against-                 :
  7                                     United States Courthouse
                                        Brooklyn, New York
  8   ANTHONY PRADDY,              :

  9                                     April 25, 2011
                  Defendant.       :    10:00 o'clock
 10    - - - - - - - - - - - -    X

 11                  TRANSCRIPT OF TRIAL
                    BEFORE THE HONORABLE FREDERIC BLOCK
 12                 UNITED STATES DISTRICT JUDGE, and a jury

 13
      APPEARANCES:
 14

 15   For the Government:          LORETTA E. LYNCH
                                   United States Attorney
 16                                BY: SETH DAVID DuCHARME
                                        ANDREW EDWARD GOLDSMITH
 17                                Assistant United States Attorneys
                                   271 Cadman Plaza East
 18                                Brooklyn, New York

 19
      For the Defendant:           MITCHELL J. DINNERSTEIN, ESQ.
 20                                350 Broadway
                                   New York, N.Y. 10013
 21
      Court Reporter:              Burton H. Sulzer
 22                                225 Cadman Plaza East
                                   Brooklyn, New York
 23                                (718) 613-2481
                                   Fax )718 613-2505
 24
      Proceedings recorded by mechanical stenography, transcript
 25   produced by computer-aided transcription.
```

588

1              (open court-case called-appearances noted.)

2              THE COURT:  Good morning everybody.  I hope you had

3    a restful weekend and that you had a very good holiday.  We

4    are going to complete the trial this week, I suspect.  We have

5    a full day scheduled today so let's continue.

6              Mr. Goldsmith, you have your next witness?

7              MR. GOLDSMITH:  First we have a stipulation.

8              THE COURT:  This is another stipulation.  I told you

9    when the parties stipulate you can accept what they stipulate

10   to as established fact.

11             Go ahead.

12             MR. GOLDSMITH:  It is hereby stipulated by and

13   between --

14             THE COURT:  Is there an exhibit number?

15             MR. GOLDSMITH:  402 A.

16             THE COURT:  402 A?

17             MR. GOLDSMITH:  Yes.

18             It is hereby stipulated and agreed by and between

19   the United States of America, by Assistant United States

20   Attorneys Seth D. DuCharme and Andrew Goldsmith, and the

21   defendant Anthony Praddy, also known as Birdman, by his

22   attorney Mitchell J. Dinnerstein, Esq. that:

23             1. The substance in Government Exhibt 203 is

24   marijuana.

25             2.  The marijuana contained in Government Exhibt 203

Astrakhan - direct - Goldsmith                    589

1    has an aggregate weight of 7.372 ounces.

2              3.   The stipulation is admissible in evidence.

3              The government offers 402 A in evidence.

4              THE COURT:  So that is agreed to.

5              (So marked.)

6              MR. GOLDSMITH:  The government calls Vadim

7    Astrakhan.

8              THE COURT:  Because there is a stipulation there is

9    no need to call somebody who will testify as to the weight of

10   the marijuana.  Nobody is questioning the accuracy of the

11   report.  We don't have to waste time by having another witness

12   when everybody agrees to that.

13             All right.

14   VADIM ASTRAKHAN,

15        called as a witness, having been first duly sworn,

16        was examined and testified as follows:

17   DIRECT EXAMINATION

18   BY MR. GOLDSMITH:

19   Q    What do you do for a living?

20   A    I am a senior forensic chemist.

21   Q    Where?

22   A    At the DEA, Drug Enforcement Administration.

23   Q    How long have you had that position?

24   A    Nine years.

25   Q    What are your duties?

Astrakhan - direct - Goldsmith                590

1   A    I ANALYZE submitted evidence for the presence of

2   controlled and uncontrolled substances.

3   Q    Approximately how many times have you analyzed submitted

4   substances?

5   A    Over 3000.

6   Q    How many times have you analyzed marijuana or suspected

7   marijuana?

8   A    Seven, 800 times, give or take.

9   Q    Have you ever tested alleged marijuana that you concluded

10  was in fact not marijuana?

11  A    Yes, I have.

12  Q    Could you describe your education for us, please,

13  briefly.

14  A    I have a bachelor of science in chemistry from University

15  of Michigan and a master of science and forensic science in

16  John Jay College of Criminal Justice.

17          THE COURT:  Forensic science, when you say forensic

18  science, specifically you mean what in terms of telling the

19  jury what forensic science means?

20          THE WITNESS:  A forensic chemist specifically is a

21  person that applies chemistry to the matters of law.

22          THE COURT:  To matters of law?

23          THE WITNESS:  Yes.

24          THE COURT:  I know that but it's good for the jury

25  to hear that.

Astrakhan - direct - Goldsmith                591

1              Go ahead.

2    Q    Have you previously testified in Federal Court as an

3    expert in forensic chemistry?

4    A    Yes, I have.

5              MR. GOLDSMITH: The government offers Mr. Vadim

6    Astrakhan as an expert in forensic chemistry.

7              MR. DINNERSTEIN:  No objection.

8              THE COURT:  Here we have an expert who is going to

9    be testifying.  I will explain how you assess the testimony of

10   an expert in my closing instructions.

11             Basically the credibility of all witnesses are to be

12   assessed the same way, listen to their testimony, you make the

13   decision as to their credibility or believability.

14             Go ahead.

15   BY MR. GOLDSMITH:

16   Q    Sir, I have just handed you Government Exhibit 207, 208,

17   209, 210, 211, 212 and 213.

18             What are those?

19   A    They are the exhibits that I have analyzed.

20             THE COURT:  The marijuana, right?

21             THE WITNESS:  Yes.

22             THE COURT:  All right.

23             THE WITNESS:  To put it simply.

24             MR. GOLDSMITH:  The government offers Government

25   Exhibits 207 through 213.

Astrakhan - direct - Goldsmith                 592

1        MR. DINNERSTEIN:  No objection.

2        THE COURT:  I think we already have that in evidence

3   according to my list.

4        MR. GOLDSMITH:  We did offer it with Agent Foy.

5   You're right.

6        THE COURT:  That was done on 5/8.

7   Q    Sir, did you prepare reports concerning your analysis of

8   that marijuana that we were just looking at?

9   A    I did.

10  Q    I hand you Government's Exhibits 421 through 427.  What

11  are those?

12  A    Those are my reports.

13  Q    About that marijuana?

14  A    Correct.

15       MR. GOLDSMITH:  The government offers Exhibit 421

16  through 427.

17       THE COURT:  Any objection?

18       MR. DINNERSTEIN:  No objection.

19       THE COURT:  In evidence.

20       (So marked.)

21  Q    What tests did you perform on that marijuana, sir?

22  A    In all of these exhibits I have used three tests, one a

23  microscopy test; one a color test, specifically Duquenois

24  Levin, and a GC/MS test, which stands for gas

25  chromatography/mass spectrometry.

BHS      OCR      CM      CRR      CSR

Astrakhan - cross - Dinnerstein                    593

1    Q    Are those accurate and accepted methods of identifying

2    marijuana?

3    A    Yes, they are.

4    Q    What was the results of those tests?

5    A    All of these results showed the presence of marijuana in

6    all of these exhibits.

7    Q    Did you also determine the weight of the marijuana?

8    A    Yes, I did.

9    Q    Where is that recorded?

10   A    On those reports, where it says "net weight."

11   Q    The reports that I just handed up to you?

12   A    Yes.

13   Q    Could you just please, using those reports, tell the jury

14   what the weights were of the exhibits the marijuana that you

15   examined?

16   A    Government Exhibit 421, net weight, 25.8 grams.  422,

17   27.8 grams.  423, 46.5 grams.  424, 24.1 grams.  425,

18   26.4 grams; Exhibit 426, 51.3 grams; Exhibit 427, 13.2 grams.

19            MR. GOLDSMITH:  Nothing further, your Honor.

20            THE COURT:  Any questions, Mr. Dinnerstein?

21            MR. DINNERSTEIN:  Yes, your Honor.  Just a few.

22   CROSS-EXAMINATION

23   BY MR. DINNERSTEIN:

24   Q    Mr. Astrakhan, good morning.

25   A    Good morning.

1  Q    How many grams are there in an ounce?

2  A    Twenty-eight -- approximately 28.

3  Q    Twenty-eight?

4  A    Yes.

5  Q    Now, you were talking about grams -- sometime in terms of

6  marijuana do they talk about ounces?

7  A    Not in forensic science.  We keep everything metric.

8  Q    Everything is a metric system, right?

9  A    Yes.

10 Q    So that is kind of what lay people sometimes call ounces

11 or half ounces, or things like that; is that correct?

12 A    Yes.

13 Q    Now, do you have any idea what the street value of

14 about -- you said one was 25.8 grams?

15 A    Sorry, no.

16 Q    Do you have any idea the street value is?

17 A    No.

18 Q    Is 25 or 26 grams, is that a lot marijuana or is it a

19 small amount?

20 A    Put it this way, I've seen more and I've seen less.

21 Q    But sometimes --

22 A    This is pretty typical of marijuana submission.

23 Sometimes I see literally kilos of marijuana.

24 Q    Kilos obviously are --

25 A    It's more.

Astrakhan - cross - Dinnerstein                595

1    Q    Are a lot more than that?

2    A    Sometimes I see only a couple of grams.  We get all kinds

3    of submissions.

4    Q    In one kilogram how many grams are there?

5    A    A thousand.

6    Q    A thousand --

7    A    Grams.

8    Q    A thousand grams in one kilogram?

9    A    Yes.

10   Q    We're talking here about anywhere between 13 and

11   50 grams; is that correct, 51 grams?

12   A    Yes.  In ounces, most of these are around one ounce, one

13   of them is like half an ounce, another one is two ounces.

14   Q    Actually it's a little bit less than one ounce or

15   two ounces; isn't that correct?

16   A    A little bit.  Some of them were like 27.8.  That is

17   practically an ounce.

18   Q    That is pretty close to an ounce?

19   A    46.5 is almost two ounces.

20   Q    Actually two ounces would be 56 grams, right?

21   A    That's correct.

22   Q    Forty-six would be about ten grams below two ounces; is

23   that correct?

24   A    Yes.

25         MR. DINNERSTEIN:  Thank you very much, sir.  Nothing

McQuilkin - direct - DuCharme                    596

1   further.

2            THE COURT:  Anything further, Mr. Goldsmith?

3            MR. GOLDSMITH:  No, your Honor.

4            THE COURT:  Thank you.  You may step down.

5            THE WITNESS:  Thank you.

6            THE COURT:  Next witness.

7            (Witness excused.)

8            MR. DuCHARME:  The government calls Hayden

9   McQuilkin.

10  HAYDEN  McQUILKIN,

11       called as a witness, having been first duly sworn,

12       was examined and testified as follows:

13  DIRECT EXAMINATION

14  BY MR. DuCHARME:

15  Q    Mr. McQuilkin, do you have any nicknames or other names?

16  A    Yes, sir.

17  Q    What are your nicknames?

18  A    Rondu, DuMan.

19  Q    Rondu and DuMan?

20  A    Du.

21  Q    How old are you, sir?

22  A    Forty-seven.

23  Q    Where were you born?

24  A    Trinidad.

25  Q    When did you come to the United States, Mr. McQuilkin?

McQuilkin - direct - DuCharme                    597

1    A    1973.

2    Q    How old were you when you came to the United States in

3    1973?

4    A    Nine going on ten.

5    Q    Did you come to this country illegally, sir?

6    A    Yes, sir.

7    Q    Where did you grow up after you came to the United

8    States, Mr. McQuilkin?

9    A    Flatbush.

10   Q    And what borough is that in?

11   A    In Brooklyn.

12   Q    Did you go to school?

13   A    Yes, sir.

14   Q    How far did you go in school, Mr. McQuilkin?

15   A    I have an associate's degree.

16   Q    An associate's degree?

17   A    Yes, sir.

18            MR. DINNERSTEIN:  Could you ask the witness to keep

19   his voice up.

20            THE COURT:  I guess we're going to have to move that

21   machine a little bit closer.  That should could it.

22            Keep your voice up.

23            THE WITNESS:  Okay.

24   Q    Mr. McQuilkin, do you drink alcohol?

25   A    Yes, sir.

1    Q     How often?

2    A     Like three times a week.

3    Q     Three times a week?

4          THE COURT:  You're dropping your voice.

5    A     Like three times a week.

6          THE COURT:  Move up a little bit.  You don't have to

7    bend forward all the time.  You're close enough now.  Say

8    "about three times a week" again.

9    A     About three times a week.

10         THE COURT:  Don't move forward.

11         THE WITNESS:  About three times a week.

12         THE COURT:  Can you hear that, Mr. Dinnerstein?

13         MR. DINNERSTEIN:  I can, Judge.

14         THE COURT:  Thank you.

15   Q     Now, Mr. McQuilkin, also, if you need to you can move the

16   microphone around, but I think we have got you in a good spot

17   now.

18         Have you ever used illegal drugs, sir?

19   A     Yes, sir.

20   Q     What kinds of illegal drugs have you used?

21   A     Marijuana.

22   Q     When was the last time you used marijuana, sir?

23   A     '06.

24   Q     2006?

25   A     Yes, sir.

McQuilkin - direct - DuCharme                    599

1    Q    Now, are you cooperating with the Federal government in

2    connection with this case, Mr. McQuilkin?

3    A    Yes, sir.

4    Q    And approximately when did you first meet with federal

5    investigators?

6    A    2006, August.

7    Q    And why did you meet with federal investigators in 2006?

8    A    They asked me.  They wanted to speak to me if I know

9    anything about drugs and crimes, and I told them yes.

10   Q    Did you hope to gain anything by cooperating with the

11   government?

12   A    Yes, sir.

13   Q    What did you hope to gain?

14   A    My freedom.

15   Q    Had you been arrested?

16   A    Yes, sir.

17   Q    On what charge?

18   A    Re-entry.

19   Q    Now, did you agree to provide information to the

20   government?

21   A    Yes, sir.

22   Q    And generally what types of information did you provide

23   to the government?

24   A    About drugs and guns and murder.

25   Q    Did you provide information about crimes that you

1   committed?

2   A    Yes, sir.

3   Q    Have you plead guilty to federal crimes, Mr. McQuilkin?

4   A    Yes, sir.

5   Q    Approximately when did you plead guilty to federal

6   crimes?

7   A    June 2007, sir.

8   Q    What federal crimes have you plead guilty to?

9   A    Steering and illegal re-entry to --

10            THE COURT:  What was the first one?

11            THE WITNESS:  Steering.

12            THE COURT:  Steering?

13            THE WITNESS:  Yes.

14            THE COURT:  What do you mean by steering?

15            THE WITNESS:  When you -- somebody is selling drugs

16   and somebody want to buy drugs and you take the person that

17   want to buy drugs to the person that is selling it and they

18   give you a profit out of it.

19   Q    Have you been sentenced yet for the federal crimes you

20   pled guilty to?

21   A    No, sir.

22   Q    Are you facing jail time?

23   A    Yes, sir.

24   Q    How much?

25   A    Ten years to life.

1    Q    Now, an agreement with the government in connection with

2    your guilty plea, Mr. McQuilkin?

3    A    Yes, sir.

4    Q    Is the agreement you entered into with the government in

5    writing?

6    A    Yes, sir.

7              MR. DuCHARME:  If I may approach, your Honor?

8              THE COURT:  You may.

9    Q    Mr. McQuilkin, I'm showing you what has been marked for

10   identification as Government Exhibit 448.  I ask you to take a

11   look at that (Handing.)

12             Do you recognize that, sir?

13   A    Yes, sir.

14   Q    What is that?

15   A    A cooperation agreement.

16   Q    If you turn to the last page, do you see your signature

17   there?

18   A    Yes, sir.

19             MR. DuCHARME:  Your Honor, at this time the

20   government offers Exhibit 448 into evidence.

21             THE COURT:  Any objection, Mr. Dinnerstein?

22             MR. DINNERSTEIN:  No objection.

23             THE COURT:  In evidence.

24             (So marked.)

25   Q    Mr. McQuilkin, what specifically are the crimes you pled

McQuilkin - direct - DuCharme                    602

1  guilty to?

2  A    Conspiracy crack cocaine and illegal re-entry to America.

3  Q    The crack conspiracy charge, is the steering that you

4  described to the court earlier?

5  A    Yes, sir.

6  Q    And under the cooperation agreement that you have with

7  the government, Mr. McQuilkin, what is your understanding of

8  what your obligations are?

9  A    Always tell the truth; be on time.

10 Q    Do you have any other obligations?

11 A    No.

12 Q    When you say "be on time," be on time for what?

13 A    Be on time for the FBI agents if they want to meet with

14 me, always be there and cooperate with -- do what they ask of

15 me.

16 Q    Mr. McQuilkin, what is your understanding of what the

17 government has agreed to do for you if you meet the terms of

18 your cooperation agreement?

19 A    They will send a letter to the judge with my criminal

20 record and also the recommendation from them and it's up to

21 the judge to make the decision if I'm guilty -- I mean if you

22 want to sentence me or if do you not want to sentence me.

23            THE COURT:  When you say -- you're mumbling.

24            THE WITNESS:  I say it's up to -- after the U.S.

25 Attorney send the letter, he sends a letter with my criminal

BHS    OCR    CM    CRR    CSR

McQuilkin - direct - DuCharme                          603

1   record and a letter of recommendation to the judge.  It's up

2   to the judge to decide if I go to jail or if I go free.

3   Q    What is your understanding, Mr. McQuilkin, of what that

4   letter would allow the judge to do if the government were to

5   provide such a letter for you?

6   A    It's up to the judge to sentence me to whatever time.  He

7   could sentence me to ten years, he could sentence me to no

8   time.

9   Q    Without that letter what is the minimum amount of time

10  you're facing?

11  A    Ten years.

12  Q    What about with the letter?

13  A    It could be anything.

14  Q    Has anybody promised you what your sentence will be?

15  A    No, sir.

16  Q    Do you know what your sentence will be?

17  A    No, sir.

18  Q    What do you hope it will be?

19  A    That I go home free.

20  Q    Now, based on your understanding of the agreement,

21  assuming that you comply with your obligations, is there

22  anything else that you would expect the government to do for

23  you?

24  A    Yes.  Write a letter to Immigration for me.

25  Q    What do you expect that that letter would do?

McQuilkin - direct - DuCharme                604

1   A    It would be up to Immigration just like the judge to make

2   the decision.

3   Q    With respect to what, what are you hoping to get from

4   Immigration?

5   A    That I be allowed to stay in the country.

6   Q    Has anyone promised you that you'll be allowed to stay in

7   this country?

8   A    No, sir.

9   Q    What is your understanding of who makes that final

10  determination?

11  A    Immigration.

12  Q    Mr. McQuilkin, what is your understanding of what happens

13  to you if you do not provide complete and truthful information

14  pursuant to that agreement?

15  A    I would be going to jail.

16  Q    Will you be able to take your guilty plea back?

17  A    No, sir.

18  Q    Now, since you entered into that agreement with the

19  government in June of 2007, sir, have you attended meetings

20  with the government?

21  A    Yes, sir.

22  Q    Approximately how many?

23  A    Hundreds of times.

24       MR. DINNERSTEIN:  I didn't hear the answer.

25       THE WITNESS:  Hundreds of times.

McQuilkin - direct - DuCharme                    605

1   Q    Generally, what types of things have you done to assist
2   the government since you entered into that agreement?
3   A    Go and buy drugs.
4   Q    Go and buy drugs?
5   A    Yes, sir.
6   Q    Has the FBI ever given you any money during the time that
7   you have been working with them?
8   A    Yes, sir.
9   Q    About how much money has the FBI given you over the
10  years?
11  A    Over 50,000.
12  Q    And for what reason has the FBI given you $50,000 over
13  the years?
14  A    Well, they give it to me to pay my rent and -- first they
15  wasn't giving me, they would give me like to pay my phone bill
16  and for carfare and then I went and did a trial for the people
17  near where I have live, so they had to move me and my family.
18  Q    Over what years has the FBI paid you that money?
19  A    From 2008, October, they started paying my rent.
20  Q    And other than working with the FBI, Mr. McQuilkin,
21  during that time frame, have you had any other sources of
22  income?
23  A    Yes, sir.
24  Q    What have your other sources of income been?
25  A    I was working construction for awhile and doing moving

McQuilkin - direct - DuCharme                                606

1    jobs.

2    Q    Have you had any steady employment during that time?

3    A    No, sir.

4    Q    Why not?

5    A    Because I would always be obligated to the FBI.

6    Q    Has the FBI provided you any assistance with respect to

7    your work status?

8    A    Yes, sir.  I didn't receive that till March of 2010.

9    Q    What did you receive?

10   A    Work permit, I could work till December of 2010.

11   Q    How many different cases, Mr. McQuilkin, have you worked

12   on the FBI with?

13   A    About five.

14   Q    And in connection with this case, Mr. McQuilkin, did you

15   attend meetings with the government to prepare to testify here

16   today?

17   A    Yes, sir.

18   Q    About how many times did you meet with the government to

19   prepare for this case?

20   A    About 12 times.

21   Q    Now, Mr. McQuilkin, are you familiar with the Raleigh

22   Place/Church Avenue area of East Flatbush?

23   A    Yes, sir.

24   Q    How did you get to know that neighborhood?

25   A    I was living over there.

BHS        OCR        CM        CRR        CSR

McQuilkin - direct - DuCharme                    607

1    Q    Over what period of time were you living over there?

2    A    2002 till 2005.

3    Q    During that time did you spend time near Raleigh Place?

4    A    Yes, sir.

5    Q    Have you purchased marijuana in that area?

6    A    Yes, sir.

7    Q    Over what period of time did you purchase marijuana in

8    the area of Raleigh Place?

9    A    From 2002 till 2006 and then from 2007 till 2009.

10   Q    Were some of those times at the direction of the FBI?

11   A    Yes, sir.

12   Q    Which times?

13   A    From 2007 till 2009.

14   Q    Who are some of the people you bought marijuana from in

15   the area of Raleigh Place and Church Avenue?

16   A    What period of time?

17   Q    Let's say 2002 through 2000 -- what did you say, six?

18   A    Yes.

19   Q    How about at any time, Mr. McQuilkin, who are the people

20   that you bought marijuana from at any time from Church Avenue

21   and Raleigh Place?

22   A    Birdman, Kion, Devon, Joe, Dre, Josh, Lindsey, amongst

23   others.

24   Q    Do you see any of those people in the courtroom today?

25   A    Yes, sir.

McQuilkin - direct - DuCharme                    608

1   Q    Who do you see?

2   A    Birdman.

3   Q    Can you please describe an item of clothing that he's

4   wearing?

5   A    Beige shirt, gray shirt.

6            MR. DuCHARME:  If the record could reflect the

7   witness has identified the defendant?

8            THE COURT:  Yes.

9   Q    Mr. McQuilkin, approximately how many times have you

10  bought marijuana from the defendant?

11  A    I can't really say exactly the amount because it's not

12  like every time you buy marijuana you go home and write down

13  "I bought it today, I bought it yesterday," but I would say

14  close to about a hundred times.

15  Q    Was that over the entire period of time that you were

16  talking to the jury about?

17  A    Yes, sir.

18  Q    And where are some of the places that you bought

19  marijuana from the defendant?

20  A    Church, Raleigh, Fairview, Raleigh between Martense and

21  Church.

22  Q    I'm showing you a map that is in evidence as Government

23  Exhibit 400.  Can you see that up on the screen, sir?

24  A    Yes, sir.

25  Q    Using this map for a reference, were there any specific

BHS    OCR    CM    CRR    CSR

1   locations in the area of Church Avenue and Raleigh Place that

2   you bought marijuana from the defendant, any particular spots?

3   A    Raleigh between Martense and Church, Church between

4   Raleigh and Fairview.

5   Q    How about any specific stores or commercial areas or --

6   A    A laundromat, Arab store.  Outside sometimes.

7   Q    I'm sorry, I interrupted?

8   A    I said outside sometimes.

9   Q    If you touch that screen, Mr. McQuilkin, with your finger

10  you should be able to make a mark.

11          You said there was a laundromat?

12  A    Yes, sir.

13  Q    Using that map, can you figure out where the laundromat

14  was that you purchased marijuana from the defendant?

15  A    It would be over here (Indicating.) right on the corner

16  of Raleigh and Church.

17  Q    And you said there was a store as well.  What street was

18  the store on?

19  A    Church, between Raleigh and Fairview.

20  Q    Showing you a picture that is in evidence as Government

21  Exhibit 439.

22          Do you recognize that?

23  A    Yeah, that is the laundromat.

24  Q    And I'm showing you a picture that is in evidence as

25  Exhibit 444.

McQuilkin - direct - DuCharme                    610

1           Do you recognize that?

2    A    Yeah.  That is the Arab store.

3    Q    Why do you call it the Arab store, sir?

4    A    Because Arab people that own it.

5    Q    Mr. McQuilkin, have you ever seen the defendant with a

6    firearm?

7    A    Yes, sir.

8    Q    Have you ever seen the defendant use a gun?

9    A    Yes, sir.

10   Q    To do what?

11   A    Shoot somebody.

12   Q    Who?

13   A    Belize.

14           MR. DuCHARME:  If I may approach, your Honor?

15           THE COURT:  Yes.

16   Q    Sir, I'm showing you what is in evidence as Government

17   Exhibit 110.  I ask you do you recognize that?

18   A    Yes, sir.  That is Belize.

19   Q    How do you know Belize?

20   A    I know him from buying marijuana from him also and from

21   being on Church Avenue.

22   Q    When did you buy marijuana from Belize?

23   A    Like 2003, 2004.

24   Q    Where did you buy marijuana from Belize?

25   A    Same Arab store.

McQuilkin - direct - DuCharme                 611

1    Q    Do you know if Belize has any nicknames or other names?

2    A    Trinny.

3    Q    Other than buying marijuana, Mr. McQuilkin, have you

4    committed other sorts of crimes?

5    A    Yes, sir.

6    Q    Generally what types of crimes have you committed?

7    A    Selling drugs, robbery, assaults, shoplifting, picking

8    pockets.

9    Q    Was there ever an incident, Mr. McQuilkin, when you

10   brought a gun to school?

11   A    Yes, sir.

12   Q    Approximately when did that happen?

13   A    1978.

14   Q    How old were you in 1978?

15   A    Fifteen.

16   Q    Fifteen years old?

17   A    Yeah.

18   Q    What happened in that incident?

19   A    I brung a gun to school and I was showing my friend the

20   gun.  He took it, dropped it on the floor and he got shot in

21   his ankle.

22   Q    Did you shoot the gun?

23   A    No, it dropped it on the floor.

24   Q    Why did you bring a gun to school, Mr. McQuilkin?

25   A    I have no idea.

BHS      OCR      CM      CRR      CSR

McQuilkin - direct - DuCharme                    612

1   Q    What happened after the accident when the gun went off?

2   A    I end up going to counseling.

3   Q    I think you said you committed some shoplifting; is that

4   right?

5   A    Yes, sir.

6   Q    How often have you engaged in shoplifting?

7   A    A lot of times.

8   Q    What sorts of things did you take?

9   A    Clothing.

10  Q    Did you ever get arrested for that?

11  A    Yes, sir.

12  Q    Convicted of that?

13  A    No, sir.

14  Q    What happened to those cases?

15  A    They end up being dismissed after -- like I used to get

16  arrested and they let you go because it's petty crimes and

17  after awhile all them bolt up and when Immigration got me,

18  they end up dismissing all the cases so Immigration could

19  arrest me instead of prolonging it.

20  Q    Did you also say that you engaged in robbery?

21  A    Yes, sir.

22  Q    And directing your attention to 1979.  Were you involved

23  in a robbery of a moped in 1979?

24  A    Yes, sir.

25  Q    How old were you then?

McQuilkin - direct - DuCharme                    613

1   A    Sixteen.

2   Q    What happened in that incident?

3   A    Me and my friend tried to take a guy moped and he got

4   away but I end up getting caught, but we never got the moped.

5   Q    How about chain snatching?

6   A    Yeah.

7   Q    How many times have you done that?

8   A    I have done it one time.

9   Q    Did you get in trouble for that?

10  A    Yes.

11  Q    Directing your attention to 1982, Mr. McQuilkin.  How old

12  were you then?

13  A    Twenty-one, 22.

14  Q    Were you involved in an incident on a bus in 1982?

15  A    Yes, sir.

16  Q    What happened on the bus, Mr. McQuilkin?

17  A    Me and my friend was on a bus picking pockets and my

18  friend got caught and they started beating him up and I pulled

19  a knife out.  The bus got to the next stop, the police was

20  there waiting for us.  We got arrested.

21  Q    Did you use the knife?

22  A    No, sir.

23  Q    What did you get arrested for?

24  A    Robbery, menacing.

25  Q    Were you convicted of that?

1    A    Yes, sir.

2    Q    Did you do anytime for that?

3    A    No.  I got five years Probation.

4    Q    Directing your attention to a few years after that, Mr.

5    McQuilkin.  Were you involved in another robbery involving

6    some video gaming equipment?

7    A    Yes, sir.

8    Q    What happened in that incident?

9    A    We all knew each other and we were shooting dice gambling

10   and I won.  They didn't pay me my money so the next day I went

11   to their house, I knocked on the door, pulled a knife out.  I

12   went in the house, tied him up and took Atari and Betamax.

13            MR. DINNERSTEIN:  I didn't hear that, your Honor.

14            THE COURT:  What did you take?

15            THE WITNESS:  Atari and Betamax.

16   Q    Was anyone injured in connection with that incident?

17   A    No, sir.

18   Q    Were you arrested for that?

19   A    Yes,sir.

20   Q    Convicted?

21   A    Yes.

22   Q    Did you go to jail?

23   A    Yes, sir.

24   Q    About how long did you spend in jail to go that robbery?

25   A    Five and a half years.

McQuilkin - direct - DuCharme                    615

1    Q    About when did you get out of jail?

2    A    1990.

3    Q    After you got out of jail did you continue to be involved

4    in criminal activity?

5    A    Yes, sir.

6    Q    Were you charged with a crack charge at some point after

7    being released from jail?

8    A    Yes, sir.

9    Q    What happened in that incident?

10   A    I end up pleading guilty and got conditional discharge.

11   Q    Mr. McQuilkin, I think you also mentioned you were

12   involved in assaults; is that right?

13   A    Yes, sir.

14   Q    In 1996,  sir, sir, did you get arrested for hitting

15   someone with a bottle?

16   A    Yes, sir.

17   Q    What happened in that incident?

18   A    A lady that live on my block, her husband used to beat

19   her up in the street, and one day he was beating her up in the

20   streets.  He had a beer bottle.  I took the bottle from him

21   and I end up busting him in his head and I got arrested for

22   that.

23   Q    Did you get arrested for that?

24   A    Yes, sir.

25   Q    What happened to the charge.

McQuilkin - direct - DuCharme                616

1    A    It end up being dismissed.

2    Q    Were you involved in another incident in 1997 in Coney

3    Island?

4    A    Yes, sir.

5    Q    What happened there?

6    A    Me and two females were in a store.  They started arguing

7    with the man and he started getting loud.  I end up pushing

8    him and they call the cops and I got arrested.

9    Q    Did you get convicted of that?

10   A    Yes, sir.

11   Q    Do any time in jail?

12   A    Yes, sir.

13   Q    How much?

14   A    Forty days.

15   Q    Forty days?

16   A    Yes, sir.

17   Q    Mr. McQuilkin, in these times that you have been

18   arrested, have you ever given false names?

19   A    Yes, sir.

20   Q    What are some of the names used when you have been

21   arrested?

22   A    Michael Johnston, Anthony Greg, Duran Simons, Charles

23   McNee.

24   Q    Why have you used false names, sir, when you have been

25   arrested?

McQuilkin - direct - DuCharme                    617

1   A    Because I always had Immigration over my head.

2   Q    At some point did Immigration catch up with you, Mr.

3   McQuilkin?

4   A    Yes, sir.

5   Q    When?

6   A    April 1997.

7   Q    What happened when Immigration caught up with you in

8   April of 1997?

9   A    I had the warrants for shoplifting so they had to take me

10  to court, and after I went to court that's how Immigration get

11  me.  That's why all the stealing the clothes charges was

12  dropped.

13  Q    What did Immigration do with you?

14  A    Deported me.

15  Q    To where?

16  A    Trinidad.

17  Q    When did you get to Trinidad?

18  A    May of 1997.

19  Q    What did you do when you got to Trinidad?

20  A    Well, I was planting stuff like down there.  You plant

21  your own food and you come and sell it on the streets.  Then

22  afterwards I was selling cigarettes and candy and gum, and I

23  go to parties and sell gum and cigarettes and stuff like that.

24  Q    At some point, Mr. McQuilkin, did you return to the

25  United States?

BHS    OCR    CM    CRR    CSR

McQuilkin - direct - DuCharme                    618

1   A    Yes, sir.

2   Q    Approximately when did you return to the United States?

3   A    January 2002.

4   Q    Did you have permission to come back to the U.S.?

5   A    No, sir.

6   Q    How did you get back into this country?

7   A    I stowed away.

8   Q    What does that mean, "stowed away"?

9   A    When you go on a ship, you hide in a place and when you

10  reach port you sneak off.

11  Q    What port did you come into?

12  A    Miami.

13  Q    Did you stay in Miami?

14  A    No, sir.

15  Q    Where did you go?

16  A    Straight to Brooklyn.

17  Q    What part of Brooklyn?

18  A    Flatbush, East Flatbush.

19  Q    Now when you got to East Flatbush, sir, back in 2002, how

20  did you support yourself?

21  A    Selling DVD's.

22  Q    Any other way?

23  A    Steering people to buy drugs sometimes.

24  Q    Is that the steering that you talked about, pleading

25  guilty to the federal charge before?

BHS      OCR      CM      CRR      CSR

McQuilkin - direct - DuCharme                    619

1   A    Yes, sir.

2   Q    When you say selling DVD's, what does that mean, Mr.

3   McQuilkin?  Explain to the jury how that business works.

4   A    It's bootleg DVDs.  Bootleg is when the movie come out

5   but you know you're not allowed, you have people that pirate

6   it, they make the same movie and they sell it to guys and we

7   go on the streets.  Say like a movie come out today, we would

8   get it tomorrow and sell it on the streets.  So it takes away

9   the business from the people.

10  Q    I'm showing you the map, sir, that is in evidence as

11  Government Exhibit 400.

12          Do you see that?

13  A    Yes, sir.

14  Q    Did you sell DVD's in any of those areas?

15  A    All up and down these areas.

16  Q    In all the areas shown on Government Exhibit 400 or any

17  areas more specifically?

18  A    Up and down Church Avenue, up and down.

19  Q    Over what period of time were you selling DVD's up and

20  down Church Avenue?

21  A    2002 to 2006.

22  Q    You testified earlier that at some point you met the

23  defendant; is that right?

24  A    Yes, sir.

25  Q    Where did you meet the defendant?

McQuilkin - direct - DuCharme                620

1   A    On Church, Raleigh, Fairview.

2   Q    Over what period of time did you have contact with the

3   defendant?

4   A    From 2002 till 2004 and he disappeared for awhile and

5   then in 2007 till 2009.

6   Q    Do you know where he lived?

7   A    No, sir.

8   Q    During the times that you saw the defendant in East

9   Flatbush, what are some of the specific locations that you saw

10  the defendant in?

11  A    Basically, from you could say Nostrand and Church to like

12  34th, Raleigh, Martense, Church Avenue.  In that location.

13  Q    Did you see the defendant by himself or with other

14  people?

15  A    Sometimes I seen him by hisself, sometimes I seen him

16  with other people.

17  Q    Of the other people that you saw him with, who were some

18  of those people, Mr. McQuilkin?

19  A    Lindsey, Kion, Terra, black, Devon, amongst others.

20       MR. DuCHARME:  If I may I approach, your Honor.

21       THE COURT:  You may.

22  Q    Mr. McQuilkin, I'm going to show you a series of

23  photographs that are in evidence and ask you if you recognize

24  these people.  If you do, who they are, if you know.

25       The first one is Government Exhibit 102, which I'll

McQuilkin - direct - DuCharme                    621

1   put on the board.  Do you know who that is?

2   A    Yes, sir.

3   Q    Who is that?

4   A    Bobby.

5   Q    Government Exhibit 101.  Do you know who that is?

6   A    Yes, sir.

7   Q    Ho is that?

8   A    Joe.

9   Q    Government Exhibit 100.  Do you know who that is?

10  A    Yes, sir.

11  Q    Who is that?

12  A    Kion.

13  Q    Government Exhibit 109?

14  A    Devon.

15  Q    Government Exhibit 111?

16  A    Birdman.

17  Q    Government Exhibit 112?

18  A    Lindsey.

19  Q    Government Exhibit 106?

20  A    Joe.

21  Q    Government Exhibit 124?

22  A    Sugar.

23  Q    Government Exhibit 108?

24  A    Dre.

25  Q    Government Exhibit 107?

McQuilkin - direct - DuCharme                    622

1    A    Josh.

2    Q    Government Exhibit 113?

3    A    Black.

4    Q    Government Exhibit 115?

5    A    Terra, Torrel.

6    Q    You said Terra are and what is the other thing you said?

7    A    Torrel.

8    Q    And how about Government Exhibit 125, do you recognize

9    that person?

10   A    Yes, sir.

11   Q    Who is that?

12   A    Rico.

13   Q    Now, Mr. McQuilkin, with respect to the first person on

14   the board there, Bobby, how do you know Bobby?

15   A    I know Bobby from being he's the leader of all of them,

16   basically.

17   Q    What makes you say he's the leader of all of them

18   basically?

19   A    He wouldn't sell the marijuana but he was distributing

20   the marijuana for them to sell.

21   Q    What specifically did you see Bobby do, Mr. McQuilkin?

22   A    I have seen him give Kion bulk of weed to go sell.

23   Q    When you say a bulk of weed, what does that mean?

24   A    Weed inside of plastic bag wrapped up, but a good

25   quantity amount.

McQuilkin - direct - DuCharme                     623

1    Q    And over what period of time did you see Bobby doing

2    that?

3    A    From 2002 till around 2004, then he disappeared.

4    Q    Where?

5    A    Church, Raleigh, Martense, Fairview.

6    Q    Did you ever buy marijuana from Bobby?

7    A    No.  He don't sell.

8    Q    Who is Joe?

9    A    Joe used to be Bobby's lieutenant.  He used to front

10   Kion.  Joe's the one who used to get the weed and distribute

11   to the rest of the guys, but then he disappeared like in 2003.

12   Q    What specifically did you see Joe do?

13   A    Sell marijuana, give marijuana to others.

14              (Continued next page)

15

16

17

18

19

20

21

22

23

24

25

*McQuilkin - direct/ DuCharme*                                  624

1   DIRECT EXAMINATION (Cont'd)

2   BY MR. DuCHARME:

3   Q     Okay.  Where?

4   A     Raleigh, Martense, Church, Fairview.

5   Q     Marijuana from Joe?

6   A     Yes.

7   Q     How often?

8   A     Quite often, until he disappeared.

9   Q     What about Kion, who's Kion?

10  A     Kion is a person that sells marijuana, too, but after

11  Joe, he became the main man now.

12  Q     Kion?

13  A     Yes, sir.

14  Q     And what does that mean to be the "main man"?

15  A     He is the one who started distributing the marijuana.

16  Q     Who are some of the other people you have seen Kion

17  distribute marijuana to?

18  A     James (ph), Josh, Birdman.

19  Q     Where?

20  A     Same location -- Church, Fairview, Martense, Raleigh,

21  Church.

22  Q     How about Devon?

23  A     Well, Devon, after Bobby disappeared, Kion and Devon was

24  really in charge.

25  Q     What makes you think that?

*McQuilkin - direct/ DuCharme*                          625

1  A    Because both of them were -- he became like -- Kion

2  became like Bobby, and Devon became like Kion.

3  Q    In what way?

4  A    They was giving it to each other for sale.

5  Q    Birdman, the next on the list, you talked already a

6  little bit about him, what was your understanding, if any, of

7  his relationship with the other men on the board?

8  A    He was part of the team.  He didn't hold the position

9  like Kion and Bobby.

10 Q    What makes you think that?

11 A    He was like a worker.

12 Q    What about Lindsey, how did you get to know Lindsey?

13 A    Buying marijuana.

14 Q    Where?

15 A    Church, Raleigh, Fairview.

16 Q    Over what period of time?

17 A    About in 2000, 2002, 2003,  2004.

18 Q    The individual who you referred to as Joe, what's the

19 exhibit number for him, if you'd read that, sir?

20 A    106.

21 Q    How did you get to know him?

22 A    Buying marijuana also.

23 Q    And what was our understanding of his relationship, if

24 any, to the other men on the board?

25 A    Worker. Part of the crew.

```
1   Q   What about Sugar?

2   A   Worker.  Part of the crew.

3   Q   Did you buy marijuana from him?

4   A   Yes.

5   Q   Over what period of time?

6   A   2002 -- he was in and out -- 2004.

7   Q   What does that mean "in and out"?

8   A   Sometimes he was in, sometimes he wasn't.

9   Q   How about Dre, how did you get to know him?

10  A   Buying marijuana.

11  Q   And how often did you buy marijuana from Dre?

12  A   A lot of times.

13  Q   And when you were buying marijuana from these men, did

14  you ever observe other people buying marijuana from them?

15  A   Yes, sir.

16  Q   And who had you seen sell marijuana to people other than

17  yourself?

18  A   All of them.

19  Q   Well, please be specific, sir.

20  A   I saw Bobby -- no, not Bobby.

21  Q   What about Joe?

22  A   Yes.

23  Q   Kion?

24  A   Yes.

25  Q   Devon?
```

1   A    Yes.

2   Q    Birdman?

3   A    Yes.

4   Q    Lindsey?

5   A    Yes.

6   Q    Now, you were talking about Dre a moment ago?

7   A    Yes, sir.

8   Q    What specifically would you see Dre do?

9   A    Well, Dre was like the most working one.  Like, as far as

10  he'd take any shift work, in the morning some times he would

11  be out there.  I have seen him give Kion money, you know, lump

12  sum of money, come and pick up after he sell the drugs. Give

13  Kion pack. I would stand out -- stand out with Dre sometimes.

14  Lot of people would come to him.

15  Q    You said shifts.  What you do you mean by "shift"?

16  A    I see Dre work in the morning from like six to like ten.

17  Then another two would come on at ten to like two.  Then

18  another two would come up on from two all -- they work from,

19  say, six in the morning until seven at night, you know, in

20  shifts.

21  Q    Well, was there -- did you ever observe any of these men

22  selling marijuana after seven at night?

23  A    No, sir.

24  Q    Now, how about Josh, who is Josh?

25  A    Josh sell marijuana with him.

*McQuilkin - direct/ DuCharme*                               628

1  Q    In the Church Avenue-Raleigh Place area?

2  A    Yes.

3  Q    Over what period of time?

4  A    Well, 2002 until about 2004.  Josh was the next one, Dion

5  (ph) would disappear and come back.

6  Q    Did you ever buy marijuana from Josh?

7  A    Yes.

8  Q    What about Blacks, who is Blacks?

9  A    He is a little kid I knew when he was small. I bought

10  marijuana from him but not until 2007.  Back then he wasn't

11  selling no marijuana.

12  Q    Where did you get to know him when he was a kid?

13  A    Up and down Church Avenue.

14  Q    At what point did you start buying marijuana from Blacks?

15  A    2007.

16  Q    In what area?

17  A    Martense, Raleigh and Church.

18  Q    How about Torell?

19  A    Yes.

20  Q    How did you get to know Torrell?

21  A    Buying marijuana from him.

22  Q    Over what period of time did you buy marijuana from

23  Torrell.

24  A    Like, 2003, and he disappeared, and then from -- then

25  2007 until 2009 I bought.

*McQuilkin - direct/ DuCharme*                                    629

1   Q    I'm sorry?

2   A    I bought marijuana and crack cocaine from him.

3   Q    What about Rico, did you get to know Rico.

4   A    Rico I usually saw at nighttime.

5   Q    Where?

6   A    Church, Raleigh, and Fairview.

7   Q    Now, have you ever seen any of these men with guns,

8   Mr. McQuilkin?

9   A    Yes.

10  Q    Specifically, who on the board have you seen with a gun?

11  A    Kion, Birdman, Torrell.

12  Q    And under what circumstances have you seen Kion with a

13  gun?

14  A    Shooting after somebody.

15  Q    Shooting after somebody?

16  A    Yes, sir.

17  Q    What specifically did you see Mr. McQuilkin?

18  A    I was coming down Church Avenue.  I see him chasing

19  behind a guy going towards New York, going towards New York,

20  and he was firing at the guy.  I don't know if he hit him or

21  if he didn't.  I went back the other way.

22  Q    Do you know who the guy was he was chasing?

23  A    No, sir.

24  Q    Approximately when dis you see that?

25  A    That's around 2003.

*McQuilkin - direct/ DuCharme*                    630

1    Q    I am sorry?

2    A    Around 2003.

3    Q    And you indicated you had seen Torrell with a gun?

4    A    Yes, sir.

5    Q    Under what circumstances did you see Torrell with a gun?

6    A    That was, I think, 2008.  He was -- he just came and

7    shooting in the air.

8    Q    And do you know why he was shooting in the air?

9    A    I don't know.

10   Q    Was anyone else around?

11   A    People were around.

12   Q    Who, do you recall?

13   A    Other people on the block.

14   Q    Do you remember who any of them were?

15   A    No, none of his team.

16   Q    None of his team, is that what you said?

17   A    Yes.

18   Q    Now, you also indicated you'd seen Birdman with a gun?

19   A    Yes, sir.

20   Q    Under what circumstances did you see Birdman with a gun?

21   A    Shooting Belize.

22   Q    Now, did you have an understanding based on what you

23   personally observed from, Mr. McQuilkin, of what Belize's

24   relationship was to these men, if any?

25   A    No, he was no part of the team.

McQuilkin - direct/ DuCharme                    631

1   Q    Why do you say that?

2   A    Because he wasn't allowed to sell drugs.

3   Q    What makes you say that?

4   A    Because if he wasn't part of the team -- except Blacks,

5   he wasn't around during that time -- you come on the block and

6   they find out of that you see -- catch you selling weed on

7   their black you are liable to get beat up, shot or whatever.

8   Q    Have you ever seen any of these guys do that, chase

9   somebody or beat them?

10  A    I seen Kion chase people off the block.

11  Q    What about specifically with Belize, did you ever see any

12  confrontation between bell least an any of other men on the

13  board?

14  A    Yes.

15  Q    And directing your attention to May or the, spring I

16  should say, of, 2004 sir, did you see any confrontations

17  between Belize and the men on the board in the spring of 2004?

18  A    Yes, sir.

19  Q    And what was the first confrontation that you saw between

20  Belize and any of the men on the board?

21  A    I seen Devon and Birdman telling Belize, yo, don't be

22  selling no weed on this block.

23  Q    What were you doing at that time?

24  A    I was coming out Church Avenue walking past them, on

25  Nostrand, and selling DVDs.

*McQuilkin - direct/ DuCharme*                    632

1   Q    Selling your DVDs?

2   A    Yes.

3   Q    What, if anything, drew your attention to this

4   conversation?

5   A    I heard him saying -- it was loud, it was aggressive,

6   saying and I knew all three of them I knew and I know that

7   Belize ain't supposed to be on the block selling no weed so --

8   Q    Where did you see this conversation take place?

9   A    By the Arab store, Church, between Raleigh and Fifth.

10  Q    And what, if anything, did you hear the defendant say to

11  Belize?

12  A    I just finished telling you, you not be selling no weed

13  on this block.

14  Q    Who else was there?

15  A    Devon and Birdman.

16  Q    Did you hear whether or not Devon said anything?

17  A    No.

18  Q    Did you hear whether or not Belize said anything?

19  A    No.

20  Q    What was their tone?

21  A    Aggressive.

22  Q    And what happened after that?

23  A    I kept walking.

24  Q    Now, specifically, sir, directing your attention to

25  May 26th of 2004, do you recall that day?

*McQuilkin - direct/ DuCharme*                        633

1  A     Yes, sir.

2  Q     What were you doing that day?

3  A     Selling my DVDs.

4  Q     Where?

5  A     Up and down Church Avenue.

6  Q     And did there come a time when you took a break, sir?

7  A     Yes.

8  Q     What did you do to take a break?

9  A     I went to the Arab store I showed you earlier and bought

10 a cigarette.

11 Q     Showing you what's in evidence as Government Exhibit 444,

12 do you recognize that?

13 A     Yes, that's the store there.

14 Q     I'm showing you another photograph in evidence, sir, as

15 Government Exhibit 472, do you recognize that?

16 A     Yeah, that's Roti shop and Arab store.

17 Q     That's another view of the same store?

18 A     Yes, sir.

19        MR. DuCHARME: Can we have the picture blown up a

20 little bit larger.

21 Q     Mr. McQuilkin, I am going to put it up on the easel. Can

22 you see that okay, sir?

23 A     Yes.

24 Q     Same picture on the screen?

25 A     Yes.

*McQuilkin - direct/ DuCharme*                                  634

1   Q    Now, what did that store look like inside, Mr. McQuilkin?

2   A    We walked in.  On the left it's a refrigerator with

3   juices, sodas.  In the back you got potato chips rack and on

4   this side there's a -- like, a bullet proof, sell like candy,

5   cigarettes, popcorn.

6   Q    I am putting 444 back up so you can see that.  Do you see

7   where the door is open in that picture, sir?

8   A    Yes.

9   Q    On the night you went in to take a break on May 26th,

10  2004, you recall whether the door was opened or closed?

11  A    It was opened.

12  Q    And why did you go into the store?

13  A    To buy loose cigarette.

14  Q    I'm sorry?

15  A    I said loose cigarette, which means one single cigarette.

16  Q    When you went into the store, sir, was anyone else

17  present?

18  A    Yes, sir.

19  Q    Who else was present?

20  A    It was other people in there and Belize was in the back

21  by the potato chip rack.

22  Q    Is Belize the same person you identified in Government

23  Exhibit 110?

24  A    Yes, sir.

25  Q    What, if anything, did you say to Belize and what, if

*McQuilkin - direct/ DuCharme*                                    635

1   anything, did he say to you, sir?

2   A    I said what's up Trinny and he said what's up Dude.

3   Q    You said Trinny?

4   A    Yes.

5   Q    Is that one of his nicknames?

6   A    Yes, sir.

7   Q    While you were in there did you get a loosie cigarette,

8   Mr. McQuilkin?

9   A    Yes.

10  Q    And what, if anything, happened next?

11  A    Birdman and Lindsey came into the store and told him, yo,

12  man, I taught I told you don't be selling no fucking -- excuse

13  my language -- no fucking weed on this block.

14  Q    When Birdman and Lindsey came into the store did they say

15  anything to you?

16  A    They said what's up.

17  Q    They said what's up?

18  A    Yes.

19  Q    And after the do you know who specifically said the words

20  that you told the jury about?

21  A    Both of them.

22  Q    I'm sorry?

23  A    Both of them.

24  Q    They were both speaking?

25  A    Yes, sir.

*McQuilkin - direct/ DuCharme*                    636

1   Q     And after they both said what they said to Belize, what,
2   if anything, did Belize say back to them?
3   A     Fuck you.  Get the fuck out of my face.
4   Q     He said that to Birdman?
5   A     And to Lindsey.
6   Q     What happened after Belize said that to Birdman and
7   Lindsey?
8   A     They walked out the store.  They got on the bicycle and
9   rode off on to Raleigh and Church.
10  Q     When you say they got on the bicycle, was it one bicycle
11  or more than one bicycle?
12  A     One bike.
13  Q     Both of them got on the same bike?
14  A     Yeah.  He was on the bike and Lindsey was riding.
15  Q     How could you see them if you were still in the store?
16  A     Because the door was open.
17  Q     And which direction did they ride off of?
18  A     Toward Raleigh and Church.
19  Q     And what did you do after Birdman and Lindsey left the
20  store?
21  A     Came outside smoked my cigarette.
22  Q     And where did you go to smoke your cigarette, sir?
23  A     Right by -- closer to barbershop.
24          MR. DuCHARME:  May I approach, Your Honor?
25          Mr. McQuilkin, I am showing you another picture

*McQuilkin - direct/ DuCharme*                              637

1    that's in evidence.  This is Government Exhibit 438, if we

2    could just put that up over here.

3    Q    Can you see that okay?

4    A    Yes.

5    Q    What's that?

6    A    Barbershop (indicating).

7    Q    Where's the candy store in relation to the barbershop in

8    that picture?

9    A    Right here (indicating).

10   Q    When you came outside to smoke your cigarette where did

11   you go?

12   A    I came towards the barbershop an stood by the barbershop

13   smoking my cigarette.

14   Q    And was anyone else around?

15   A    People walking up and down the street.

16   Q    Do you remember specifically who any of those people

17   were?

18   A    I wasn't really paying no mind, no attention.

19   Q    What, if anything, happened while you were smoking your

20   cigarette out there?

21   A    When Belize came out and he went inside the barbershop I

22   was smoking my cigarette and after I finished smoking my

23   cigarette I went in the barbershop trying to sell my DVDs.

24   Q    Who was inside the barbershop when you went in there, if

25   you recall?

*McQuilkin - direct/ DuCharme*                              638

1  A    The barbers, people getting haircut.

2  Q    Do you remember any of the barbers?

3  A    Dion, Swittle (ph).

4  Q    And what did you do once you got inside the barbershop?

5  A    Tried to sell my DVDs.

6  Q    Did you speak to Belize at all inside the barbershop?

7  A    Not really.

8  Q    What, if anything, happened, sir, while you were inside

9  the barbershop selling your DVDs?

10 A    Lindsey came in the barbershop and told Belize, yoh, come

11 here, let me talk to you outside.

12 Q    And what happened after Lindsey came in and said to

13 Belize, let me talk to you outside?

14 A    Belize walked out.  Walked behind him.  Went outside with

15 him.

16 Q    And what did you do?

17 A    I was coming out the store, too -- barbershop.

18 Q    And what did you see when you got outside?

19 A    I seen Birdman, Lindsey, and Belize standing in front of

20 him.

21 Q    And did you say anything to Birdman?

22 A    No.

23 Q    Did you hear him say anything?

24 A    No.

25 Q    What did you see happen next, sir?

*McQuilkin - direct/ DuCharme*                                    639

1   A     I seen Birdman put a gun and shot bop, bop and run.  I

2   took off running across the street and down towards Church and

3   34th, the direction past Raleigh Place.

4   Q     And when you say you saw Birdman take out the gun, where

5   did he take out the gun from?

6   A     From his waist.

7   Q     Could you see the gun?

8   A     Yes, sir.

9   Q     Generally, what kind of gun was it?

10  A     Handgun.

11  Q     And where, specifically, did he put point the gun, if you

12  could tell?

13  A     Straight point blank at Belize's head.

14  Q     When you say point blank, how far from Belize was Birdman

15  when he took out the gun?

16  A     That's Birdman, Belize was about right here, the wall is

17  Belize (indicating).

18  Q     If the wall was Belize?

19  A     Yeah.

20  Q     And was his hand close to his body or outstretched?

21  A     Out.  Pointing out (indicating).

22  Q     What indicated to you that the gun was actually being

23  fired?

24  A     I heard the shots.

25  Q     How many shots did you hear?

*McQuilkin - direct/ DuCharme*                                        640

1   A    Two shots.

2   Q    Did you see Lindsey with a gun?

3   A    No, sir.

4   Q    Could you see what happened to Belize after Birdman fired

5   the gun at him?

6   A    I didn't pay no attention.  I was getting up out of

7   there.

8   Q    Why?

9   A    He was shooting.

10  Q    Did you make any eye contact with Birdman?

11  A    Yeah, I looked at him while he was shooting him.

12  Q    Did he look at you?

13  A    No.

14  Q    Where did you go from there?

15  A    I ran across the street to the -- on the other side and

16  ran straight down Church Avenue towards 34th Street.

17  Q    Now, I'm showing you, sir, what's in evidence as

18  Government Exhibit 468. Up on the chart -- up on the board --

19  I'm sorry, do you see that, sir?

20  A    Yes, sir.

21  Q    And do you recognize that?

22  A    Yes, sir.

23  Q    And what do you recognize that to be?

24  A    This would be the barbershop and 3115, and the part where

25  I just punched would be the Roti shop, and this would be the

1    store.

2    Q    If you bear with me, sir, if we can look at these

3    photographs, the photograph that's in evidence as Government

4    Exhibit 438 that depicts the barbershop, can you make a mark

5    on the screen and indicate what that would be on the layout as

6    Government Exhibit 468?

7    A    (Witness indicating)

8    Q    Let me show you this, Mr. McQuilkin, Government

9    Exhibit 472 in evidence, do you see that?

10   A    Yes.

11   Q    On the layout that we have in evidence of Government

12   Exhibit 468, are the tree and the phone booth reflected on

13   that layout just as points of reference?

14   A    Yes.

15   Q    And 3111, sir, on the layout, what's that?

16   A    That would be the Arab store.

17   Q    Now, if you could indicate, Mr. McQuilkin -- I'm going to

18   clear the screen for you.  You told the jury before that you

19   came out to smoke a cigarette on your break; is that right?

20   A    Yes, sir.

21   Q    Could you make a mark on the screen to indicate where you

22   were smoking your cigarette?

23   A    About right here (indicating).

24   Q    And while you were smoking your cigarette, where did you

25   see Belize go or do?

1   A    Go inside this.

2   Q    From where?

3   A    From Arab store he came, walk, and went up into the

4   barbershop.

5   Q    Now, when you came out of the barbershop you were telling

6   the jury, Mr. McQuilkin, about who you saw outside when you

7   first came out of the barbershop that night?

8   A    Yes, sir.

9   Q    And where did you see Belize, can you make a mark on the

10  screen to indicate, approximately, where you saw Belize?

11  A    I would say, like, about right there.  Right there.

12  Q    Near the phone booth?

13  A    Yes.

14  Q    And where were you?

15  A    I was down towards this way (indicating).

16  Q    Where did you see Birdman?

17  A    Up about right here (indicating).

18  Q    What about Lindsey?

19  A    On the other side.

20  Q    Was there anything in between in your line of sight in

21  between you and Birdman, anything in your way?

22  A    No, them two, Birdman and Lindsey, there and Trinny right

23  here.

24  Q    I guess what I am trying to ask is was there anything

25  obstructing your view of Birdman?

*McQuilkin - direct/ DuCharme*                            643

1   A    No, sir.

2   Q    And you made a mark at the bottom of the screen there to

3   indicate Birdman, and then Belize would be just in front of

4   him closer to the --

5   A    This would be -- the top would be Belize, down here would

6   be Birdman, and on this other side would be Lindsey.

7   Q    And is that where Birdman was standing when you saw him

8   take out the gun?

9   A    Yes, sir.

10  Q    And after Birdman fired the gun at Belize did you see

11  which way he went?

12  A    I didn't stay around to see.  I was getting up out of

13  there.

14  Q    Did you go to the police right away, Mr. McQuilkin, to

15  tell them what you saw?

16  A    No, I did not.

17  Q    Why not?

18  A    Because I know Immigration was looking for me and I

19  figured I go to the police they would lock me up.

20  Q    Well, at some point after that night, Mr. McQuilkin, did

21  Immigration catch up with you?

22  A    Yes.

23  Q    And how did that happen?

24  A    I got arrested on Church Avenue between Raleigh and

25  Fairview selling my DVDs.  Police arrest me, and took me, and

*McQuilkin - direct/ DuCharme*                               644

1    I used phony name, and they find out who I really was, and

2    sent me to Immigration.

3    Q    And after you were in Immigration custody, is that when

4    you first started meeting with federal authorities?

5    A    After I was in Immigration custody, then they sent me

6    over to the federal courts.

7    Q    Is that when you started working with the federal

8    investigators?

9    A    Yes.

10             THE COURT: When was that, what year?

11             THE WITNESS:  2006, like August.

12             THE COURT:  That was about a couple of years after

13   this happened?

14             THE WITNESS:  Yes.

15   Q    In between that time, Mr. McQuilkin, had you told anyone

16   in law enforcement about what you'd seen that night?

17   A    No, sir.

18   Q    When was the first time you told someone in law

19   enforcement about witnessing the shooting?

20   A    2006 July.

21   Q    Now, after you agreed to cooperate, Mr. McQuilkin, did

22   you make bail in your federal case?

23   A    Yes, sir.

24   Q    Approximately when did you get out on bail?

25   A    June 2007.

*McQuilkin - direct/ DuCharme*                               645

1  Q    And while you were out on bail did you agree to work

2  undercover with the FBI?

3  A    Yes, I did, sir.

4  Q    Did you do any work specifically in connection with

5  investigating the men on the board?

6  A    Yes, sir.

7        MR. DuCHARME: May I approach, Your Honor?

8  Q    What did the FBI ask you to do, Mr. McQuilkin?

9  A    To go and buy drugs from them.

10 Q    To go and buy drugs from them?

11 A    Yes, sir.

12 Q    When did you begin doing that?

13 A    June 2007.  June, July.  Around there I started.

14       THE COURT: Mr. DuCharme, do you think we can take a

15 15-minute break now?

16       MR. DuCHARME:  It would be a great time.

17       THE COURT:  So we will see you at about 12 o'clock.

18       Don't talk about the case.

19       THE CLERK:  All rise.

20       (Whereupon, the jury exited)

21       (Court recessed);(Court resumed)

22       H A Y D E N   M c Q U I L K I N ,   having been

23 previously duly sworn/affirmed, resumed the stand and

24 testified further as follows :

25       (Jury now present)

*McQuilkin - direct/ DuCharme*                                    646

1          THE COURT:  All right.  For the record, sorry for

2     the slight delay.  I have a few balls I am bouncing at the

3     same time. We are going to complete the direct examination of

4     Mr. McQuilkin this morning -- by now it is afternoon -- before

5     our lunch break, which will take about 20 minutes or so, and

6     then we will come back after lunch.  We will have

7     cross-examination.

8               Continue.  Mr. DuCharme.

9               MR. DuCHARME:  Thank you.

10    DIRECT EXAMINATION (Cont'd)

11    BY MR. DuCHARME:

12    Q    Now, Mr. McQuilkin, before we broke we were talking about

13    some of the undercover work you did for the FBI,  do you

14    recall that?

15    A    Yes, sir.

16    Q    And did you have a code name when you were working for

17    the FBI?

18    A    Yes, sir.

19    Q    And what was your code name?

20    A    Hylander.

21    Q    Hylander?

22    A    Yes.

23    Q    Were there any names that you used on the street?

24    A    Dude, Rondue (ph), Do Man (ph).

25    Q    And were the buys that you did with the FBI, or at the

1    direction of the FBI, Mr. McQulkin, were they recorded?

2    A    Yes, sir.

3    Q    And have you reviewed the recordings and the transactions

4    that you engaged in?

5    A    Yes, sir.

6    Q    Mr. McQuilkin, I'm showing you what's been marked -- I'm

7    sorry -- it's in evidence as Government Exhibit 420, do you

8    recognize that?

9    A    Yes, sir.

10   Q    What is that?

11   A    That's the recordings, the DVDs.

12   Q    And have you had a chance to review the portions of the

13   recordings that are on the DVD marked 420?

14   A    Yes, sir.

15   Q    Did those recordings fairly and accurately reflect what

16   transpired on the street during your transactions?

17   A    Yes, sir.

18   Q    Now, Mr. McQuilkin, without revealing specifically how

19   the camera is concealed, can you please describe for the jury

20   how it works when you were wired up to go on the street?

21   A    You have -- the camera will be on you, but you can't

22   really all the time position it to the person because then if

23   they move you move, so it would be hard to really capture

24   because every time you move I move.  You move, why did you

25   move when I move, you moving.  So it is hard to capture.

*McQuilkin - direct/ DuCharme*                              648

1    Sometimes when they stand still, then you can see it plain.

2    Sometimes there's some movement.

3    Q    And is there audio recording as well?

4    A    Yes, sir.

5    Q    Now, Mr. McQuilkin, directing your attention to

6    October 16th of 2007, were you involved in a recorded

7    transaction on that day?

8    A    Yes.

9    Q    Do you recall what your instructions were that day --

10   what you were told to do?

11   A    Go and buy drugs.

12   Q    Who gave you your instructions?

13   A    FBI.

14        MR. DuCHARME: And we may have to adjust the volume

15   here a little, but let's go ahead and try to roll the first

16   tape.  So the record is clear, I'm playing from folder H-1 in

17   Government Exhibit 420, the first audio video in the folder.

18        (Tape played); (Tape stopped)

19   Q    Now, Mr. McQuilkin, can you tell where you are?

20   A    I am on Raleigh and Church Avenue.

21   Q    You're on Raleigh an Church Avenue?

22   A    Yes, sir.

23        MR. DINNERSTEIN: Is there an audio?

24        MR. DuCHARME:  Yes.  Can you hear anything?

25        MR. DINNERSTEIN: No.

*McQuilkin - direct/ DuCharme*                    649

1          MR. DuCHARME:  It's very low.

2          THE COURT:  There's no sound here at all.

3          MR. DuCHARME: Yes.  I may need the assistance of

4   Mr. Innelli, Your Honor.

5          THE COURT: Le me see whether I can get ahold of him.

6          (Pause in the proceeding)

7          We have to see if we can get some help.

8          (Deputy Clerk enters courtroom)

9          THE COURT: Can you help us out here?

10         MR. DuCHARME:  We got it.

11         THE CLERK:  Sorry.  About that.

12         MR. DuChARME: Thank you.

13         (Tape played); (Tape stopped)

14  Q    Now, Mr. McQuilkin, where are you here, can you tell?

15  A    Yes, I'm on Church between Raleigh and Fairview.

16         MR. DuCHARME: And maybe we can dim the lights to

17  make it easier to see the screen -- the courtroom lights?

18         THE CLERK:  They used to.  No.  They used to.

19         (Tape played); (Tape stopped).

20  Q    Have you encountered someone here, Mr. McQuilkin?

21  A    Yes, sir.

22  Q    Who have you encountered.

23  A    Birdman.

24         (Tape played); (Tape stopped)

25  Q    Now, you see the street number there?

MARSHA DIAMOND, CSR
OFFICIAL COURT REPORTER

*McQuilkin - direct/ DuCharme*                      650

1   A    Yes, sir.

2   Q    What street number is that?

3   A    3119.

4   Q    On what street?

5   A    Church, between Raleigh and Fairview.

6   Q    And where is that in relationship to the candy store and

7   the location of the barbershop?

8   A    Couple of stores down.

9   Q    How come we can only see the top of his head?

10  A    He's pretty short.

11  Q    What are you talking to him about?

12  A    Buying marijuana.

13          (Continued on page)

14

15

16

17

18

19

20

21

22

23

24

25

*McQuilkin - direct - DuCharme*                    651

1    EXAMINATION CONTINUES.

2    BY MR. DuCHARME:

3              (Tape continues to play; tape stops.)

4    Q    Did you hear what he said there?

5    A    He said he got the green thing.

6    Q    What does that mean, he's got the green thing?

7    A    Weed, that's green.

8    Q    Are there different names for weed on the street?

9    A    Yes, a whole lot.

10   Q    What are just a few of them?

11   A    Yard weed, black.

12   Q    And green?

13   A    Yes.

14   Q    What's the difference between green and black?

15   A    Green is green and black is brown, brown basically.

16             (Tape plays; tape stops.)

17   Q    What did you ask him for?

18   A    I said did he have dizzies meaning dimes.

19   Q    What did he say?

20   A    He said no, he had quarters.

21             (Tape plays; tape stops.)

22   Q    What's a quarter?

23   A    A quarter ounce of marijuana.

24   Q    Did he give you anything here?

25   A    No, sir.

*McQuilkin - direct - DuCharme*                                    652

1              (Tape plays; tape stops.)

2    Q    What is happening here?

3    A    We are going around, going around the corner, on Raleigh

4    between Martense and Church, to get the weed.  I am going with

5    him to get the weed.

6    Q    All right.  What street are you on there?  What street

7    were you on when you went around the corner?

8    A    On Raleigh between Martense and Church.

9    Q    Is that where this clip continues from?

10   A    Yes.

11             MR. DuCHARME:  So the record is clear, I am playing

12   from the second clip in folder H-1 in Government's

13   Exhibit 420.

14             (Tape plays; tape stops.)

15   Q    What is happening here?

16   A    I am waiting for him to bring me the marijuana.

17   Q    Where has he gone?

18   A    In the house.

19   Q    Do you know which house?

20   A    Sixteen.

21   Q    Who were you talking to there?

22   A    I am talk to Birdman.

23   Q    What were you talking about?

24   A    He brung me a quarter ounce of marijuana and I told him

25   you know what, man, bring me another one.

*McQuilkin - direct - DuCharme*                                    653

1   Q    Where did he bring it from?

2   A    Sixteen.

3   Q    Sixteen Raleigh?

4   A    Yes, sir.

5            (Tape plays; tape stops.)

6   Q    What is happening here?

7   A    Money is being passed and drugs.

8   Q    Sorry.  Did you pass money?

9   A    Yes, sir.

10  Q    How much?

11  A    $80.

12  Q    Who did you give it to?

13  A    Birdman.

14  Q    What happened next?

15  A    He end up going in the house and bringing back the other

16  quarter.

17           (Tape plays; tape stops.)

18  Q    Do you see where those cars are going by at the end of

19  the block?

20  A    Yes, sir.

21  Q    What street is that?

22  A    Martense.

23           (Tape plays; tape stops.)

24  Q    Can you tell which of the residences here in this frame

25  is the one the defendant went into?  Which one?  With the red

*McQuilkin - direct - DuCharme*                          654

1   awning and then there is another one?

2   A    Yes.  I am pointing on the screen.

3   Q    I see.  Thank you.

4             (Tape plays; tape stops.)

5             Can you see who is coming out there?

6   A    Yes, sir.

7   Q    Who is coming out?

8   A    Birdman.

9             (Tape plays; tape stops.)

10  Q    What are you talking to him about here?

11  A    I asked him did he have weight in it.

12  Q    What does weight mean?

13  A    Like large amount of quantity, large quantity amount.

14  Q    What do you consider to be weight?

15  A    I was asking like for -- I was asking him how much a half

16  a pound of marijuana would cost.

17  Q    Half a pound of marijuana?

18  A    Yes.

19            (Tape plays; tape stops.)

20  Q    What happened there?

21  A    He was on the phone talking to somebody else.

22            (Tape plays; tape stops.)

23  Q    Did he give you a price for half a pound of marijuana?

24  A    He said like 550.

25  Q    Five-fifty?

*McQuilkin - direct - DuCharme*                          655

1   A    Yes.

2            (Tape plays; then stops. )

3   Q    Could you overhear what he was saying on the phone, sir?

4   A    He was going into -- to sell somebody else some weed.

5   Q    To sell somebody else some weed?

6   A    Yes.

7   Q    Did you ask him to give you his phone number?

8   A    Yes, I did.

9   Q    Did he do that?

10  A    Yes, he did.

11           (Tape plays; tape stops.)

12  Q    Mr. McQuilkin, did you get some marijuana from Birdman

13  that day?

14  A    Yes, sir.

15  Q    What did you do with it?

16  A    I took it and I gave it to the FBI agent.

17  Q    Can you keep your voice up, sir?

18  A    I took it and gave it to the FBI agent.

19  Q    What agent did you give it to?

20  A    Either Robert Foy or Jason Kaplan.

21           THE COURT:  You have to try to keep your voice up,

22  like I am.

23           THE WITNESS:  All right.

24           THE COURT:  Can you do that?

25           THE WITNESS:  Yes, sir.

*McQuilkin - direct - DuCharme*                    656

1   Q    Mr. McQuilkin, were you involved in another transaction

2   on November 6th of 2007?

3   A    Yes, sir.

4   Q    Was that transaction recorded?

5   A    Yes, sir.

6              MR. DuCHARME:  Playing now from folder H-5 in

7   Government's Exhibit 420.

8              (Tape plays; tape stops.)

9   Q    Who are you talking to here?

10  A    Birdman.

11  Q    Is this on video or something else?

12  A    Recording.

13  Q    Of what?

14  A    Phone conversation.

15             (Tape plays; tape stops.)

16  Q    Now, Mr. McQuilkin, after you had this conversation with

17  Birdman, did you go looking for him that night?

18  A    Yes, sir.

19             Mr. DuCHARME: Again I am playing from folder H-5,

20  Government's Exhibit 420.

21             (Tape plays; tape stops.)

22  Q    Where are you here, sir?

23  A    Raleigh between Martense and Church.

24  Q    Who are you speaking with?

25  A    Blacks.

*McQuilkin - direct - DuCharme*                                    657

1   Q    Is that the individual on the board behind you, sir?

2   A    Yes, sir.

3   Q    What's the government Government Exhibit number for the

4   picture of blacks?

5   A    One hundred thirteen.

6   Q    One hundred thirteen?

7   A    Yes, sir.

8            (Tape plays; tape stops.)

9   Q    What's going on here, Mr. McQuilkin?

10  A    Peoples is having conversation.  Has nothing to do with

11  me and Blacks or Birdman.

12           (Tape plays; tape stops.)

13  Q    What are you doing here?

14  A    I am waiting to hear if somebody get in touch with him.

15  Q    Keep your voice up.

16  A    Waiting to hear somebody get in touch with him.

17           (Tape plays; tape stops.)

18  Q    What did you say there, sir?

19  A    What's up with Kion, man.  He all right?

20  Q    Who were you referring to?

21  A    Kion.

22           (Tape plays; tape stops.)

23  Q    Now, were you able to get any marijuana at this

24  particular time?

25  A    Yes.

*McQuilkin - direct - DuCharme*                    658

1    Q    From who?

2    A    Blacks.

3            (Tape plays; tape stops.)

4    Q    Who are you speaking to now?

5    A    Blacks.

6            (Tape plays; tape stops.)

7    Q    What does that mean, give me a dime?

8    A    Ten dollars worth of marijuana.

9    Q    Who were you talking to?

10   A    Blacks.

11   Q    Did he give you a dime?

12   A    Yes, sir.

13           (Tape plays; tape stops.)

14   Q    After you bought the dime of marijuana from Blacks, were

15   you able to make another buy of marijuana that same night?

16   A    Yes, sir.

17           MR. DuCHARME:  Playing the next clip in H-5.

18   Q    Where are you here, Mr. McQuilkin?

19   A    In the laundromat.

20   Q    Is that the laundromat on the corner of Church and

21   Raleigh that you described earlier?

22   A    Yes, sir.

23           (Tape plays; tape stops.)

24   Q    Who is this?

25   A    Birdman.

*McQuilkin - direct - DuCharme*                                        659

1              (Tape plays; tape stops.)

2    Q    What did you say there, sir?

3    A    I hope my man Kion is eating a little bit off of this

4    food, man.

5    Q    What does that mean, eating a little bit off this food?

6    A    Like spending the -- I'm considering the money like food.

7    I buy seven from you.  I'm saying, make sure your friend get a

8    little something out of it.  I'm buying from you, you know

9    what I mean.  But I look out for your little friend.  Hope he

10   get a little piece out of it.

11             (Tape plays; tape stops.)

12   Q    What's happening here, sir?

13   A    What?

14   Q    What's happening here?

15   A    We are about to make the transaction, give him the money

16   and he give me the weed.

17             (Tape plays; tape stops. )

18   Q    Now, Mr. McQuilkin, what if anything did you give to the

19   defendant and what did he give to you?

20   A    I gave him cash and he in return gave me an ounce of

21   marijuana.

22   Q    What did you do with the ounce of marijuana that the

23   defendant gave you on that occasion?

24   A    I gave it to FBI agent.

25   Q    Were you involved in other recorded transactions,

*McQuilkin - direct - DuCharme*                    660

1   Mr. McQuilkin?

2   A    Yes, sir.

3   Q    All right.  Directing your attention to November 8th of

4   2007.

5            At this time I am playing a recording from the

6   folder H-6 in Government's Exhibit 420.

7            (Tape plays; tape stops.)

8   Q    Who are you talking to here?

9   A    Birdman.

10           (Tape plays; tape stops.)

11  Q    Mr. McQuilkin, after you had this telephone conversation,

12  did you later see the defendant that same day?

13  A    Yes, sir.

14           MR. DuCHARME:  Playing the next clip in folder H-6.

15           (Tape plays; tape stops.)

16  Q    Where is this?

17  A    The same laundromat.

18           (Tape plays; tape stops.)

19  Q    Who is that?

20  A    Birdman.

21           (Tape plays; tape stops.)

22  Q    What's in your hand there, Mr. McQuilkin?

23  A    Money I am about to give him.

24  Q    How much money are you about to give him?

25  A    A hundred dollars.

*McQuilkin - direct - DuCharme*                                661

1              (Tape plays; tape stops.)

2    Q    Mr. McQuilkin, did you get anything from the defendant on

3    that occasion?

4    A    Yes, sir.

5    Q    What did you get?

6    A    An ounce of marijuana.

7    Q    What did you do with the ounce of marijuana that you got?

8    A    Gave it to the FBI agent.

9    Q    Directing your attention to November 15th of 2007.

10            Sir, were you involved in a recorded transaction on

11   that day?

12   A    Yes, sir.

13            MR. DuCHARME:  For the record, I am playing the clip

14   in folder H-7-A in Government's Exhibit 420.

15            (Tape plays; tape stops.)

16   Q    Do you recognize that voice?

17   A    Yes, sir.

18   Q    Whose voice is that?

19   A    Robert Foy.

20   Q    Who is Robert Foy?

21   A    FBI agent.

22            (Tape plays; tape stops.)

23   Q    Now, after you made this cal, Mr. McQuilkin, were you

24   involved in other transactions on that day?

25   A    Yes, sir.

1              MR. DuCHARME:  I am playing the first clip in folder

2   H-7.

3   Q    Where are you here, sir, can you tell?

4   A    Church between -- Raleigh between Church and Martense.

5              (Tape plays; tape stops.)

6   Q    What happened there, Mr. McQuilkin?

7   A    He was telling me where I was.  I told him I was on the

8   block in front of 16 Raleigh Place.  He told me he be around.

9   I say I hang out for ten minutes.  I hang out for ten.

10  Q    Did you stay in the area?

11  A    Yes, sir.

12             MR. DuCHARME:  I am playing the last clip now.

13             (Tape plays; tape stops.)

14  Q    Where are you, sir?

15  A    Church -- Raleigh, Church, Martense.

16  Q    Who are you calling out to?

17  A    Blacks.

18  Q    Is that the person on the board?

19  A    Yes, sir.

20             (Tape plays; tape stops.)

21  Q    Did you see Blacks again that evening, sir, after you had

22  this conversation with him on the street?

23  A    Yes, sir.

24             (Tape plays; tape stops.)

25  Q    Where are you here, sir?

*McQuilkin - direct - DuCharme*                                  663

1           (Tape plays; tape stops.)

2    Q    What just happened there, Mr. McQuilkin?

3    A    I was just talking to Birdman on the phone and he told me

4    to pass the phone to Blacks so he could tell him where the

5    weed is at.

6           (Tape plays; tape stops.)

7    Q    Who is that?

8    A    Blacks.

9           (Tape plays; tape stops.)

10   Q    What happened after Blacks got off the phone, sir?

11   A    He went to the house, to bring me back a ounce of

12   marijuana.

13          (Tape plays; tape stops.)

14   Q    What just happened here?

15   A    Gave him the money for the weed.

16          (Tape plays; tape stops.)

17   Q    Where are you here, sir?

18   A    I'm on Church, between Raleigh and FAirview.

19   Q    Did you get anything from Blacks that night?

20   A    Yes, sir.

21   Q    What did you get from him?

22   A    Ounce of marijuana.

23   Q    What did you do with the ounce?

24   A    I gave it to the FBI agent.

25   Q    Now directing your attention to March 7th of 2008.  Were

*McQuilkin - direct - DuCharme*                    664

1    you involved in recorded transactions on that day?

2    A    Yes.

3              MR. DuCHARME:  For the record, I am playing the

4    first clip in folder H-8 in Government's Exhibit 420.

5              THE COURT:  How much longer do you have?

6              MR. DuCHARME:  I think, Judge, probably 10 to

7    15 minutes.

8              THE COURT:  Well, let's see if we can shorten it.

9    Do you need all of that?

10             MR. DuCHARME:  I can try to speed things along.  I

11   can finish up in ten minutes.

12             THE COURT:  It's getting somewhat repetitious.  I

13   will give you another five minutes and then we are going to

14   adjourn for lunch.

15             MR. DuCHARME:  Okay.  We are going to jump ahead

16   then to folder H-9 and directing your attention, sir, to

17   April 23rd of 2008.

18             (Tape plays, tape /STAOPS.)

19   Q    Where are you here?

20   A    I am on Raleigh between Martense and Church.

21   Q    Okay.  What is happening?

22   A    I am about to buy marijuana from Birdman.

23             (Tape plays; tape stops.)

24   Q    Who is this over here, sir, going up the stairs?

25   A    Terror.

*McQuilkin - direct - DuCharme*                    665

1    Q    Did you get anything from the defendant that day?

2    A    Yes; two ounces of marijuana.

3    Q    What did you do with it?

4    A    Gave it to the FBI agent.

5    Q    Well just jump ahead now to the last folder.  It is

6    folder H-13.

7              Directing your attention to September 4.  Were you

8    involved in a recorded transaction that day?

9    A    Yes, sir.

10   Q    Where are you here?

11   A    Church, Raleigh, Martense.

12             (Tape plays; tape stops.)

13   Q    What happened on this occasion, Mr. McQuilkin?

14   A    I was going to get two ounces from him but he didn't have

15   enough and --

16   Q    Keep your voice up, please.

17   A    He didn't have enough marijuana at the time so we end up

18   going in his car and taking a ride to pick up marijuana.

19   Q    When you say he, who do you mean?

20   A    Birdman.

21   Q    Where did you leave from?

22   A    Raleigh, Church, Martense.

23   Q    Who is this other person in the hat here?

24   A    Terror.

25             (Tape plays, tape stops.)

McQuilkin - direct - DuCharme                    666

1    Q    What happened there?

2    A    Me and him got in his car and we was going to Flatbush

3    and Ditmas.

4    Q    During the course of the ride, did you have any

5    conversations with the defendant?

6    A    Yes, sir.

7    Q    What did you talk about?

8    A    I was talking about Bobby and other -- just chitchat.

9    Q    Okay.  Did you bring up Bobby or did he?

10   A    I did.

11              (Tape plays; tape stops.)

12   Q    What did you say there?

13   A    What's up with Bobby, man.

14              (Tape plays; tape stops.)

15   Q    Do you recall what if anything he said to you when you

16   brought up the subject of Bobby?

17              MR. DINNERSTEIN:  Your Honor, I object.

18              The tape speaks for itself.

19              THE COURT:  Is it on the tape?

20              MR. DuCHARME:  It's very difficult to hear, Your

21   Honor.  You can hear something.

22              THE COURT:  You can say what --

23              MR. DuCHARME:  His recollection is what I am asking.

24              THE COURT:  You can answer that.

25   A    He said -- I asked him, was he in Jamaica still.  He

*McQuilkin - direct - DuCharme*                    667

1    said, I don't really know.

2    Q    He don't really know?

3    A    No.

4    Q    Did you know where Bobby was at that time?

5    A    No, sir.

6    Q    Do you know where Bobby is now?

7    A    No, sir.

8    Q    What happened next, sir?

9    A    Riding on the way to go pick up the buy, for him to pick

10   up the weed.

11   Q    The clip I am playing now, can you tell what's going to

12   happen?

13            Do you know where you are?

14            I will play a little more.

15            (Tape plays; tape stops. )

16   A    Yes.

17   Q    What's happening here?

18   A    He about to go get a bulk of marijuana from another

19   individual.

20   Q    The right bottom hand corner of the street, who is that?

21   A    Birdman.

22   Q    What's he got in his hand?

23   A    Black bag of marijuana.

24   Q    The individual with the hat and the sunglasses, do you

25   know where that is?

*McQuilkin - direct - DuCharme*                    668

1    A    No, I don't.

2         That's who he went and got it from.

3         (Tape plays; tape stops.)

4    Q    Did you get any marijuana from the defendant that day,

5    Mr. McQuilkin?

6    A    Yes, sir.

7    Q    How much?

8    A    Two ounces.

9    Q    What did you do with it?

10   A    Gave to it FBI agent.

11   Q    Mr. McQuilkin, aside from assisting the FBI in these

12   undercover buys, have you provided any other types of

13   assistance to the FBI in connection with this case?

14   A    I don't understand.

15   Q    Did you ever -- did you ever help the FBI try to find

16   someone?

17   A    Yes, sir.

18   Q    Do you know someone called Sick?

19   A    Yes, sir.

20   Q    Who is Sick?

21   A    Sick is Belize's friend.

22   Q    How do you know that Sick is Belize's friend?

23   A    They always be together.

24   Q    What if anything did the FBI do as far as asking for your

25   assistance if anything with respect to Sick?

*McQuilkin - direct - DuCharme*                                      669

1   A    They asked me, do I know who he was.  I said yes.  They

2   asked me, can we take a ride with them and see if we see him.

3   Q    Did you do that?

4   A    Yes, sir.

5   Q    What happened?

6   A    We end up seeing him.

7   Q    Who is we?

8   A    Me and the two FBI agents.

9   Q    Who saw him?

10  A    Jason Kaplan and Robert Foy.

11  Q    How did they see him?

12       How did he come to their attention?

13  A    I told him, that's him right there.

14  Q    What happened after you pointed out Sick to Agent Foy and

15  Agent Kaplan?

16  A    Jason came out the car -- Mr. Kaplan came out the car and

17  confronted Sick.  Me and --

18  Q    Did you see them have some interaction?

19  A    No.  I seen him confront him.  I don't know what he said

20  to him.

21  Q    Did you yourself speak with Sick?

22  A    No, sir.

23  Q    Did you know whether or not the FBI ever spoke with Sick

24  again after that night?

25  A    No, sir.

*McQuilkin - direct - DuCharme*                                          670

1   Q    Mr. McQuilkin, do you know who the other trial witnesses

2   are in this case?

3   A    No, sir.

4   Q    Do you know what other evidence has been presented to

5   this jury aside from what's come out here today in front of

6   you?

7   A    No, sir.  No, sir.

8   Q    Have the FBI agents ever shown you any of their notes?

9   A    No, sir.

10  Q    Have they ever shown you any of their reports?

11  A    No, sir.

12            MR. DuCHARME:  I have no further questions, Judge.

13            THE COURT:  All right.  This is an appropriate time

14  to take our lunch break.  We will reconvene at 2:15.  Don't

15  talk about the case.

16            (Luncheon recess taken.)

17            (Continued on next page.)

18

19

20

21

22

23

24

25

*McQuilkin - cross/ Dinnerstein*                                671

1               A F T E R N O O N   S E S S I O N

2               (The following took place in the presence of the

3     jury)

4               THE COURT: Okay.  Mr. Dinnerstein.

5               MR. DINNERSTEIN: Thank you, Your Honor.

6     CROSS-EXAMINATION

7     BY MR. DINNERSTEIN:

8     Q    Now, you said on direct examination you spoke to agents

9     hundreds of times; is that correct?

10    A    Yes, sir.

11    Q    And each -- can you talk into the microphone or a little

12    bit louder?

13    A    Yes.

14    Q    You can talk louder than that, correct, sir?

15    A    Yes.

16    Q    So talk louder so we can all hear you?

17               Now, you said you spoke hundreds of times with the

18    agents; is that correct?

19    A    Yes, sir.

20    Q    And each time you spoke to the agents how much time did

21    it take?

22    A    It varied.

23    Q    Well, from the shortest amount to the longest amount?

24    A    Sometimes half hour, sometimes an hour.

25    Q    Sometimes two are three hours?

*McQuilkin - cross/ Dinnerstein*                     672

1   A    Sometimes.

2   Q    That would be -- when you say hundreds, that would be

3   more than a hundred, right?

4   A    Yes, sir.

5   Q    Now, how many times did you speak over here with

6   Mr. DuCharme?

7   A    About twenty times.

8   Q    Twenty times.

9         Now, each of those twenty times how long did you

10  spend talking with Mr. DuCharme?

11  A    Sometimes two hours, sometimes four.

12  Q    Sometimes four hours?

13  A    Yes.

14  Q    So all together you spoke with Mr. DuCharme anywhere

15  between 40 and 80 hours, is that your testimony, sir?

16  A    Possible.

17  Q    And sir, you went over what you were going to testify to

18  today; is that correct?

19  A    Yes, sir.

20  Q    And you did that all those times, those 40 to 80 hours;

21  is that correct, sir?

22  A    Yes, sir.

23  Q    Now, the government also paid you money; is that correct?

24  A    Yes, sir.

25  Q    How much money have they paid you?

1  A    Over fifty thousand.

2  Q    How much over fifty thousand?

3  A    I know it is not sixty.

4  Q    Not sixty?

5  A    Yes.

6  Q    It could be eighty?

7  A    No, it's not.

8  Q    It could be seventy-five?

9  A    No, it's not.

10  Q    So Agent Foy testified he gave you over $75,000, Agent

11  Foy would be making a mistake; is that your testimony?

12  A    I don't know what he testified.

13  Q    I am telling you he said more than seventy-five he'd be

14  making a mistake; is that correct, sir?

15  A    Possibly, yes.

16  Q    Because they didn't give you anywhere near seventy-five,

17  right?

18  A    No, sir.

19  Q    Now, when were you last arrested?

20  A    2006.

21  Q    And what were you arrested for in 2006?

22  A    Selling DVDs.

23  Q    And those were DVDs -- illegal bootlegged DVDs that you

24  talked about on direct examination?

25  A    Yes, sir.

*McQuilkin - cross/ Dinnerstein*                          674

1   Q     How long had you been selling illegal DVDs?

2   A     From 2002 to 2006.

3   Q     And was that a profitable business selling illegal DVDs?

4   A     Sometimes you make good money.

5   Q     When you say "good money" how much money are we talking

6   about?

7   A     A hundred dollars a day.

8   Q     A hundred dollars a day.

9             And how much was the government giving you?

10  A     The government wasn't giving me nothing.

11  Q     And they're giving how much money a month?

12  A     Two thousand.

13  Q     So $2,000 would be about a hundred dollars a day, right?

14  A     I don't know.

15  Q     Well, presuming you worked five days a week that's 20

16  days a month, right?

17  A     Thirty days in a month.

18  Q     Yes, but how many days would you work selling the DVDs?

19  A     Sometimes six, seven; sometimes five.

20  Q     And a good day would be one hundred dollars, right?

21  A     Yes, sir.

22  Q     Now, how about a not so good day?

23  A     It varies.

24  Q     Would sometimes you only make about twenty, thirty

25  dollars?

*McQuilkin - cross/ Dinnerstein*                    675

1  A    Sometimes.

2  Q    So the money with the government is a little more

3  constant, right?

4  A    But it's for my rent, sir.

5  Q    Well, isn't the hundred dollars that you got per day for

6  -- on the DVDs also -- didn't you use that money for your

7  rent?

8  A    Some of it sometimes.

9  Q    Well, you'd have to pay your rent, right?

10  A    I wasn't living by myself.

11  Q    What?

12  A    I was not living by myself.

13  Q    So somebody else was paying your rent; is that correct?

14  A    Sometimes I paid half, they pay half.

15  Q    Sometimes when you work for th e government somebody else

16  could be paying your rent too, right?

17  A    Nobody.

18  Q    Now, you're living by yourself?

19  A    No, I live with my family.

20  Q    And does your family pay the rent?

21  A    No, sir.

22  Q    You pay the rent?

23  A    Yes, sir.

24  Q    Because you're the moneymaker now?

25  A    No, sir.

1    Q    Then how do you pay the rent?

2    A    The government pays the rent for me.

3    Q    I see.  Did they give you cash?

4    A    Yes, sir.

5    Q    And you used the cash for paying the rent, right?

6    A    Yes, sir.

7    Q    But you were arrested 2006 for the illegal DVDs you said

8    that you lied to the government -- to the people who you were

9    arrested by; is that correct?

10   A    Yes, I used a false name.

11   Q    That was the New York Police Department that arrested you

12   on that occasion, right?

13   A    Yes, sir.

14   Q    Now, why did you use the false name?

15   A    Immigration was looking for me.

16   Q    And so you were afraid that Immigration would find out if

17   you gave a true name, right?

18   A    Yes, sir.

19   Q    So you gave a false name because you thought it would

20   benefit you; is that correct, sir?

21   A    Yes.

22   Q    And you would, of course, always do what is in your best

23   interests; is that correct, sir?

24   A    Yes, sir.

25   Q    Now, you were, of course, hoping that the government

1  would not find out what your real name was, right?

2  A    Yes, sir.

3  Q    Because if they fond out what your real name was, then

4  you had the possibility of being deported; isn't that correct?

5  A    Yes, sir.

6  Q    Because you'd come into the country illegally; isn't that

7  correct?

8  A    Yes.

9  Q    Yes?

10 A    Yes, sir.

11 Q    And you, of course, did not want to get deported; is that

12 correct?

13 A    Yes, sir.

14 Q    You want to remain in the United States?

15 A    Yes, sir.

16 Q    You don't want to go back to Trinidad; isn't that

17 correct?

18 A    Yes, sir.

19 Q    And you don't want to, of course, go into jail for

20 illegal re-entry into the United States; isn't that correct?

21 A    Yes, sir.

22 Q    Because you said you snuck into the United States back in

23 -- what was it -- in 2002?

24 A    Yes, sir.

25 Q    Now, what you did was you told the -- but it didn't work,

*McQuilkin - cross/ Dinnerstein*                    678

1  right?

2  A     No, sir.

3  Q     The government found out what your true identify was; is

4  that correct?

5  A     Yes, sir.

6  Q     Is that right?

7  A     Yes, sir.

8  Q     You told the government that you had, and actually,

9  somebody from the Immigration Service came to speak to you; is

10 that correct?

11 A     Yes, sir.

12 Q     And that person's name was a Mr. Anderson; is that right?

13 A     I don't recall his name.

14 Q     I show you this piece of paper to see whether that

15 refreshes your recollection as to who spoke to you from

16 Immigration?

17         THE COURT:  Just look at that and see whether you

18 remember who you spoke with.  Does that help you remember?

19         THE WITNESS:  I don't understand.

20         THE COURT:  It doesn't jog your recollection when

21 you look at that?

22         THE WITNESS:  No, sir.

23         THE COURT: I can't hear you.

24         THE WITNESS:  No, sir.

25         THE COURT: He says it doesn't jog his recollection.

*McQuilkin - cross/ Dinnerstein*                              679

1   Q    Now, sir, you remember speaking to somebody at

2   Immigration; is that correct?

3   A    Yes, sir.

4   Q    And was that in June of 2006 when you spoke to the person

5   from Immigration?

6   A    Yes, sir.

7   Q    And since you were speaking to Immigration you knew that

8   they knew who you truly were; is that correct?

9   A    Yes, sir.

10  Q    They knew your true name?

11  A    Yes, sir.

12  Q    They knew that you had come into the country illegally;

13  isn't that correct?

14  A    Yes, sir.

15  Q    And you, as you sat there speaking to the person from

16  Immigration, believed that you were going to get deported;

17  isn't that correct?

18  A    Yes.

19  Q    You figured your only chance was to claim that you saw

20  criminal activity; isn't that correct?

21  A    No.  I saw a criminal activity.

22  Q    I understand that, sir.  Now you are a truth teller, I

23  understand that, but you thought that by claiming that you saw

24  criminal activity you would have a chance of remaining within

25  the United States; isn't that correct?

*McQuilkin - cross/ Dinnerstein*                    680

1   A    I didn't.  I had actually.

2   Q    So you told the Immigration Department -- the Immigration

3   officer, that you knew about criminal activity; isn't that

4   correct?

5   A    Yes, sir.

6   Q    You, of course, wanted to be truthful with Immigration at

7   that time; isn't that correct?

8   A    Yes, sir.

9   Q    You wanted to tell them everything that you knew about

10  criminal activity; isn't that correct?

11  A    Yes, sir.

12  Q    Now, sir, isn't it a fact that you never mentioned a

13  murder in the 67 Precinct when you spoke to Immigration in

14  June of 2006?

15  A    I did mention it.

16  Q    Well, take a look at that piece of paper. Doesn't that

17  refresh your recollection, sir, that what you spoke about was

18  a murder that occurred at the 71st Precinct?

19        MR. DuCHARME:  Objection.

20        THE COURT: Well, the question could be rephrased,

21  but you tell me, does that refresh your recollection as to

22  what murder you were talking about at that time?  Take a

23  moment and look at that document and see whether you can tell

24  the jury which murder, if any, it referred to.

25        THE WITNESS:   That's not correct.  It was 67.

1    THE COURT:  I'm sorry.

2    THE WITNESS:  It's not correct.

3  Q    So the Immigration officer who wrote this down wrote it

4  incorrectly; is that what your testimony is, sir?

5  A    He had to.

6  Q    Because you didn't bring up a murder in the 71st

7  Precinct, did you?

8  A    No, I did not.

9  Q    So they were just -- you didn't mention that you were an

10  eye witness to a murder in the 71st Precinct in February of

11  2003 when the victims name was Fidel Moody; you didn't bring

12  that up, right?

13  A    No, sir.

14  Q    So you don't know how that got on that piece of paper?

15  A    No, sir.

16  Q    You didn't tell him that the person who was murdered was

17  murdered by a member of a Dominican street gang, did you tell

18  them that?

19  A    Now, I remember, yes.

20  Q    Now you remember that?

21  A    Yes.

22  Q    So you did tell them about a murder that occurred within

23  the 71st Precinct?

24  A    And also in the 67.

25  Q    What?

McQuilkin - cross/ Dinnerstein                    682

1   A    Also in the 67.

2   Q    Well, isn't it a fact that as to the other murder, you

3   only said that you had knowledge of the murder?

4   A    That's not true.

5   Q    Look at the piece of paper, sir.  See if that refreshes

6   your recollection.

7              THE COURT: He said it's not true.  There's nothing

8   to refresh.

9   Q    So you told them about two murders that you eye

10  witnessed, right?

11  A    Yes.

12  Q    So you don't know why they wrote it down differently; is

13  that correct?

14             MR. DuCHARME:  Objection.

15             THE COURT:  Just a minute.  I am giving you a little

16  bit of play in the joints because there have not been any

17  objections, but you can't use the paper for that purpose.

18  It's not in evidence, and it's only used to see whether it

19  jogs his recollection and the jury has heard that, and you

20  can't accept the fact that that piece of paper says something

21  as evidence. I just want to caution you about it. All right.

22             MR. DINNERSTEIN: Your Honor, I'd ask that this

23  document be introduced into evidence as Defendant's Exhibit D.

24             MR. DuCHARME:  Objection.

25             THE COURT:  Sustained.

*McQuilkin - cross/ Dinnerstein*                           683

1          These are rules of evidence which I have to apply.

2    You may be curious as to why I am doing it.  Once again, when

3    I talk to you afterwards if you really want me to explain

4    anything that happened during the course of the trial, I will

5    accommodate you, all right, but in the meantime don't

6    speculate why is the Judge making this ruling.  I went to law

7    school, I have been a judge for 16 years, I am supposed to

8    know more than you I guess, right?  So let's see how it goes.

9    It doesn't mean I don't make mistakes sometimes but go ahead.

10   Q     Now, when you spoke to that person from Immigration you

11   told -- was it a man or a woman, do you remember that now,

12   sir?

13   A     It was a man.

14   Q     And you told him about these murders that you knew about,

15   right?

16   A     Yes, sir.

17   Q     By the way, the murder at the 71st Precinct, the

18   Dominican street gang, did you ever testify in that case?

19   A     No, sir.

20   Q     Did anybody ever ask you to testify?

21   A     No, sir.

22   Q     Now, you told somebody that you witnessed the murder;

23   isn't that correct?

24   A     Yes, sir.

25   Q     And they chose -- whoever it was chose you not to be a

1   witness in that case, correct?

2              MR. DuCHARME:  Objection.

3              THE COURT:  I am not so clear I understand what the

4   question is.  Rephrase.  The objection sustained.

5   Q    You were never a witness to a murder that you claimed you

6   saw in February of 2003; is that correct, sir?

7   A    I was never called.

8   Q    Even though you witnessed the murder, right?

9   A    I don't even know if he got arrested.

10             THE COURT:  The question is whether you witnessed

11  that particular murder.

12             THE WITNESS:  Yes, sir.

13             THE COURT: You did witness it?

14             THE WITNESS:  Yes, sir.

15  Q    Now, sir, all these times that you saw criminal activity

16  did you ever report them to the police?

17  A    No, sir.

18  Q    The only time you, sir, report criminal activity to the

19  police is when you think you can receive a benefit by so

20  reporting it; is that correct, sir?

21  A    No, sir.

22  Q    Well, that's what happened here; isn't that right?

23  A    Yes, sir.

24  Q    You didn't report criminal activity until after you

25  thought you were going to get deported; isn't that correct,

*McQuilkin - cross/ Dinnerstein*                                    685

1   sir?

2   A    Yes, sir.

3   Q    And you didn't want to be deported?

4   A    Yes, sir.

5   Q    So you were trying to talk your way out of it; isn't that

6   correct, sir?

7   A    No, sir.

8   Q    Well isn't that what you actually tried to do?

9   A    No, sir.

10  Q    You weren't trying to by helping the police help

11  yourself?

12  A    Yes, sir.

13  Q    That's what you were trying to do, right?

14  A    That's what I did.

15  Q    Now, in 2004, sir, you claim that you saw the murder on

16  May 26th; is that correct?

17  A    I didn't claim; I saw it.

18  Q    I understand what you are saying, sir, but when you saw

19  the murder you then reported it to the police, right?

20  A    No, I did not.

21  Q    Why not?

22  A    Because Immigration had --

23  Q    I see, but now you have learned that if you're going to

24  hustle the system you could use that to your advantage; isn't

25  that correct, sir?

1    A    I am not hustling no system.

2    Q    You're not?  Do you know what it means to hustle?

3    A    Yeah.

4    Q    Hustle means you try to get something, right?

5    A    I'm not trying to hustle no system.

6    Q    You're trying to get -- you are getting $2,000 a month;

7    right?

8    A    That's for protection because the last trial I did the

9    people knew where I lived, so they ended up moving me for  my

10   family's safety.

11   Q    Now, sir, selling DVDs, that's a hustle, correct?

12   A    Yes.

13   Q    And being on the government payroll, that's a different

14   sort of hustle; isn't that correct, sir?

15   A    I'm not gaining nothing. It's for my rent.

16   Q    You are gaining money?

17   A    It's for my rent and my safety.

18   Q    I understand before when you worked selling those DVDs

19   you used some of that money for paying your rent, right?

20   A    Yes, sir.

21   Q    So after you saw the murder you knew -- by the way, there

22   was an investigation going on regarding the murder; isn't that

23   correct?

24   A    Yes, sir.

25   Q    You saw there were a lot of police officers in the area,

McQuilkin - cross/ Dinnerstein                    687

1   right?

2   A    There's always police officers up around Church Avenue.

3   Q    You said especially after the murder there were even more

4   police officers?

5   A    I am not sure.

6   Q    Did you know whether the police department was

7   investigating the murder that occurred on Church Avenue on

8   May 26th, 2004?

9   A    I am quite sure they was.

10  Q    Well, you claimed, oh, you do have information about that

11  murder, right?

12  A    Yes.

13  Q    And you did not go to the police because you were worried

14  about yourself; isn't that correct?

15  A    Yes, sir.

16  Q    And that was more important to worry about yourself than

17  to help solve a crime; isn't that correct?

18  A    Yes, sir.

19  Q    And you claimed, sir, that Belize was your friend; isn't

20  that correct?

21  A    He was my friend.

22  Q    You weren't interested in solving the murder of a friend

23  of yours; isn't that correct?

24  A    I was in fear for myself.

25  Q    You were in fear for yourself that you were going to get

*McQuilkin - cross/ Dinnerstein*                                  688

1   deported?

2   A    Yes, sir.

3   Q    And you remain today in fear for yourself that you may

4   get deported; isn't that correct?

5   A    I may get deported.

6   Q    That's right.

7            You're trying to help yourself so you won't get

8   deported; isn't that why you're here?

9   A    I'm here to tell the truth.

10  Q    And in the 40 to 80 hours that you spent with

11  Mr. DuCharme, and the hundreds of hours that you spent with

12  the agents did you keep on learning that what you're supposed

13  to say is I'm here to tell the truth?

14  A    No, sir.

15  Q    Nobody ever told you to tell the truth?

16  A    That is part of the agreement to always tell the truth.

17  Q    Well, you know, sir, that it's the government, the

18  prosecution, who decides what the truth is; isn't that right?

19  A    I thought it was the jury.

20  Q    Now, if they don't write the letter you go to the jail

21  for at least ten years; isn't that right, sir?

22  A    Yes, sir.

23  Q    So the first step is to please the government, right?

24  A    No, it's to tell the government the truth.

25  Q    So the government gives the letter to the Judge, right?

McQuilkin - cross/ Dinnerstein                    689

1   A    Yes, sir.

2   Q    Without the letter you're doing at least ten years,

3   right?

4   A    Yes, sir.

5   Q    And then you're going to get deported, right?

6   A    Yes, sir.

7   Q    Now, you said, sir, that you were deported in 1997; is

8   that correct?

9   A    Yes, sir.

10  Q    And that's because you had already committed a number of

11  crimes; is that right?

12  A    Yes, sir.

13  Q    In 1997 how old were you?

14  A    About 36.

15  Q    Let's go back and talk about some of the crimes you

16  committed. Do you know how many crimes you did commit?

17  A    No.

18  Q    What?

19  A    No.

20  Q    Do you have any approximate number of crimes you

21  committed?

22  A    No.

23  Q    Would you say hundreds?

24  A    No.

25  Q    Would you say dozens?

*McQuilkin - cross/ Dinnerstein*                                690

1   A    A little more.

2   Q    Would you say 50?

3   A    No, I don't know. It's on my record.

4   Q    I am not talking about your record, I am talking about

5   you committed crimes you got away with, right?

6   A    And I told the government about it.

7   Q    I didn't ask you that, sir. You committed crimes that you

8   got away with, right?

9   A    Yes, sir.

10  Q    And you committed -- your record has about 25, right?

11  A    I don't know.

12  Q    You have no idea?

13  A    I have no idea.

14  Q    Okay.   Let's talk about some of your crimes. Okay. 1979

15  when you were, what, 16?

16  A    Yes, sir.

17  Q    Then you stole a moped?

18  A    I tried to.

19  Q    You tried to steal a moped.  Whose moped was it?

20  A    Somebody else's.

21  Q    I understand that.  Did you know the kid whose moped you

22  were stealing?

23  A    No, sir.

24  Q    How did you try to steal the moped?

25  A    Tried to take it from him.

*McQuilkin - cross/ Dinnerstein*                    691

1   Q    Did you push him, did you pull a knife, did you pull a

2   gun, what did you do?

3   A    Me and my friend just tried to take the bike from him

4   with our hands.

5   Q    Did you try to push him?

6   A    We tried to hit him and get the bike.

7   Q    Pardon?

8   A    Tried to hit him and get the bike.

9   Q    And what did you try to hit him with?

10  A    My hands.

11  Q    What?

12  A    My hands.

13  Q    And did your friend -- what was his name, by the way?

14  A    Sevier (ph).

15  Q    Where does he live now, do you know?

16  A    I don't have no idea.

17  Q    Were you prosecuted for trying to steal the moped?

18  A    It ended up being dismissed.

19  Q    So you went to court and then it was eventually

20  dismissed, right?

21  A    Yes.

22  Q    And was your friend -- was he also arrested?

23  A    No.

24  Q    Just you, right?

25  A    Yes.

McQuilkin - cross/ Dinnerstein                    692

1  Q    Did you tell the police that you had committed a crime

2  with a friend of yours?

3  A    They already knew.

4  Q    So did they arrest him?

5  A    No.

6  Q    So I didn't ask you that, sir.  I said did you tell the

7  police where your friend lives in and whether or not you

8  helped the police on that occasion get this friend of yours

9  arrested?

10 A    He ran.  The police seen him.  He ran.  I got caught.  So

11 they knew.

12 Q    You mean they knew who it was who ran?

13 A    Basically, yeah.

14 Q    Did you tell the police where that person lived?

15 A    They never asked me.

16 Q    I see.  Did you volunteer it?

17 A    No.

18 Q    Did you think it might help you in your case if you told

19 the police the other person was involved?

20 A    I was arrested. I was the first arrest.

21 Q    So you did not know how to talk your way out of that

22 arrest?

23 A    I was not talking my way out.

24 Q    That time you didn't try to talk your way out of it; is

25 that correct, sir?

McQuilkin - cross/ Dinnerstein                    693

1   A    I am not trying to talk my way out.

2   Q    What?

3   A    I got arrested.

4   Q    You got arrested on this occasion, too, right?

5   A    Yes, sir.

6   Q    And this occasion the stakes were much bigger, right?

7   A    Yes, sir.

8   Q    Well, much bigger than stealing a moped when you were 16

9   years old, right?

10  A    Yes, sir.

11  Q    And this one they're talking about sending you to jail

12  for illegal reentry into the United States, right?

13  A    Yes, sir.

14  Q    And then after that they're talking about sending you

15  back to Trinidad, which is a place where you don't want to go

16  to, right?

17  A    I don't have a choice.

18  Q    But you have a choice if you can talk your walk out of

19  it; isn't that correct?

20  A    I am not trying to talk my way out of it. All I'm doing

21  is sitting here and telling the truth.

22  Q    In 2004 when you claim you saw this incident you didn't

23  want to tell the truth then, right?

24  A    I saw it. I didn't claim.

25  Q    Did you want to tell police what you saw in 2004 when you

1   saw a murder?

2   A    I wouldn't tell the police that.  I figured if I tell

3   them that I'm going to be deported.

4   Q    It is more important to deal with your own self-interest

5   than helping the police solve a murder; is that your

6   testimony, sir?

7   A    In that incidence, yes, sir.

8   Q    After the '79 moped, you say you brought a gun to school,

9   right?

10  A    That was before '79, sir.

11  Q    So when did you bring the gun to school?

12  A    Around '70.

13  Q    '70 what?

14  A    '78.

15  Q    And you say -- and what's the reason you brought the gun

16  to school?

17  A    I don't know. I just brung it to school.

18  Q    You didn't plan to use the gun in committing crimes, did

19  you?

20  A    No.

21  Q    You just were having the gun because you thought it was

22  cool, right?

23  A    Basically.

24  Q    And you were showing off and you showed somebody the gun;

25  is that correct?

1   A     Yes.

2   Q     And this was -- what grade were you in?

3   A     The 9th grade.

4   Q     You were able to get the gun, that was before they had

5   these metal detectors at the school, right?

6   A     Yes, sir.

7   Q     So you were just able to bring the gun into school,

8   right?

9   A     Yes, sir.

10  Q     And you showed a friend of yours the gun; is that

11  correct?

12  A     Yes, sir.

13  Q     Where?  Where in school did you do that?

14  A     Alexander Hamilton.

15  Q     Was it in the classroom?

16  A     Yes, it was in the classroom.

17  Q     Right in the classroom where there were other kids

18  around?

19  A     Yes, sir.

20  Q     And you wanted to show off that gun to all the kids in

21  the room?

22  A     No, I passed it to my friend.

23  Q     In the class?

24  A     Yes, sir.

25  Q     What class was it?

*McQuilkin - cross/ Dinnerstein*                                696

1  A    What class?

2  Q    Yeah. What were you learning?

3  A    It was math class.

4  Q    What?

5  A    Math class.

6  Q    Math class.

7       And when you took out the gun you say it dropped to

8  the ground and it went off?

9  A    No, I gave it to him, and it dropped from him.

10 Q    In the class?

11 A    Right.

12 Q    With all the other kids around?

13 A    Yes.

14 Q    And then what happened?

15 A    The gun went off and shot him in his ankle.

16 Q    He was holding the gun when it shot?

17 A    The gun was on the floor when it went off.

18 Q    I understand.  So he dropped the gun?

19 A    And it went off.

20 Q    He dropped the gun and the gun went off and it shot him?

21 A    Yes.

22 Q    How big of a gun was it.

23 A    It was a .32.

24 Q    And had you ever fired that gun before?

25 A    No, sir.

1  Q    Now, I presume that the gun going off in the classroom

2  caused a stir in the classroom; is that correct?

3  A    Yes, sir.

4  Q    What happened?

5  A    What happened, they took me out of the classroom, took me

6  to the dean's office, and I'd been in counselling for it.

7  Q    What?

8  A    Counselling.

9  Q    I see.

10       When it went off weren't the other children in the

11  classroom -- were they upset that a gun was in their

12  classroom?

13  A    I am quite sure they was.  I -- I don't know if they was

14  or they wasn't.

15  Q    Were you able to go back to that classroom ever?

16  A    No.

17  Q    They took you and put you into a different school?

18  A    Yes, sir.

19  Q    And how about your friend that you gave the gun to, did

20  he remain in this school or did he also go to a different

21  school?

22  A    Actually, he stayed in the same school.

23  Q    So you, of course, told everybody that you were the one

24  who brought the gun into the classroom; is that correct?

25  A    Yes, I did.

*McQuilkin - cross/ Dinnerstein*                          698

1    Q    What kind of counselling did you get, sir?

2    A    Go and sit down and talk to the counselor.

3    Q    How many times did you sit and talk to the counselor?

4    A    Maybe twice a week.

5    Q    For how long?

6    A    Say, about four hours.

7    Q    Twice a week for four hours.  Four hours in total?

8    A    Per time.

9    Q    How many times did you go?

10   A    I can't remember, sir.

11   Q    Was it ten weeks, or twenty weeks?

12   A    I cannot remember.  I was fifteen years old.

13   Q    I understand that, sir.  Do you remember how many times?

14   A    I don't.

15   Q    Do you remember what you learned from the counselor?

16   A    Keep guns away from me.

17             (Continued on next page)

18

19

20

21

22

23

24

25

McQuilkin - cross - Dinnerstein                        699

BY MR. DINNERSTEIN:

Q    Keep guns away from you?

A    Yeah.

Q    I see.  So you learned that you should not have a gun in
a classroom, correct?

A    Period.

Q    And that's the last time you ever had a gun?

A    Yes, sir.

Q    Never had a gun in all your years of crime, you never
once again had a gun, right?

A    No, sir.

Q    When you went to the counseling session did they tell you
that it probably isn't such a good thing to rob other people?

A    It wasn't about that.  It was more seeing something was
wrong with me mentally.

Q    I understand that.  But after the counseling, you told us
on direct examination that you committed a whole bunch of
robberies; is that correct?

A    Not a whole bunch.

Q    What?

A    What I told them is what I committed.

Q    How many robberies did you commit in your life?

A    I don't know, sir.

Q    Well, you have no idea?

A    You don't count.  You don't do something and count this

McQuilkin - cross - Dinnerstein                700

1    time I did it, I go write it down.  I don't remember.

2    Q    How about approximately?

3    A    I don't remember.

4    Q    You don't even remember approximately how many you

5    committed?

6    A    No.

7    Q    When you committed robberies did you use weapons?

8    A    I used a knife.

9    Q    That's a weapon, right?

10   A    Yes, sir.

11   Q    And you actually stabbed people with knives?

12   A    I never stabbed nobody.

13   Q    You never -- you were charged with assaulting people; is

14   that correct?

15   A    That was hitting a person in the head with a bottle.

16   Q    You got time in jail for hitting a person in the head

17   with a bottle?

18   A    It was dismissed.

19   Q    Well, sir, you said you spent five and a half years in

20   jail, right?

21   A    Yes, sir.

22   Q    What did you spend that time in jail for?

23   A    Ten dollar sale of powder cocaine and robbery.

24   Q    And what?

25   A    Robbery.

McQuilkin - cross - Dinnerstein                701

1   Q     Robbery.  Tell us about the robbery, what did you do
2   during that robbery?
3   A     I tied the people up and took the Atari and Betamax.
4   Q     You tied them up?
5   A     Yes, sir.
6   Q     Now, how did you get -- you broke into their house?
7   A     No.  I knocked on the door and they opened it.
8   Q     You knocked on the door?
9   A     Yes, sir.
10  Q     They let you in the house?
11  A     Yes, sir.
12  Q     And then you tied them up?
13  A     Yes, sir.
14  Q     When you tied them up were you by yourself?
15  A     No, sir.
16  Q     Who else was with you?
17  A     An ex-person.
18  Q     What?
19  A     An ex-dude.
20  Q     What is his name?
21  A     Candu.
22  Q     Candu what?
23  A     I don't know his last name.
24  Q     You don't remember?
25        Do you remember where he lived?

McQuilkin - cross - Dinnerstein                    702

1    A    Do I remember where he lived?

2    Q    Yes.

3    A    At that time I knew where he lived.

4    Q    Was he arrested?

5    A    I don't know if he got arrested afterwards when I went to

6    jail.  They knew who Candu was also.

7    Q    "They" being the police knew?

8    A    Of course the police knew.  They locked me up.

9    Q    How were you are quite sure the police knew?

10   A    I don't know if they knew or not.

11   Q    Are you quite sure that they knew or you don't know,

12   which one?

13   A    I don't know if the complainants told the police about

14   him.  They knew him also.

15   Q    But they told the police about you, right?

16   A    I got caught.

17   Q    You got caught in the apartment?

18   A    No.

19   Q    Where did you get caught?

20   A    On the streets.

21   Q    After you took this person's property; is that correct?

22   A    Yes, sir.

23   Q    Now, you said you tied them up, right?

24   A    Yes, sir.

25   Q    What did you use to tie them up with?

BHS      OCR      CM      CRR      CSR

McQuilkin - cross - Dinnerstein                703

1  A    Extension cords.

2  Q    Did you bring the extension cords to the apartment so

3  that you could use it to tie them up?

4  A    No.  It was in the apartment.

5  Q    Did you tie them from behind, in front?

6  A    From behind, yes, sir.

7  Q    Did you or Candu, did either of you have weapons?

8  A    I had a knife.

9  Q    You had a knife.  You pointed the knife at these people?

10  A    Yes, sir.

11  Q    And you pointed the knife to get property; is that

12  correct?

13  A    Yes, sir.

14  Q    Why did you need to tie them up?

15  A    Why did I need to tie them up?

16  Q    Yes?

17  A    Why?

18  Q    That's the question.

19  A    So I take their stuff.

20  Q    What?

21  A    So I could take their stuff and leave.

22  Q    Couldn't you just tell them to go into another room and

23  stay there and you could then take the stuff?

24  A    That wouldn't make sense.

25  Q    No?  Did you tie them up so that you could scare them a

1  little bit?

2  A    I tied them up because I robbed them, I admit I robbed

3  him.  I tied him up, I admit I tied him up.  I took the stuff

4  and I left.

5  Q    I'm asking you, sir, why did you tie them up?

6  A    I tied them up.

7  Q    Why?

8  A    'Cause I robbed them.

9  Q    Did you tie them up because you wanted to intimidate

10  them?

11  A    I tied them up because I didn't want no struggle and I

12  could leave the apartment with the stuff and go about my

13  business and get away without the police catching up to me

14  right there.

15  Q    So you also mentioned -- and this was somebody that you

16  thought was a friend of yours that you tied up, right?

17  A    I knew he was a friend of mine.

18  Q    What?

19  A    I knew he was a friend of mine.

20  Q    And this friend, you decided that the only way you could

21  get your property back was to intimidate him and to tie him

22  up; is that correct, sir?

23  A    I robbed him, period.

24  Q    He was a friend.  Do you usually rob friends?

25  A    He owed me money and didn't want to pay my money.

McQuilkin - cross - Dinnerstein                705

1   Q    And that was the way you felt that you would deal with

2   this situation; is that correct?

3   A    At the time, yes.

4   Q    What?

5   A    At the time, yes.

6   Q    Well, was it a good way to deal with the situation?

7   A    Looking back at it, no.

8   Q    That's because you spent five years in jail, right?

9   A    No, because I'm older now and I see things different.

10  Q    You also say, sir, that you stole clothes, right?

11  A    Yes, sir.

12  Q    And when did you steal -- when did you steal clothes?

13  A    Like from '95 to '97.

14  Q    How do you steal clothes, sir?

15  A    Go in the store, have a bag, security ain't looking,

16  stole the thing, put it in, walk out.

17  Q    How many times would you say you tried to steal clothes?

18  A    How many times I stole clothes?

19  Q    Yes.

20  A    A lot of times.

21  Q    What?

22  A    A lot of times.

23  Q    You say a lot, how many is a lot?

24  A    Again, it's not every time you go and steal the clothes

25  you write it down, now I'm up to 16, now I'm up to 17.  I have

McQuilkin - cross - Dinnerstein                706

1   no idea, sir.

2   Q    You have no idea.  Could it be more than 50?

3   A    No, not more than 50.

4   Q    Did you go every day to steal clothes?

5   A    No.

6   Q    Did you go once a week to steal clothes?

7   A    Sometimes it varied.  Sometimes I might go three days in

8   a row.  Sometimes I might not go for a week.

9   Q    What types of clothes would you steal?

10  A    Jeans, shirts.

11  Q    Was this for your own personal use or did you give it

12  away to somebody else?

13  A    I sold it.

14  Q    You sold it?

15  A    Yes, sir.

16  Q    So you sold -- like you would sell DVD's, bootleg DVD's,

17  you would also sell stolen clothing; is that correct?

18  A    Yes, sir.

19  Q    Sometimes you would do that three times a week?

20  A    Sometimes.

21  Q    How much money would you make selling stolen clothing,

22  sir?

23  A    Again, it varies.  You might go in there and only steal

24  two pants, you might go in there and steal four pants, so I

25  can't say on average how much.

BHS    OCR    CM    CRR    CSR

McQuilkin - cross - Dinnerstein                707

1   Q    When you would steal the pants you would put them in a
2   bag when the security guard wasn't looking; is that correct?
3   A    Yes, sir.
4   Q    And then you would try to sneak out of the store; is that
5   correct?
6   A    Yes, sir.
7   Q    And so, in other words, the way one steals clothes is to
8   try to be deceptive; isn't that correct, sir?
9   A    Yes, sir.
10  Q    Because you have to put it over on the security guard and
11  the people in the store; is that correct?
12  A    Yes, sir.
13  Q    Because if they see you stealing the clothes then they're
14  going to arrest you, right?
15  A    Yes, sir.
16  Q    And you were arrested a few times for stealing clothes?
17  A    Yes, sir.
18  Q    How many times?
19  A    About five times, six times.
20  Q    Now, sir, you also said you snatched chains; is that
21  correct?
22  A    Yes, I snatched a chain before.
23  Q    How many times?
24  A    I snatched chains like two times.
25  Q    And you also said you did pick pocketing; is that right?

McQuilkin - cross - Dinnerstein                   708

1    A    Yes, sir.

2    Q    And that would be you would go on a bus and you would try

3    to take people's property; is that correct?

4    A    Yes, sir, I picked their pocket.

5    Q    How many times did you do that?

6    A    I did that a lot of times.

7    Q    A lot of times.  Can you approximate how many times?

8    A    Again, I can't count like how much times I did it.

9    Q    More than 50?

10   A    No.

11   Q    More than 20?

12   A    I don't know, sir.  I can't tell.

13   Q    A lot of times pick pocketing and you got away with it?

14   A    Yes, sir.

15   Q    You were good at it?

16   A    Yes, sir.

17   Q    Pick pocketing is also something you want to be deceptive

18   about, right?

19   A    You don't talk to the person, so I don't understand what

20   you mean by deceptive.  You don't speak to nobody, you don't

21   say a word to nobody.  I come up, I take your money from out

22   your pocket without you even knowing, without me saying boo to

23   you.

24   Q    If you make too much noise then they're going to hear

25   that you're picking their pocket and they're going to try to

BHS      OCR      CM      CRR      CSR

McQuilkin - cross - Dinnerstein                    709

1    stop you, is that correct?

2    A    It's not making no noise.  Noise got nothing to do with

3    picking pockets.

4    Q    But if you're not good at picking pockets then the other

5    person is going to find out about it, right?

6    A    They're going to feel you going in their pocket.

7    Q    So you have to be able to be very quiet in terms of

8    getting into the pocket so that you could steal whatever you

9    want to steal; is that correct?

10   A    That's not true.

11   Q    You can make a lot of noise?

12   A    A lot of times that's what happens.  I might make a lot

13   of noise and the people watching me and the next person picks

14   his pocket.

15   Q    In other words you have a plan of how to go about picking

16   people's pockets; is that correct?

17   A    Basically.

18   Q    And you worked with another person, right?

19   A    Basically.

20   Q    So one person makes noise, the other one goes around and

21   tries to steal; is that correct?

22   A    That sounds good.

23   Q    Sir, you would acknowledge that stealing is illegal,

24   right?

25   A    It is illegal.

McQuilkin - cross - Dinnerstein                710

1   Q    Taking something from somebody else is wrong, right?

2   A    100 percent right.

3   Q    What?

4   A    You're 100 percent right.

5   Q    But that's the way you made your living for most of your

6   life; isn't that correct?

7   A    Most of my younger life.

8   Q    Well, sir, you were selling illegal DVD's up until you

9   got busted in 2006, right?

10  A    I wasn't hurting nobody.

11  Q    What?

12  A    I wasn't hurting nobody selling DVD's.

13  Q    You were violating somebody's copyright laws, right,

14  somebody who made the movie, you didn't give him the money,

15  right?

16  A    You're right.

17  Q    So somebody was being hurt, right?

18  A    If you want to put it like that.

19  Q    How would you put it?

20  A    I don't see -- I feel hurt is when you hurt somebody

21  physically, not like me selling.

22  Q    You say you were stealing when were you pick pocketing?

23  A    When I was younger I was pick pocketing.

24  Q    How old were you when you were pick pocketing, sir?

25  A    Eighteen, 19, 20.

McQuilkin - cross - Dinnerstein                    711

1   Q    What were you doing in 1995, 1997?

2   A    Stealing clothes.

3   Q    Stealing clothes.  You stopped pick pocketing?

4   A    Yes, sir.

5   Q    And stealing clothes, was that okay?

6   A    No.

7   Q    Nobody was getting hurt?

8   A    That was not right to steal clothes.

9   Q    So the store was getting hurt, right?

10  A    If you want to say that.

11  Q    Well, it's not what I'm saying, what do you say, sir,

12  wasn't the store getting hurt when you were stealing clothes?

13  A    I don't see it as being hurt.  Like I said, hurt is when

14  you physically do something to somebody.

15  Q    What?

16  A    I said my definition of hurt is when you physically do

17  something to somebody.

18  Q    When you what?

19  A    Physically do something to someone.

20  Q    When you pick pocketed was somebody physically hurt?

21  A    No.

22  Q    So that was okay, too, then, right?

23  A    I guess so.

24  Q    Well, you think that was okay, right?

25  A    At the time, yes.

BHS      OCR      CM      CRR      CSR

McQuilkin - cross - Dinnerstein                    712

1    Q    How about now as you sit there, was it okay?

2    A    Now I wouldn't have done it.

3    Q    And stealing clothes, you said you did that a lot, right?

4    A    Yeah.

5    Q    And do you understand that when people steal clothes

6    everybody has to pay more money for clothes because there's

7    all that stolen clothes?

8    A    I don't know about that.

9    Q    You don't know?

10   A    I don't know about that.

11   Q    You think the store just isn't able to kind of slough off

12   on the cost of theft?

13   A    I don't know.

14   Q    You don't know?

15   A    No.

16   Q    Now you also said you sold cocaine; is that right?

17   A    Yes, sir.

18   Q    What?

19   A    Yes, sir.

20   Q    And how often would you sell cocaine?

21   A    Actually I wasn't selling it.  Within the first week I

22   got arrested.

23   Q    For selling cocaine?

24   A    Yes, ten dollars worth back in 1984.

25   Q    You spent five and a half years in jail for ten dollars

McQuilkin - cross - Dinnerstein                713

1   worth of cocaine?

2   A    Actually I got four to eight years for the robbery.  For

3   the sale of the ten dollars worth of cocaine, they gave me

4   four and a half to nine years.

5   Q    Those sentences ran concurrently with one another?

6   A    Yes, sir.

7   Q    In other words, after four and a half years you would

8   have been eligible for parole?

9   A    Right.  I got hit with another year.

10  Q    That's because you didn't behave as well in prison as you

11  could have, right?

12  A    It's not my decision.

13  Q    That's right.  You go to the parole board and they

14  decided to hit you with another year, right?

15  A    Yes.

16  Q    After the five and a half years they sent you back to

17  Trinidad, right?

18  A    No, sir.

19  Q    You got out?

20  A    Yes.

21  Q    How long were you out on the street before they sent you

22  back to Trinidad?

23  A    Till '97.

24  Q    When did you get out on the street?

25  A    When did I get out on the street?

McQuilkin - cross - Dinnerstein                    714

1   Q    Yeah.

2   A    I don't understand you.

3   Q    You were arrested what, 1990 for the robbery?

4   A    That was back in the eighties.  I got out of jail

5   June 1990.

6   Q    June 1990?

7   A    Right.

8   Q    So then you were on the street for seven years, right?

9   A    Yes.

10  Q    During that period of time your livelihood was selling

11  clothes, right?

12  A    Yes, and selling DVD's.

13  Q    You sold DVD's in the 90's too?

14  A    Yes.

15  Q    You said, sir, on direct examination that you used many

16  different names; is that correct?

17  A    Yes, sir.

18  Q    How many?

19  A    I can't -- I don't know.

20  Q    You don't have any idea?

21  A    No.

22  Q    More than ten?

23  A    Possibly.

24  Q    What would be the reason that you would lie to the

25  authorities as to what your name was?

McQuilkin - cross - Dinnerstein                    715

1   A    I didn't want them to find out about Immigration.

2   Q    In other words, you put your own self-interest ahead of

3   telling the truth about what your name is; is that correct,

4   sir?

5   A    At that time, yes.

6   Q    And then how many different dates of birth did you have?

7   A    I don't know.  As much as alias names I have, I use a

8   different birth, different social security number.

9   Q    You did that so that you could be successful?

10  A    I did that so they won't find out about Immigration.

11  Q    You have no idea how many different dates of birth you

12  have, is that correct?

13  A    No, sir.

14  Q    You have no idea how many different social security

15  numbers you used; is that correct?

16  A    No, sir.

17  Q    Now, sir, at one point you got deported and you went back

18  to Trinidad; is that correct?

19  A    Yes, sir.

20  Q    That was about 1997?

21  A    Yes, sir.

22  Q    And I presume what happened before you got deported is

23  that you got arrested; is that correct?

24  A    Yes, for a warrant.

25  Q    A warrant?

McQuilkin - cross - Dinnerstein                716

1    A    Yes, sir.

2    Q    Was that warrant -- a warrant is when you don't show up

3    in court, right?

4    A    Yes, sir.

5    Q    And was that also under a phony name?

6    A    Yes, sir.

7    Q    And that was a warrant for the state court or for federal

8    court?

9    A    That was for Criminal Court.

10   Q    Criminal Court -- was that in Brooklyn or in Manhattan or

11   where?

12   A    Brooklyn.

13   Q    So when you got the warrant you came to court and there

14   was some discussion that they knew that you were here

15   illegally; is that correct?

16   A    No.  What happened is I got picked up on the street by

17   the police because my picture was in the precinct wanted by

18   Immigration.

19          They put my picture in the precinct.  When I got

20   picked up I told them that wasn't me, that's not who I am and

21   they said, well, okay, we know you got a warrant.  I told

22   them -- as a matter of fact, I said I'm going to show you it's

23   is not me, I got warrants.

24   Q    In fact it was you, right?

25   A    Yeah, it was.

McQuilkin - cross - Dinnerstein                717

1    Q    So you looked the agent in the eye, the police officer in

2    the eye, he showed a picture of you and you said, Oh, that's

3    not me; is that what happened?

4    A    Yes, sir.

5    Q    That is because you intended to be deceptive to that

6    officer; is that correct?

7    A    I intended to hope that he would let me go without me

8    going through the system.

9    Q    Did you hear my question?  You lied to that officer;

10   isn't that correct, sir?

11   A    Yeah, I lied to him.

12   Q    Right.  Because lying is okay, right?

13   A    No, it's not.

14   Q    Lying is okay if it's going to serve your interest, isn't

15   that's correct, sir?

16   A    At times.

17   Q    But at that point in 1997 when you were trying to deceive

18   the officer he caught you, right?

19   A    Actually, he sent me through the system and the warrant

20   popped up and I end up staying in Brooklyn House for like

21   12 days.  The judge dismissed all of the cases I had and

22   Immigration was waiting outside the courtroom for me.

23   Q    Immigration picked you up?

24   A    Yes, sir.

25   Q    Right?

McQuilkin - cross - Dinnerstein                718

1    A    Yes, sir.

2    Q    And you got sent back to Trinidad?

3    A    Yes, sir.

4    Q    When you lied to the officers they were able to figure

5    out who you actually were; isn't that correct, sir?

6    A    Actually they didn't care.  The judge didn't -- all the

7    judge did was say, Immigration wants you.  We dismissing all

8    the case.  When I walked out the courtroom, Immigration was

9    right there and they arrested me.

10   Q    They put you in federal custody, right?

11   A    Yes, sir.

12   Q    And then in federal custody you stayed there for awhile

13   and then they sent you back to Trinidad, right?

14   A    Actually, I stayed there for like two weeks.

15   Q    Two weeks -- that's a while, okay.  You stayed there for

16   two weeks and they sent you back to Trinidad, right?

17   A    Yes, sir.

18   Q    In Trinidad -- you didn't like living in Trinidad, right?

19   A    No, sir.

20   Q    It was hard, right?

21   A    Not really.

22   Q    It was easy?

23   A    I'm just accustomed to America.  All my family is here.

24   Q    So you didn't want to stay in Trinidad, right?

25   A    Basically true.

McQuilkin - cross - Dinnerstein                    719

1    Q    And you stayed there for a number of years?

2    A    Yes, sir.

3    Q    And did you ever go to the U.S. embassy in Trinidad and

4    say, Can I come back?  My family's here in the United States?

5    A    No, sir.

6    Q    Why not?

7    A    I just didn't.  I figured they wouldn't let me come back.

8    Q    So you figured you had to beat the system again; is that

9    correct, sir?

10   A    I figured I wanted to come back and I found a way, I

11   stowed away and I came back.

12   Q    Isn't it a fact that by stowing away that that is an act

13   of deception?

14   A    I don't know what you mean.

15   Q    Do you know what the word "deception" means?

16   A    No.  Tell me.

17   Q    You don't know what the word "deception" is?

18   A    No.

19   Q    When you tried to hide something, you hide the truth.

20   A    I was --

21   Q    -- you lied?

22   A    How I lied by getting on the ship and coming in?  How is

23   that a lie?

24   Q    You think being a stowaway and not having the approval or

25   the consent of the U.S. Government is perfectly lawful?

McQuilkin - cross - Dinnerstein                    720

1   A     It's not lawful, but I didn't lie to nobody.

2   Q     I see.  So you just went on the boat, you hid on the boat

3   and then when the boat came to Florida -- it came to Florida,

4   right?

5   A     Yeah.

6   Q     You snuck off, right?

7   A     Yes.

8   Q     Do you think in any way that that is at least misleading

9   people?

10  A     Misleading who?  Nobody was coming behind me.  Misleading

11  who?

12  Q     You snuck into the country, right?

13  A     Yes.

14  Q     You knew you were not supposed to sneak into the country,

15  right?

16  A     Yes.

17  Q     You knew that if the U.S. government found out that you

18  were sneaking into the country they would send you back,

19  right?

20  A     Yes, sir.

21  Q     Okay.  So you didn't have a sign saying, I'm now coming

22  illegally into the United States, did you?

23  A     No, sir.

24  Q     You didn't want to do that because you wanted to get into

25  the United States, right?

BHS      OCR      CM      CRR      CSR

McQuilkin - cross - Dinnerstein                721

1   A    I didn't look at it that like that.

2   Q    I understand you didn't look at it like that because what

3   you looked at is how do I help me; isn't is that right?

4   A    At that moment, yes.

5   Q    So this was 2002 when you came back to the United States,

6   right?

7   A    Yes, sir.

8   Q    You spent five years in Trinidad, right?

9   A    Yes, sir.

10  Q    Now, you claim, sir, that you witnessed a murder in 2003

11  in the 71th Precinct, right?

12  A    I didn't claim.

13  Q    You witnessed a murder, right?

14  A    Yes, sir.

15  Q    Well, in fact you did claim it because you didn't tell

16  anybody about it until you got in trouble, right?

17  A    Yes, sir.

18  Q    You never testified regarding that murder; is that

19  correct?

20  A    No, sir.

21  Q    And then you also say that you witnessed the a murder in

22  May of 2004, right?

23  A    I did see it.

24  Q    I just said that, I said you say that you saw it, right?

25  A    I'm telling you I saw it.

McQuilkin - cross - Dinnerstein                        722

1   Q    And of course -- you didn't go to the police because
2   you're afraid of Immigration, right?
3   A    Yes, sir.
4   Q    And you claim that you saw the murderers on a bicycle; is
5   that correct?
6   A    I didn't claim.  I saw it.
7   Q    You saw murderers on a bicycle, right?
8   A    I seen him and Lindsey.
9   Q    I know what you're saying, sir.  Now, you saw them after
10  the murder on the bicycles?
11  A    No, sir.
12  Q    When did you see them on the bicycles?
13  A    After they told Belize, Didn't I tell you to stop selling
14  fuckin' weed on this block?
15  Q    Who said this, Lindsey or did Birdman say it?
16  A    Both of them.
17  Q    By the way, how big is Lindsey?
18  A    He's probably about 5-foot-8, 5-foot-9.
19  Q    He's a little guy, isn't he?
20  A    He's much taller than him.
21  Q    Really?  How tall is Devon?
22  A    Devon?
23  Q    Devon?
24  A    Devon is like probably about six-foot or five-eleven.
25  Q    Six-foot?

McQuilkin - cross - Dinnerstein                723

1   A    Or five-eleven.  I don't know exactly.

2   Q    Devon is much taller, much bigger, right?

3   A    Yes, sir.

4   Q    Now, sir, Government Exhibit 468.  You said, sir, that

5   you went into the barbershop to sell your DVD's on the night

6   of the murder; is that right?

7   A    Yes, sir.

8   Q    By the way, do you have a nickname called Tall Man?

9   A    Tall Man?

10  Q    Does anybody call you Tall Man?

11  A    No.

12  Q    You know the people that work in the barbershop, right?

13  A    Yes, sir.

14  Q    One man's name is Deon, right?

15  A    Yes.

16  Q    You know somebody whose nickname is China?

17  A    China?

18  Q    Yes.

19  A    No.

20  Q    How many bashers are there in the barbershop?

21  A    Yeah, Chinese, Chinese worked there, yeah.

22  Q    Anybody else?

23  A    Swiddle.

24  Q    What?

25  A    Swiddle.

McQuilkin - cross - Dinnerstein                 724

1   Q    Do you know whether those people after the murder called
2   the police?
3   A    I have no idea.
4   Q    Do you know that those people when they testified --
5   wait.  You said you went into the barbershop to sell DVD's; is
6   that correct?
7   A    Yes, sir.
8   Q    And this was before the murder occurred, right?
9   A    Yes, sir.
10  Q    And you talked to the people in the barbershop, right?
11  A    I asked them if they want to buy DVD's.
12  Q    How long were you in the barbershop for?
13  A    About 10, 15 minutes.
14  Q    Ten or 15 minutes.  And did you speak to each of the
15  barbers during that 10 or 15 minutes about buying DVD's?
16  A    I asked them if anybody want DVD's and then you go around
17  to other people, some people look at it, some people tell you
18  no.
19  Q    So you went to all the people in the barbershop to find
20  out whether or not they would want DVD's?
21  A    Basically.
22  Q    Did you sell any DVD's while you were inside the
23  barbershop?
24  A    That day, no.
25  Q    Isn't it a fact, sir, that -- withdrawn.

McQuilkin - cross - Dinnerstein                    725

1          Do you know that the barbers came into this
2    courtroom and testified?
3    A    I don't know who came in this courtroom, sir.
4    Q    Do you know that none of the barbers said that they saw
5    you on the night of the murder?
6              MR. DuCHARME:  Objection.
7              THE COURT:  Sustained.
8    A    I don't know if --
9              THE COURT:  I said sustained.  Don't answer.  It
10   doesn't matter.
11   Q    You say, sir, you were in the barbershop 10 or
12   15 minutes, right?
13   A    Yes, sir.
14   Q    And you say you were talking to everybody in the
15   barbershop, right?
16   A    Basically, yeah.
17   Q    And you've been in that barbershop lots of times before;
18   is that correct?
19   A    Yes, sir.
20   Q    Now, sir, isn't that all just a lie?
21   A    No, sir, it's not no lie.
22   Q    You were not in the barbershop on May 26, 2004 when the
23   murder occurred, were you?
24   A    100 percent right I was there.
25   Q    You're saying this now, sir, because you see it as the

McQuilkin - cross - Dinnerstein                    726

1    way of trying to get out from under, isn't that correct?

2    A    That's not true.

3    Q    You are 47-years-old, sir; you could be deported back to

4    Trinidad and now by saying you saw a crime you could help the

5    government, right?

6    A    No.  By telling the truth.

7    Q    Sir, the truth is decided by the government, right?

8    A    I thought the truth is decided by the jury.

9    Q    No.

10            MR. DuCHARME:  Objection.

11            THE COURT:  Let's not have this.  The jury

12   understands how the process works.  Letters are written by the

13   government to the court.

14            MR. DINNERSTEIN:  The government writes the

15   letter --

16            THE COURT:  One second.

17            If the government is satisfied with his cooperation

18   they have the right to send a letter to the court for my

19   consideration.  I think the jury understands all that.

20            I'm not meaning to cut you short but you're going

21   over things that the jury is fully aware of.

22            MR. DINNERSTEIN:  Right.  I'll move on.

23   Q    If the government writes the letter, that gives you a

24   hope of getting freedom, isn't that correct, sir?

25   A    Yes, sir.

1  Q    If the government doesn't write the letter you do not
2  have any chance of freedom; isn't that correct, sir?
3  A    Yes, sir.
4  Q    Now, sir, you told the ladies and gentlemen of the jury
5  on direct examination that you drink alcohol; is that correct?
6  A    Yes, sir.
7  Q    How often do you drink alcohol?
8  A    Two times, three times a week.
9  Q    And how do you pay for the alcohol you drink?
10  A    Pay that with money.
11  Q    What?
12  A    Pay it with money.
13  Q    And how much money would you spend drinking alcohol on a
14  weekly basis?
15  A    Weekly basis?
16  Q    Yes.
17  A    About nine, ten dollars.
18  Q    What?
19  A    About nine or ten dollars.
20  Q    And you also say you smoke marijuana; is that correct?
21  A    Yes, sir.
22  Q    How often would you smoke marijuana -- how often would
23  you smoke marijuana?
24  A    Sometimes five times a week, sometimes six times a week,
25  sometimes two times a day.

McQuilkin - cross - Dinnerstein                    728

1   Q     Two times a day.  When you bought marijuana, how much did
2   you spend?
3   A     How much I spent?
4   Q     Yes.
5   A     Sometimes I spent ten colors, sometimes I spend twenty
6   dollars.
7   Q     How much would you say you spent per week?
8   A     It gives and takes.
9   Q     Approximately how much money would you spend smoking
10  marijuana?
11  A     About 50, $60.
12  Q     Fifty, $60 would only get you about a half an ounce a
13  week, right?
14  A     If you add it up, 50 or $60, that's like six bags, $10
15  bags.
16  Q     And you would be buying dime bags, right?
17  A     Yes, sir.
18  Q     So sometimes you'd buy dime bags twice a day, right?
19  A     Yes, sir.
20  Q     Sometimes you'd buy dime bags three times a week, right?
21  A     Sometimes, three times.  I don't count like, okay, I
22  bought weed last week six times, the week before that I bought
23  it four times.
24  Q     So you didn't buy marijuana on a daily basis?
25  A     Basically, more times I did buy it on a daily basis.  If

BHS        OCR        CM        CRR        CSR

McQuilkin - cross - Dinnerstein                729

1   I'm buying -- buying at least $60 worth of weed, I was just

2   averaging like a bag a day.

3   Q    So you'd buy one dime bag a day, right?

4   A    Sometimes.

5   Q    And you said that some of the times you'd buy marijuana

6   from Mr. Praddy, correct, the gentleman sitting over there?

7   A    Yes, sir.

8   Q    How many times?

9   A    Again, I can't count like every time I bought a bag of

10  weed from him I went and wrote it down, sir.

11  Q    You tried to count on direct examination.

12  A    I know within the circle, I bought weed hundreds of

13  times.

14  Q    Hundreds of times?

15  A    Yeah.

16  Q    How many hundreds?

17  A    What?

18  Q    How many hundreds?

19  A    I can't count but I know if you add it up, I buying weed

20  three times a week.

21  Q    How many hundred, sir?  You said hundreds on direct

22  examination.  What do you mean by that?

23  A    Hundreds of different times.  I'm just showing you an

24  example.  If I bought, say six bags a week -- a week for 24

25  bags a month.

1   Q     Okay?

2   A     We're talking about a period of time from 2002 till, say,

3   2006.  That's a lot of times.

4   Q     So that would be, if you bought 24 bags a month, we're

5   talking 2,500 bags a year, right -- 250 bags a year, right?

6   A     If that's what it add up to.

7   Q     We'll say 250 bags.  You would spend $2,500 on your

8   marijuana habit; is that correct, because you were buying dime

9   bags?

10  A     Basically.  I never added it up at the end of the year

11  how much I spent.

12  Q     You said on a good day selling DVD's you'd make a hundred

13  bucks a day, right?

14  A     Yes, sir.

15  Q     Sometimes you'd make even less than that, right?

16  A     Yes.

17  Q     How much would you make in a year?

18          THE COURT:  Let me interrupt?  Anybody need to use

19  the facilities like I do?

20          Do you want to take a break now?

21          How much more do you think you'll have?

22          MR. DINNERSTEIN:  It will be a little while.

23          THE COURT:  Let's take our break now then and we'll

24  finish the cross-examination.

25          (Recess.)

McQuilkin - cross - Dinnerstein                 731

1          (The following occurred in the absence of the jury.)

2          THE COURT:  Seat the jury, please.

3          THE CLERK:  Yes, Your Honor.

4          (Witness present.)

5          MR. GOLDMSITH:  Your Honor, the witness who we would

6    like to call after Mr. McQuilkin we very much would like to

7    call today, just because of his own scheduling with his work.

8          THE COURT:  Let's see what we can do.  I don't know

9    how much more we have.  How much more do you have,

10   Mr. Dinnerstein?

11         MR. DINNERSTEIN:  Probably an hour.

12         MR. GOLDMSITH:  This next witness, Your Honor, will

13   be 25 minutes maybe.  That's why I mentioned it.

14         THE COURT:  If we do that, we are not going to be

15   able to finish the cross here today.  It is up to you.  Do you

16   want to work it out amongst yourselves?

17         MR. GOLDMSITH:  Let's see where we are in a little

18   bit, Your Honor.

19         THE COURT:  I don't want to interrupt cross here.

20         (Continued on next page.)

21

22

23

24

25

GR      OCR      CM      CRR      CSR

McQuilkin - cross - Dinnerstein                    732

1          (Jury present.)

2          THE COURT:  Let's continue with the

3  cross-examination.

4          MR. DINNERSTEIN:  Thank you.

5  EXAMINATION CONTINUES

6  BY  MR. DINNERSTEIN:

7  Q    After you spoke to Immigration in June of 2006, there

8  came a time that you spoke to a couple of New York City

9  detectives, police detectives, about this case, is that

10 correct?

11 A    Yes, sir.

12 Q    Do you know the names of the detectives you spoke to?

13 A    Terry and Joe.

14 Q    You have to --

15 A    Terry and Joe.

16 Q    What?

17 A    Terry and Joe.

18 Q    Do you know what their last names are?

19          Could it be Leto and Calabrese?

20 A    Yes.

21 Q    Do you remember you spoke to them in August, right?

22 A    Yes, sir.

23 Q    You spoke to them in August about the homicide that

24 you -- that you say occurred in May of 2004, right?

25 A    Yes, sir.

GR      OCR      CM      CRR      CSR

McQuilkin - cross - Dinnerstein                733

1   Q    Now, the --

2        THE COURT:  Move the microphone closer.  This is

3   hopeless.  Turn it around like that.  Now lean back.  Say

4   "yes, sir" again.

5        THE WITNESS:  Yes, sir.

6        THE COURT:  Keep it up that way.

7   Q    This is after you were arrested by Immigration --

8   arrested and were in federal custody, is that correct?

9   A    Yes, sir.

10  Q    Now, you were asked questions about -- what do you call

11  them, terry and Joe?

12  A    Terry and Joe.

13  Q    Okay.  You were asked questions about the homicide that

14  occurred on Church Avenue about two years before, a little

15  over two years before, right?

16  A    Yes, sir.

17  Q    And you were asked about whether or not you had seen

18  people approach Belize on the day before the homicide, is that

19  correct?

20  A    Say that again, sir.

21  Q    You were asked questions about -- or you volunteered that

22  you had seen people approach Belize the day before the

23  homicide, is that correct?

24  A    No, that's not correct.

25  Q    Did you tell them -- did you tell the officers that

GR        OCR        CM        CRR        CSR

McQuilkin - cross - Dinnerstein                    734

1  someone approached Belize before the murder in the candy

2  store?

3  A    I didn't tell them that.

4  Q    Well, do you remember testifying today and saying that

5  you saw the people -- that you saw two people approach Belize

6  a day or two before the murder?

7  A    I didn't testify to that today.

8  Q    You didn't say that?

9  A    No.

10 Q    Before the murder, at any time prior to the murder, on a

11 different day, did somebody approach Belize in the candy

12 store?

13 A    It wasn't in the candy store, no.

14 Q    Okay.  Where was it, sir, where they approached him?

15 A    Outside the store.

16 Q    Outside the candy -- outside the candy store?

17 A    Not directly in front of the candy store.  But in the

18 vicinity of it.

19 Q    Who did you see approach Belize -- was that a few days

20 before the murder?

21 A    No, sir.  It was --

22 Q    How long before the murder?

23 A    It was in the springtime.

24 Q    So it was many -- well, isn't May the springtime?

25 A    Yeah.

McQuilkin - cross - Dinnerstein                    735

1   Q    So when was it that you saw these people approach Belize

2   before the murder?

3   A    Like about two months before.

4   Q    Do you remember bringing up this entire conversation with

5   detectives Leto and Calabrese or Terry and Joe, as you know

6   them by?

7   A    No, I did not.

8   Q    Are you sure?

9   A    Yes, sir, I am.

10  Q    Can I show you a piece of paper and see if it refreshes

11  your recollection?

12  A    Yes, sir.

13  Q    This is HM-4.

14       This paragraph.

15  A    What?

16  Q    This paragraph.

17       Read it to yourself, sir.  Don't read it out loud.

18       (Pause.)

19  A    Yes.  This don't have nothing to do with what you just

20  asked me, the paragraph you told me to read.

21  Q    Well, sir, didn't you say, sir, that the day before the

22  murder you saw this confrontation between Belize and two other

23  people?

24  A    I did not say that, sir.

25  Q    Well, are you looking at the piece of paper, sir?

McQuilkin - cross - Dinnerstein                 736

1    A    This paper don't say that at all.

2    Q    Isn't there an indication that the day before the murder

3    that Devon and Lindsey approached Belize and he had a

4    confrontation with them?

5              MR. DuCHARME:  Objection.

6              THE COURT:  Do you know that of your own fact?  When

7    you look at that piece of paper, does that help you remember

8    that?

9              THE WITNESS:  It's not even on here, what he is

10   talking about.

11             THE COURT:  It doesn't?

12             THE WITNESS:  No.

13             THE COURT:  You can read okay?

14             THE WITNESS:  Very well.

15             THE COURT:  Do you want him to read that?  Is that

16   what you want him to do?

17             MR. DuCHARME:  Objection.

18             THE COURT:  It's not in evidence.

19             You read it.  You let me know whether you want him

20   to read it again.

21             MR. DINNERSTEIN:  Okay.

22   Q    This paragraph, sir, can you read the second and third

23   lines out loud?

24             MR. DuCHARME:  Objection, Your Honor.

25             THE COURT:  No.  It's not in evidence.

McQuilkin - cross - Dinnerstein                    737

1          MR. DINNERSTEIN:  Okay.

2   Q    Did you, sir, tell detectives Leto and Calabrese, Terry

3   and Joe, that the day before the homicide you saw Devon and

4   Lindsey have a confrontation with Belize?

5          THE COURT:  Did you tell the detective that, yes or

6   no?

7            THE WITNESS:  No.

8   Q    Did you tell the detectives that?

9   A    No.  I don't remember telling them that.

10          THE COURT:  Does that refresh your recollection when

11  you look at that piece of paper?

12          THE WITNESS:  No, sir, it don't.

13  Q    It doesn't refresh your recollection?

14          THE COURT:  That's your answer.

15  Q    Let me have the paper back.

16          Did you tell Calabrese and Leto, Terry and Joe,

17  anything about what you had seen the day before the homicide?

18  A    I don't recall.

19  Q    Does this piece of paper refresh your recollection as to

20  whether or not you had a conversation with them?

21  A    No, it does not.

22  Q    Doesn't refresh your recollection?

23  A    No.

24  Q    Did you tell Terry and Joe about the homicide?

25  A    Yes, I did.

1  Q    What else did you tell them?

2  A    I told them about other people shooting.

3  Q    Did you tell them about a confrontation that occurred the

4  day before?

5  A    I don't recall telling them.

6  Q    That piece of paper doesn't refresh your recollection?

7  A    No, sir.

8  Q    Do you remember on direct examination talking about a

9  confrontation before the actual killing on May 26th?

10  A    Yes, sir.

11  Q    What was the confrontation?

12  A    I told them that Devon, I seen Devon and Birdman tell

13  Belize yo, man, I don't want you selling weed on --

14            THE COURT:  You don't want what?

15             THE WITNESS:  No weed on the spot.

16            THE COURT:  Weed?

17            THE WITNESS:  Yes.

18  Q    When was that confrontation -- that conversation?

19  A    A couple of months before.

20  Q    Not the day before?

21  A    Not the day before.

22  Q    It wasn't that it was Devon and Lindsey who had that

23  conversation with Belize?

24  A    It was Devon and Birdman.

25  Q    That's what you told the officers, right?

McQuilkin - cross - Dinnerstein                 739

1    A    That's what I recall telling them.

2    Q    Right.

3         So if they wrote down something else, they made a

4    mistake, right?

5    A    They made a mistake?  I don't know.  I didn't write

6    nothing down.

7    Q    Now, at some point you started talking to Agent Foy, is

8    that correct?

9    A    Yes, sir.

10   Q    When was the first time you spoke to Agent Foy?

11   A    I think August of 2007.

12   Q    2007?

13   A    2006.

14   Q    So that would be around the same time you were speaking

15   to Terry and Joe, right?

16   A    A couple of months after.

17   Q    You also talked about the murder, is that correct?

18   A    Yes, sir.

19   Q    Did you talk about who you saw have a confrontation

20   sometime prior to the murder?

21   A    I don't recall.  I can't remember.

22   Q    Do you recall talking about how the perpetrators of the

23   murder rode off on bicycles afterwards?

24   A    I don't remember saying that.  I said, before he killed

25   Belize, him and Lindsey rode off on the bike.

GR      OCR      CM      CRR      CSR

McQuilkin - cross - Dinnerstein                740

1    Q    We heard what you said before, sir.

2         The question is, did you tell Agent Foy that after

3    the murder the perpetrators rode off on bicycles?

4    A    I don't remember.

5    Q    Do you want to take a look at this piece of paper, the

6    first paragraph on page three of HM-11, and tell me if this

7    refreshes your recollection about what you -- the conversation

8    was that you had with Agent Foy?

9         (Pause.)

10        THE COURT:  The first paragraph, does it refresh

11   your recollection that you had any conversation at all with

12   Agent Foy?

13        THE WITNESS:  I had conversation --

14        THE COURT:  Answer my question.  Does it refresh

15   your recollection that you had a conversation with Agent Foy

16   when you read that first paragraph, yes or no?

17        THE WITNESS:  Yes.  But it's not correct.

18        THE COURT:  I didn't ask you that question.  It

19   refreshes your recollection that you had a conversation,

20   right?

21        THE WITNESS:  Yes, sir.

22        THE COURT:  All right.  Do you want to know what the

23   conversation is now that he recalls?

24   Q    So Agent Foy wrote down things wrong in the conversation

25   that you had with him, is that your testimony, sir?

McQuilkin - cross - Dinnerstein                741

1  A    I don't know.  I don't know what he wrote down or how he

2  write down.  I know what I told him.

3  Q    So you didn't tell him what's on this piece of paper,

4  right?

5           THE COURT:  Look.

6  A    Basically the --

7           THE COURT:  Just stop.

8           We can get a little confused here.  You probably,

9  members of the jury, are probably curious to read all these

10 documents that are not in evidence.  I guess that's kind of a

11 natural response, natural instinct.  There are Rules of

12 Evidence which I have to apply and you can't read that

13 document because it doesn't square with the Rules of Evidence.

14 Don't speculate why.

15          There may be other ways in which you can bring out

16 information but you can't do it in this way.  So if it

17 refreshes his recollection, then he can say yes and then you

18 can go ahead and with his recollection refreshed he can then

19 testify.

20          But you can't say that here is what it says.  That's

21 not permissible.  It may be frustrating but that's just the

22 rules of the game.

23          Okay.  Go ahead, Mr. Dinnerstein.

24

25

GR      OCR      CM      CRR      CSR

McQuilkin - cross - Dinnerstein                742

1    EXAMINATION CONTINUES

2    BY  MR. DINNERSTEIN:

3    Q    Do you remember what you said to Agent Foy about a

4    bicycle?

5    A    Yes.

6    Q    What did you say to Agent Foy about a bicycle?

7    A    I said, they left on a bicycle.  I didn't say they came

8    back on a bicycle.  Maybe he wrote that down.

9              THE COURT:  We don't know what he wrote down.

10   Anyway, it says that you did not -- you said you left on a

11   bicycle?

12             THE WITNESS:   They left on a bicycle.

13             THE COURT:  There is nothing else in that paper that

14   you read which jogs your recollection about whether they came

15   back?

16             THE WITNESS:  They didn't come back.

17             THE COURT:  You didn't need your recollection

18   refreshed?  You know that?

19             THE WITNESS:  Yes, sir.

20             THE COURT:  You are testifying under oath, you know

21   that?

22             THE WITNESS:  Yes, sir.

23             THE COURT:  Next question.

24   Q    Do you know how long Agent Foy has been an agent for the

25   FBI?

GR      OCR      CM      CRR      CSR

McQuilkin - cross - Dinnerstein                    743

1          THE COURT:  Sustained.

2    A    Do I know how long?

3          THE COURT:  When I say sustained, that means you

4    don't answer the question.

5          THE WITNESS:  Oh, okay.

6    Q    Do you know if it is important for Agent Foy to write

7    things down?

8          THE COURT:  Sustained.

9    Q    The way you say them?

10          THE COURT:  Sustained.

11          Don't answer the question.

12   Q    You have spoken to Agent Foy hundreds of times, is that

13   your testimony, sir?

14   A    Yes, sir.

15   Q    It would be fair to say you have spoken to him for

16   several hundred hours, is that correct?

17   A    I don't know.  I don't know.  I can't answer that.

18   Q    Agent Foy has given you some amount of money over the

19   years, is that correct?

20   A    Yes.

21          THE COURT:  I think we have covered all of that,

22   haven't we?

23          THE WITNESS:  Yes.

24          THE COURT:  It's getting --

25   Q    Do you ever --

GR      OCR      CM      CRR      CSR

McQuilkin - cross - Dinnerstein                744

1          THE COURT:  Excuse me.  I am not interrupting too

2   often.  Once in a while I do, especially when it gets to the

3   end of the day.

4          Try not to be repetition of things that have already

5   been explored at length.

6   Q    Do you have any other job, sir?

7          THE COURT:  Any other job?

8   A    No, not right now.

9   Q    So --

10         THE COURT:  Did you ever have any other job over the

11  last several years?

12         THE WITNESS:  Yes, sir.

13         THE COURT:  Okay.  Next question.

14  Q    Now, in June of 2007, you got out of jail, is that

15  correct?

16  A    Yes, sir.

17  Q    It was the government helped you get out of jail, is that

18  right?

19  A    Yes, sir.

20  Q    The government put aside the illegal reentry, is that

21  correct?

22  A    Yes, sir.

23  Q    And the fact that you had been previously deported, is

24  that correct?

25  A    Yes, sir.

GR      OCR      CM      CRR      CSR

McQuilkin - cross - Dinnerstein                745

1    Q     And that you snuck back into the country as a stowaway,

2    is that correct?

3              THE COURT:  We are getting repetitious.

4              Next question.

5              MR. DINNERSTEIN:  I will move on, Judge.

6    Q     You were given an opportunity to be out on the street, is

7    that correct?

8    A     Yes, sir.

9    Q     You went back out on the street after you pled guilty to

10   where the minimum sentence is ten years in jail, right?

11   A     Yes, sir.

12   Q     Sir, you are hoping to get much less than ten years,

13   isn't --

14             THE COURT:  He's already testified about that,

15   Mr. Dinnerstein.  He's already said yes.

16             Go ahead.

17   Q     Now, sir, the murder in 2004 on Church Avenue received a

18   good deal of publicity, isn't that correct?

19   A     In the neighborhood.  I don't know as far as TV --

20             THE COURT:  In the neighborhood.  It was known in

21   the neighborhood?

22             THE WITNESS:  Yes.

23   Q     People were talking about the murder, right?

24   A     Yeah.  Like somebody get killed around your way, it is

25   going to be spoke about.

McQuilkin - cross - Dinnerstein                746

1   Q    You claim, sir, that you had information about the
2   murder, right?
3   A    I didn't claim nothing.  I had information about it.
4   Q    Of course, you told people about the murder that the
5   police wanted to solve back in 2004, is that correct?
6   A    I mean, I told people like shit, Birdman and Lindsey
7   killed Belize.
8   Q    Right.
9         You told the police that, right?
10  A    Yeah.
11  Q    You didn't tell the police that until years after you
12  were arrested, isn't that correct, sir?
13  A    I just -- I told you that the same thing earlier, yes.
14  Q    After you got out of jail in June of 2007, you continued
15  to have meetings with the government, is that correct?
16  A    Yes, sir.
17  Q    And you bought some marijuana, right?
18  A    And crack cocaine.
19  Q    Right?
20  A    Yes, sir.
21  Q    You didn't buy any cocaine from Mr. Praddy, did you?
22  A    No, sir.
23  Q    Of course, you were working on a lot of different cases
24  at that point, right?
25  A    Yes, sir.

GR      OCR      CM      CRR      CSR

McQuilkin - cross - Dinnerstein                    747

1   Q    You have testified in a lot of different cases for the

2   government?

3   A    Yes, sir.

4   Q    How many?

5   A    Two.

6   Q    This is the third time you have testified?

7   A    Yes, sir.

8   Q    In this case -- I am not talking about the other

9   cases -- but the first time you were wired in this case by

10  Agent Foy was in August of 2007, is that correct?

11  A    Maybe.  I don't know.  I can't -- I don't know the exact

12  date.

13  Q    Did there come a time that you were looking for somebody

14  named -- that you called Killer?

15       You were looking for Killer?

16  A    Yes.

17  Q    Okay.  Killer was a guy who wanted to talk to you about

18  committing -- getting somebody to commit a murder, is that

19  correct?

20  A    That's not correct.

21  Q    Well, what is correct about Killer?

22  A    Killer is a person that I was trying to get to buy

23  cocaine from.  If you want to know what you're speaking about,

24  the person name is Rudy.

25  Q    Rudy?  Rudy wanted to commit -- wanted to hire you to

1  commit a murder?

2  A    Yes.

3  Q    And you went out on some day to look for Rudy or for

4  Killer?

5  A    To look for Rudy wearing a wire because when he told me

6  that I went and informed the FBI what he said to me.  So we

7  was trying to see if he wanted to go along with it but he

8  never wanted -- he just -- he said the dude went to Jamaica

9  and they handled it in Jamaica.  It wasn't like I'm the killer

10  because he told me and I went straight and told the FBI,

11  started wearing a wire, and tried to get him to say things and

12  make a meeting.  But it never expanded to nothing.

13  Q    Why would Rudy ask you if you knew anybody who could

14  commit a murder?

15  A    You got to ask him that.

16  Q    Are you a person who is known on the street as somebody

17  who knows about getting people to commit murders?

18  A    No.

19  Q    So he just kind of asked you out of the blue, right?

20  A    I ain't got no control about a person asking me a

21  question.  It has nothing to do with me.

22        MR. DINNERSTEIN:  Mike, we are going --

23        THE CLERK:  Do you want the laptop?

24  Q    Before running into Rudy, you actually ran into

25  Mr. Praddy over there, is that correct?

McQuilkin - cross - Dinnerstein                    749

1    A    On that day, yes, it is.

2    Q    That would be August 24th of 2007, or you don't remember?

3    A    I don't remember exactly what day it was.

4         MR. DINNERSTEIN:  Would the government stipulate

5    that it was August 24?

6         MR. DuCHARME:  That appears to be what the tape

7    shows.

8         MR. DINNERSTEIN:  It will take a second to boot up.

9         MR. DuCHARME:  What exhibit are you playing?

10        MR. DINNERSTEIN:  This is defense Exhibit C.  I'm

11   sorry.

12        THE COURT:  What are you referring to now?

13   Q    I am going to show you about the time that you ran into

14   Mr. Praddy.

15   A    I had never ran into him.

16   Q    I heard you.

17   A    Yes.

18        (Tape plays; tape stops.)

19   Q    Now, right there you had a conversation with Mr. Praddy,

20   is that correct?

21   A    Yes, sir.

22   Q    And you brought up this person Kion, right?

23   A    Yes, sir.

24   Q    You just brought it up so you'd talk about him, right?

25   A    Yes, sir.

GR      OCR      CM      CRR      CSR

McQuilkin - cross - Dinnerstein                750

1          Actually, on the -- on that date, I was going to see

2     Rudy.  I --

3     Q     We understand that.

4     A     I asked him what's up with Kion.  That's his friend.

5     What's wrong with that?

6     Q     I didn't say anything was wrong.  I am just asking what

7     you did, sir.

8              (Tape plays; tape stops.)

9     Q     You saw Anthony was looking around in the shelves, is

10    that correct?

11    A     I seen him looking.

12    Q     Did you see that?

13    A     Yes, I just seen him looking, yes.

14    Q     He was looking to purchase something, is that correct?

15    A     I don't know what he was doing at that moment.  It's

16    right there.

17    Q     What?

18    A     I don't know what he was doing, what he was looking for,

19    if he was buying something.

20    Q     He went into the store, right?

21    A     He always in the store.

22    Q     You go into the store to go shopping, right?

23    A     He was selling marijuana out of that shop too.

24              (Tape plays; tape stops.)

25    Q     That's you talking, right?

McQuilkin - cross - Dinnerstein                751

1   A    Yes, it is.

2   Q    Okay.  The way you talk out on the street is a little

3   different from the way you talk in this courtroom, isn't that

4   correct, sir?

5   A    Why would I be cursing in front of these people, for

6   what?

7   Q    Why do you curse when you are out there on the street,

8   sir?

9   A    That's -- that's street talk.  That's how --

10  Q    Do you hear Anthony cursing?

11  A    I ain't hear him curse just now but he curse.  You tell

12  me he don't curse?

13          (Tape plays; tape stops.)

14  Q    Okay.  So you saw Anthony in the store, right?

15  A    Yes.

16  Q    You had a conversation with him, right?

17  A    Yes.

18  Q    You didn't talk about drugs or getting food or anything

19  like that, right?

20  A    Not that day.

21          (Continued on next page.)

22

23

24

25

GR      OCR      CM      CRR      CSR

*McQuilkin - cross/ Dinnerstein*                              752

1    CROSS EXAMINATION (Cont'd)

2    BY MR. DINNERSTEIN:

3    Q    And you didn't know what he was doing in the store,

4    right?

5    A    I wasn't paying him no mind what he was doing.

6    Q    Because you were looking for Rudy?

7         (Tape played); (Tape stopped)

8         Were you looking for somebody else; is that correct?

9    A    Rudy.

10   Q    Okay.  This is Rudy, right?

11        (Tape played); (Tape stopped)

12   A    Yes, that's Rudy.

13   Q    And the one who is doing the talking at this point is

14   you, right, I'm a call you man, that's you, right?

15   A    I was calling him.

16   Q    That's what you're saying to him at that time?

17   A    Yes.

18        (Tape played); (Tape stopped)

19   Q    Now, Rudy's writing a phone number down for you; is that

20   is correct?

21   A    Yes.

22   Q    Whose phone number is he writing down?

23   A    His cell phone.

24   Q    He gave it to you?

25        (Tape played); (Tape stopped).

*McQuilkin - cross/ Dinnerstein*                753

1   A    Yeah, yes.

2   Q    And that's the talk about the murder, right?

3   A    About which murder?

4   Q    The murder that Rudy wanted you to get involved with,

5   right?

6   A    Yes.

7   Q    And you were playing along, right?

8   A    I went and told the FBI agent.

9   Q    I understand?

10  A    I wasn't playing.

11  Q    You were playing along with what Rudy, he was telling

12  you?

13  A    He -- he was really trying to hurt somebody.  If

14  anything, I was being a good citizen by going to the FBI.

15          (Tape played); (Tape stopped)

16  Q    Just to speed things up, so you talked to Rudy for a

17  couple of minutes, right?

18  A    Yes, we spoke for a couple of minutes.

19  Q    You were talking about Rudy wanting to get your help in

20  terms of killing somebody; is that correct?

21  A    Yes, sir.

22  Q    Now, at some point you called the agents, right?

23          (Tape played); (Tape stopped)

24          At this point you are walking on Raleigh Place; is

25  that correct?

*McQuilkin - cross/ Dinnerstein*                                    754

1   A    No.

2   Q    What street are you walking on?

3   A    That's New York Avenue.

4   Q    You are walking on New York Avenue?

5   A    Yes.

6        (Tape continued)

7   Q    Now, who is Rob?

8   A    Who is?

9   Q    Rob, you said:  What's up, Rob.  Who is Rob?

10  A    Rob is the FBI agent.

11  Q    What is his last name, do you know?

12  A    Foy.

13  Q    And you're on a first name basis with the Agent in this

14  case?

15  A    I call him Rob.  Sometimes call him Mr. Foy, sometimes.

16       (Tape played); (Tape stopped)

17  Q    Now, sir, when you said I'm not scared, what does that

18  mean?  You're having a conversation with the guy who wants to

19  hire you as a killer, or be involved in a kill, and you're not

20  scared; is that your testimony, sir?

21  A    That conversation had nothing to do with Rudy.

22  Q    Well, what are you not scared about, sir?

23  A    What I am not scared about, he tell me to be careful out

24  there. I said I'm not scared.

25  Q    Pardon.

1  A    I told him I am not scared.  It had nothing to do with

2  being scared of Rudy.  He said be careful.  I said you know I

3  am not scared.

4  Q    You are not scared of anybody, right?

5  A    What do you mean I am not scared of anybody?

6  Q    Were you scared of people?

7  A    I don't know what situation you mean.

8  Q    When you were on that tape talking to Agent Foy you said:

9  I am not scared, right?

10  A    Yeah.

11  Q    Isn't that what you said?

12  A    Yes, sir.

13  Q    Okay. And that's because you felt you're not scared,

14  right?

15  A    At that moment, yes.

16  Q    What?

17  A    At that moment, yes.

18         (Tape played); (Tape stopped)

19  Q    Now, you're going back at that point to see Agent Foy; is

20  that correct?

21  A    I am not too sure.

22  Q    Well, eventually you have to get unwired; isn't that

23  right?

24  A    Yes, sir.

25  Q    So after you did what did you on August 24th, you needed

*McQuilkin - cross/ Dinnerstein*                                756

1   to get unwired; is that right?

2   A    Yes, sir.

3            MR. DINNERSTEIN: May I have a conversation

4   Mr. Goldsmith?

5            (Mr. Dinnerstein and Mr. Goldsmith conferred)

6   Q    Now, each time you were wired; is that correct?

7   A    Yes, sir.

8   Q    Now, before you went out you have received instructions;

9   is that correct?

10  A    Yes, sir.

11  Q    Now, did you ever receive instructions about bringing up

12  the murder that you say Birdman was involved in?

13  A    No.

14  Q    You were never asked by Agent Foy or any of these other

15  agents to talk about the murder that had occurred some three

16  years before; is that correct?

17  A    Yes.

18  Q    And you never brought that up, right?

19  A    No, sir.

20  Q    You spoke with Birdman, with Mr. Praddy, several times;

21  is that correct?

22  A    Yes, sir.

23  Q    And even on one occasion he took you to his source where

24  he got the marijuana; is that correct?

25  A    Yes, sir.

McQuilkin - cross/ Dinnerstein                    757

1   Q    Often -- the first time on October 16th you didn't have a

2   phone up for Mr. Praddy; is that correct?

3   A    Yes, sir.

4   Q    So you didn't know exactly where he would be; is that

5   correct?

6   A    Yes, sir.

7   Q    But you saw him on Church Avenue; is that correct?

8   A    Yes, sir.

9   Q    And when you saw him you did not just purchase marijuana

10  from him out there on the street on Church Avenue; isn't that

11  correct, sir?

12  A    On what date?

13  Q    The first day.

14  A    When I seen him -- when I was going to meet Rudy.

15  Q    On October 16th when you first saw him?

16  A    First time.

17  Q    We'll cal it the second time.  The first time you were

18  looking for Rudy, right?

19  A    Yes.

20  Q    So you didn't have any conversation with him about

21  marijuana at all?

22  A    Okay. Right.

23  Q    Is that correct?

24  A    Yes.

25  Q    And the second time you saw him you saw him on Church

*McQuilkin - cross/ Dinnerstein*                          758

1    Avenue again; is that correct?

2    A    Yes, sir.

3    Q    And you asked him if you could buy some marijuana, right?

4    A    Yes, sir.

5    Q    And how much marijuana did you want to buy?

6    A    I asked him was he selling dimes.

7    Q    If he's selling what?

8    A    Dimes.

9    Q    A dime, like what you would buy in the past; is that

10   correct?

11   A    Yes.

12   Q    What did he tell you?

13   A    He said he only got quarters.

14   Q    And quarters means a quarter of an ounce, right?

15   A    Yes, sir.

16   Q    And quarter costs $25?

17   A    Quarter can cost whatever you want to charge.  I don't

18   know. I don't know. His quarter cost $40.

19   Q    His quarter cost $40?

20   A    That's what he charged me.

21   Q    So you paid $40 for a quarter?

22   A    I gave him $40 and then another $40 for two quarters.

23   Q    So you bought two quarters and paid $80?

24   A    Yes, sir.

25   Q    On October 16th you bought a half an ounce on of

1   marijuana, right?

2   A     Yes.

3   Q     And you paid $80 for it, right?

4   A     Yes.

5   Q     Now, he didn't have any marijuana on him, so he had to go

6   to his house; is that correct?

7   A     He tell me he had to go to his house.

8   Q     So you walked around the corner to his house; is that

9   correct?

10  A     Yes, sir.

11  Q     Now, sir, all of those other times you bought marijuana

12  were the people you bought marijuana from selling it right out

13  of Church Avenue?

14  A     Church Avenue, Raleigh and Church.

15  Q     But did they have the marijuana on them when they sold

16  it?

17  A     Sometimes they do, sometimes they do, and sometimes they

18  say what he said, hold, on, I'll be back, but by that time you

19  ain't going here because that's years ago.

20  Q     But sir, back in 2002, 2003 when you were buying

21  marijuana didn't you just go to Church Avenue and somebody

22  would sell you marijuana?

23  A     Yeah, but sometimes in the same occurrence he's selling

24  weed on the block or maybe he just finished running out.  How

25  I know?

1  Q    You don't know anything about what he was doing before
2  you got there; isn't that correct?
3  A    Right.
4  Q    You don't know, you have no idea, whether he was just
5  going to the store, right?
6  A    Right.
7  Q    He could have just been going to the store and going home
8  and he ran into you?  You said can I have a half ounce of
9  marijuana or a quarter of an ounce, you don't know, right?
10 A    I don't know.
11 Q    He just said -- you just said when you approached him he
12 said he could sell you a quarter of an ounce, right?
13 A    He told me he didn't have know dimes, he only got
14 quarters.  I said let me get a quarter.  He walked around the
15 corner.
16 Q    And to get to the quarter of an ounce of marijuana he had
17 to go back to his house; is that correct?
18 A    Yes, sir.
19 Q    Now, did you bring up at some point the subject of buying
20 a half pound of marijuana?
21 A    Yes, sir.
22 Q    Was that on October 16th, was that the first time?
23 A    Yes, sir.
24 Q    Now, he said he can sell you a half pound for $550,
25 right?

McQuilkin - cross/ Dinnerstein                    761

1   A    That what he said.  You heard him on the tape.

2   Q    Did you ever buy a half pound of marijuana from him?

3   A    No.

4   Q    Did you ever ask to buy a half pound of marijuana from

5   him?

6   A    Yes.

7   Q    And what did he say?

8   A    He said come to the block.

9   Q    Did he ever sell you a half pound?

10  A    No, sir.

11  Q    When did he say to you that he had a half pound and you

12  should come to the block?

13  A    If I am not mistaken, on the same day when I ended up

14  going in the car with him.

15  Q    You mean September 4th?

16  A    I don't know.

17  Q    You don't know the date.

18        The most you ever bought from Mr. Praddy was two

19  ounces of marijuana, right?

20  A    Yes.

21  Q    And two ounces cost about $200, right?

22  A    He was charging a hundred each.

23  Q    Hundred an ounce?

24  A    Yes, that's what he was charging.

25  Q    So two ounces would be two hundred, right?

McQuilkin - cross/ Dinnerstein                    762

1   A    Yes.

2   Q    And how many times in a year from October to September,

3   11 months, did you buy marijuana from Mr. Praddy.

4   A    I think about seven times.

5   Q    Sometimes you bought it just from Black?

6   A    Yes.

7   Q    So that was a couple of times from Black?

8   A    Yes.

9   Q    And so the seven would be seven minus two or three?

10  A    I don't know how much -- how many times.

11  Q    You don't know how many times?

12  A    No, it is recorded, so it shouldn't be hard to find out.

13  Q    Now, at some time you mentioned on March 7th you

14  mentioned the word krills,  what is a krill?

15  A    Krill is another word for crack.

16  Q    Did you ever buy -- did he ever hook you up with somebody

17  who could sell krills?

18  A    No.

19  Q    Did you ever buy krills from --

20  A    No.

21  Q    Anthony or from Black?

22  A    No.

23        MR. DINNERSTEIN: I am just going to play two other

24  DVDs.  I am not going to play most of them.

25        This will be Government Exhibit 415.

*McQuilkin - cross/ Dinnerstein*                         763

1    Q    You remember purchasing marijuana on April 23rd of 2008?

2                   (Tape played); (Tape stopped)

3              Is this Raleigh Place?

4    A    Yes, sir.

5    Q    Do you know who that gentleman is who is sitting on his

6    stoop?

7    A    Yes, sir.

8    Q    Who is that?

9    A    Kion's grandfather.

10             (Tape continues)

11   Q    Now, that's Anthony; is that correct?

12   A    That, yes, sir.

13             (Tape continued)

14   Q    What did you just say to him -- to Anthony?

15   A    He is handing me shit.  Like, in other words, what he was

16   meaning he is passing me two ounces of weed right in the open

17   outside in the street.

18             (Continued on next page)

19

20

21

22

23

24

25

McQuilkin - cross - Dinnerstein                    764

1    BY MR. DINNERSTEIN:

2    Q    He was using bad judgment by passing you the weed right

3    up there on the street, right?

4    A    It was for his own good.

5    Q    You were trying to help him to be more deceptive, right?

6    A    Be more deceptive?  I just told you.

7    Q    You would do it in a sneakier way?

8    A    Not a sneaky way.  I go, Yo, why you doing it in the

9    open?

10            (Tape plays-tape stops.)

11   Q    Anthony is talking on the telephone; is that correct?

12   A    Yeah.

13   Q    Right?

14   A    Yeah.

15   Q    You don't know who he's talking to, right?

16   A    No, sir.

17            (Tape plays-tape stops.)

18   Q    Who is that person whose saying, Yo-Yo?

19   A    Me.

20   Q    What?

21   A    Me.

22   Q    This is -- who is the person in this -- who is on the

23   camera now?

24   A    Which one?  Him?

25   Q    The one who's arms are --

BHS     OCR     CM     CRR     CSR

1  A    I think it's Torrel.

2  Q    And that is Torrel Whyte?

3  A    Torrel whatever.

4  Q    Does he live on that block?

5  A    I don't know where he live.

6         (Tape plays-tape stops.)

7  Q    Who is talking now, is that you or this guy Torrel?

8  A    I was just talking.  I ain't looking at you, man.

9  Q    That's you talking, right?

10  A    Yes, sir.

11         (Tape plays-tape stops.)

12  Q    Who is laughing now, is that you?

13  A    That was me.

14  Q    What?

15  A    I just laughed.

16  Q    Were you laughing?

17  A    Yes.

18         (Tape plays-tape stops.)

19  Q    There's some talk about a 20.  Who is doing that?

20  A    He's saying to me, borrow 20.  Like he going to get $20

21 from me.

22  Q    He wants to borrow money from you?

23  A    It's typical street talk, not borrow.  Basically, yo, let

24 me get a 20, yo.  If you got money, if you got money and you

25 see somebody, it's typical to say, yo, let me hold something.

McQuilkin - cross - Dinnerstein                    766

1   I don't mean broke.  And the next person like he got a lot of

2   money in his hand, even though you got money in your pocket,

3   you still say, yo, man, let me hold your 20.  It ain't got

4   nothing to do with he borrowing because he broke.  That is

5   just laughter.  You see me laughing and joking.

6            (Tape plays-tape stops.)

7   Q    You and this guy Torrel were having a conversation; is

8   that right?

9   A    Yes.

10  Q    Isn't that what is going on, you and Torrel are talking?

11  A    Yes, sir.

12  Q    What is Anthony doing?

13  A    He's over there on the phone.  I don't know what he

14  doing.  He's right next to us.

15  Q    Is he participating in the conversation?

16  A    No.

17           (Tape plays-tape stops.)

18  Q    Whose number are you trying to get there?

19  A    Torrel.

20  Q    He gave it to you?

21  A    I was asking Birdman, that's Birdman who was telling, Yo,

22  man, you don't remember your own number?

23  Q    By the way, Birdman isn't vulgar during these

24  conversations, is he, you are, right?

25  A    Yeah.

McQuilkin - cross - Dinnerstein                    767

1    Q    And Torrel is, right?

2    A    Yes.

3    Q    But Birdman -- I don't hear any vulgarity coming out of

4    Anthony's mouth, do you?

5    A    No, sir.

6    Q    In September or another time -- this is Government

7    Exhibit 418 -- there came a time that you were driven by

8    Anthony to another location, isn't that correct?

9    A    Yes, sir.

10   Q    Off of Raleigh Place?

11   A    Yes, sir.

12            MR. DINNERSTEIN:  417 and not 418.

13            (Pause.)

14   Q    This time in September you were going to buy a couple of

15   ounces of marijuana; is that correct?

16   A    Yes, sir.

17   Q    And he didn't have any, right?

18   A    He didn't have it.

19   Q    He didn't have it with him, right?

20   A    He didn't have it, no.  He say he have to go get it from

21   somebody.

22   Q    Now, is it a sensible thing to bring customers to the

23   source of where you get the marijuana from?

24   A    Is it a sensible thing?  You got to ask the person that's

25   taking you.  It don't have anything to do with me if it's

BHS      OCR      CM      CRR      CSR

McQuilkin - cross - Dinnerstein                    768

1   sensible or not sensible, I don't sell the marijuana.

2   Q    Sir, if you were taken to the source of the marijuana,

3   then you wouldn't need to deal with the middleman, you could

4   go directly to the source; isn't that correct?

5            MR. DuCHARME:  Objection.

6   A    That's not correct.

7            THE COURT:  Overruled.  You may answer the question.

8   A    It has nothing to do with me because I don't sell

9   marijuana.  I didn't make no rule or because you sell weed it

10  would be easier if you go here --

11           THE COURT:  You don't know anything about that?

12           THE WITNESS:  I don't know.

13           THE COURT:  That's his answer.

14           (Tape plays-tape stops.)

15  Q    Who are you talking to there?

16  A    I don't know.

17  Q    You don't know?

18  A    I don't know.  At that time, right now I don't know.  I

19  know now.

20  Q    Did you notice throughout the time that often you'd have

21  to wait much longer to get your ounce or half an ounce or two

22  ounces of marijuana than you would have expected to?

23  A    Again, I'm not thinking about how much time it takes, if

24  it's longer, if it was shorter.

25  Q    Sir, isn't there some times that you kidded around in the

BHS    OCR    CM    CRR    CSR

McQuilkin - cross - Dinnerstein                    769

1   laundromat about how long it took him to bring you that one

2   ounce of marijuana?

3   A     Yes, sir.

4   Q     Why would you do that?

5   A     Why would I do that?

6   Q     Why did you say it was taking him so long?

7   A     I don't know.  I don't know why.

8   Q     Sometimes you said, We'll meet at 5:45 on the block and

9   he didn't come until a couple of hours later?

10  A     Sometimes.

11  Q     We're talking about five times, right, that you bought

12  marijuana from him, right?

13  A     Actually, like I said it's on the record.  I don't recall

14  it.  You might know better than me.

15              Tape plays-tape stops.)

16  Q     That's you, right?

17  A     I don't know.

18  Q     You don't know?

19  A     No.

20  Q     Who else is walking around with a wire on that day?

21  A     I'm walking around with a wire.

22  Q     So the person holding the cigarette is you or not, or you

23  don't know?

24  A     I don't know.  It could be me.

25  Q     This is what the block looks like, right, the nice houses

McQuilkin - cross - Dinnerstein                770

1   across the street?

2   A    They ain't all that nice.

3   Q    They're not that nice?

4   A    They look better in the picture than in-person.

5   Q    What?

6   A    It looks better in picture than in-person.

7   Q    I see.

8        I'm going to advance this just a little bit.  Who is

9   that guy?

10  A    That's Birdman and Torrel.

11       (Tape plays-tape stops.)

12  Q    There you're talking to him, isn't that correct?

13  A    Yes, sir.

14  Q    You're talking to him?

15  A    The Birdman.  It's the picture.

16  Q    "I'm not fuckin' with no third party," what does that

17  mean?

18  A    Middleman, somebody else.

19  Q    You don't want to deal with anybody but Birdman, right?

20  A    Yeah, that's what I mean.

21       (Tape plays-tape stops.)

22  Q    I'm going to advance this slightly.

23       (Pause.)

24       (Tape plays-tape stops.)

25  Q    You got into his car at that point, right?

McQuilkin - cross - Dinnerstein                771

1   A    Yes, sir.

2   Q    Did he ask you to get into the car or you just got into
3   it?

4   A    I asked him previously could I go with him.  I can't just
5   jump in his car.

6   Q    Before you said to him, Can I go with you to your source?

7   A    Yeah.

8   Q    Right?

9   A    Yeah.

10  Q    Did you find that to be an awkward question to ask?

11  A    To ask?

12  Q    Right.  Did you find that to be an awkward question to
13  ask?

14  A    Can I get in the car?  If you're going to spend money,
15  what's so awkward about that?

16        (Tape plays-tape stops.)

17  Q    Did he ask you to put on your seat belt?

18  A    No.  I put on my seat belt.  It's the law.

19  Q    He asked to you put on your seat belt, isn't that
20  correct?

21  A    I don't recall him asking me to put on my seat belt.
22  That's natural, you get in a car you put the seat belt on.

23  Q    You always wear a seat belt when you drive in a car?

24  A    Yeah.

25        (Tape plays-tape stops.)

BHS    OCR    CM    CRR    CSR

McQuilkin - cross - Dinnerstein                772

1    Q    He suggested to you that instead of calling the day you

2    want the marijuana you should call the day before; is that

3    correct?

4    A    It sounded like it.

5    Q    Pardon?

6    A    It sounds like it.

7    Q    When you were buying marijuana on a regular basis on

8    Church Avenue, did you ever make orders before you bought the

9    marijuana?

10   A    No.  I just come outside.

11   Q    You would come outside and they were always there and

12   there was somebody to buy marijuana from, right?

13   A    Yes, sir.

14   Q    He just told you, You should call me the day before if

15   you want to buy some marijuana, right?

16   A    Yeah.

17              THE COURT:  It's 5 o'clock.  I don't think you need

18   to be rushed, but I think we can continue this tomorrow

19   because there is probably going to be some redirect also.

20              MR. DuCHARME:  I don't expect any.  We would be in

21   favor of finishing up tonight.

22              THE COURT:  How much longer do you have?

23              MR. DINNERSTEIN:  Ten minutes, 15 minutes.

24              THE COURT:  Wait.  I'll be right back and we'll

25   continue. (Pause.)  (Continued next page)

McQuilkin - cross - Dinnerstein                    773

1   EXAMINATION CONTINUES

2   BY  MR. DINNERSTEIN:

3           THE COURT:  Continue, please.

4           (Tape plays; tape stops.)

5   Q    Sir, you were in the car for about 20 minutes, is that

6   correct?

7   A    I don't know.

8   Q    You don't know?

9   A    I don't know.

10  Q    You had an opportunity to ask Mr. Praddy questions, is

11  that correct?

12  A    Yes, sir.

13  Q    You asked him about where Bobby was, right?

14  A    Yes, sir.

15  Q    He said something like I don't know, right?

16  A    He said a couple of things.  He said I don't know and at

17  one time I asked him again if he spoke to Bobby.  He said

18  yeah, he spoke to him one time.

19  Q    Now, sir, the reason that you wanted to do that was so

20  that you would have on the tape him talking about being

21  involved with Bobby, isn't that correct?

22  A    No.  I asked him about Bobby because he know Bobby.

23  Q    You were just making conversation, right?

24  A    Just talking.

25  Q    Could you have made conversation at that point about the

McQuilkin - cross - Dinnerstein                774

1    murder that you say you saw in 2004?

2    A    I saw the murder in 2004.

3    Q    I didn't ask you that, sir.

4         Could you have said to him at that point, you know,

5    Anthony, it was so cool the way you murdered somebody or

6    something like back in 2004?

7    A    Why would you ask a person about a murder?

8    Q    To get an admission.

9    A    To get an admission?

10   Q    Yes.

11   A    Wouldn't that look suspicious?  Why would you ask me

12   about a murder I committed out of nowhere?

13   Q    Sir, if somebody commits a murder, doesn't that enhance

14   their reputation in the neighborhood, in the community?

15   A    He is a bad little motherfucker.

16   Q    What?

17   A    He's a bad boy.

18   Q    So that's because he committed the murder, right?

19   A    Not just because of that.  Because of the whole crew.

20   Q    Sir, sir, if you talk to him about a murder that you say

21   he committed, wouldn't that have been something he could have

22   used as a way of enhancing his reputation?

23   A    You got to ask him that.

24   Q    That could have been yes or no, sir.

25        Wouldn't that be something you would bring up to see

McQuilkin - cross - Dinnerstein                    775

1    if some kid would say yes, wasn't that cool the way I --

2    A    No.

3    Q    People wouldn't do that?

4    A    I wouldn't.

5              (Tape plays; tape stops.)

6    Q    This car ride goes for a while, right?

7    A    I wasn't timing it.

8    Q    You don't know?

9              (Tape plays; tape stops.)

10   Q    At some point the person that Anthony is supposed to get

11   the marijuana from calls him on the phone, right?

12   A    Yes.

13   Q    What?

14   A    I think so, yes.

15   Q    Then he speaks to him and says I'm really close, right?

16   A    Yes, sir.

17   Q    You make a joke, because he's always late, right?

18   A    Yes.

19              MR. DINNERSTEIN:  Now I will just play these last

20   two minutes, Your Honor.

21              (Tape plays; tape stops.)

22   Q    Is that a door slamming?

23   A    Yes.

24   Q    Did you hear the noise?  Was that a door?

25   A    Yes, sir.

GR      OCR      CM      CRR      CSR

McQuilkin - cross - Dinnerstein                776

1    Q    Was that Anthony's door?

2    A    Yes, sir.

3    Q    Okay.  Then you decided you were going to get out of the

4    car, right?

5    A    Yes, sir.

6    Q    That's so you could videotape -- that's so you could

7    videotape the transaction between Anthony and this other

8    person, is that correct?

9    A    No.

10   Q    Why did you get out of the car?

11   A    I got out of the car.

12   Q    What was the reason you got out of the car?

13   A    You got to have a reason to step out of a car?  If the

14   person, passenger, driver, gets out, he going somewhere, I

15   could get out the car to possibly go light a cigarette.  I

16   could have got out the car for anything.

17   Q    Did you go out of the car to light a cigarette?

18   A    I just went out of the car, no.

19   Q    You went out of the car and you turned around and you saw

20   Anthony purchase the marijuana from his source, isn't that

21   correct?

22   A    It's on the video.

23   Q    I know it's on video.  But isn't that the reason, sir,

24   you got out of the car?

25   A    No, it wasn't.

GR        OCR        CM        CRR        CSR

McQuilkin - cross - Dinnerstein                777

1   Q    What did you get out of the car for?

2   A    Because I felt like getting out.

3          (Tape plays; tape stops.)

4   Q    That's the person who was Anthony's source, is that

5   correct?

6   A    That's the person he went to get the weed from.

7   Q    Okay.  Would that be his source?

8   A    If you want to use the word source, I guess so.

9   Q    Is this on Raleigh Place?

10  A    No.

11  Q    This is some distance away from Raleigh Place; is that

12  correct?

13  A    Yes, sir.

14  Q    So Anthony on this occasion, September 4, 2008, got his

15  marijuana from somebody off of Raleigh Place, is that correct?

16  A    Yes, sir.

17  Q    He didn't get it from Kion, right?

18  A    No, sir.

19  Q    He didn't get it from Devon, right?

20  A    No, sir.

21  Q    He got it from some guy you don't even know, right?

22  A    Yes, sir.

23         (Tape plays; tape stops.)

24  Q    What did you -- he asked you why you got out of the car,

25  isn't that correct?

McQuilkin - cross - Dinnerstein                778

1   A    And you heard what I said to him.  I thought you were

2   going upstairs, meaning I thought he was going in the

3   building.

4   Q    Is that true?

5   A    That's what I told him.

6   Q    I understand that you told him that.

7        Is that why you got out of the car?

8   A    Basically, yeah.

9   Q    What do you mean basically, sir?

10  A    I got out the car.  He asked me a question.  I told him

11  an answer.

12  Q    I understand the answer you told him.

13       But isn't the reason you got out of the car because

14  you wanted Anthony when he got the marijuana from his source

15  for that to be on videotape?

16  A    That's not true because if you see sometime so happened

17  it came -- came like that.  You see videos, sometimes I can't

18  direct how the camera, like I pose the camera and say okay, I

19  got it now.

20  Q    Okay.  Weren't you trying to get that on videotape?

21  A    No.

22  Q    No?

23       The reason you got out of the car was because you

24  thought Anthony was going into a building, is that what you

25  want us to believe?

GR     OCR     CM     CRR     CSR

McQuilkin - cross - Dinnerstein                779

1   A    You could believe what you want.  That's what I told him.

2   It's right there on the tape.

3   Q    I know you told him that.

4         What is the truth?

5         Why did you get out of the car?

6   A    I told you.  What you want me to come -- to agree with

7   you and lie?

8         THE COURT:  He just wants --

9   Q    I don't want you to lie.

10        THE COURT:  You got out of the car for a reason.

11  You can tell the jurors again, if you recall, what was the

12  reason why you got out of the car.  Simple question.

13        THE WITNESS:  Basically, I really thought he was

14  going upstairs.

15        THE COURT:  That's the reason why, you thought he

16  was going upstairs?

17        THE WITNESS:  In the building.

18        THE COURT:  Because you thought he was going

19  upstairs?

20        THE WITNESS:  Basically.

21        THE COURT:  Did you want to tell him not to go

22  upstairs, is that why you got out of the car?

23         THE WITNESS:  No.

24        THE COURT:  I think the jury has heard this.

25        Let's move on.

GR      OCR      CM      CRR      CSR

McQuilkin - cross - Dinnerstein                    780

1          MR. DINNERSTEIN:  Okay.

2          (Tape plays; tape stops.)

3    Q    You are now just driving back, right?

4    A    Yes, sir.

5    Q    Now, sir, you are hoping that you are going to get out

6    from under this --

7          THE COURT:  He said that ten times.

8          Next question.

9    Q    You are trying to gain your freedom here, right, sir?

10         THE COURT:  He said that ten times.

11         MR. DINNERSTEIN:  You are right, Judge.

12         THE COURT:  No.  What happens late in the day --

13         MR. DINNERSTEIN:  I have no further questions.  How

14   about that?

15         THE COURT:  That's okay.  I am not trying to push

16   you here.  We have been through this.  It is repetitious.  It

17   is late.

18         Okay.  Any questions, any redirect?

19         MR. DuCHARME:  No redirect, Your Honor.

20         THE COURT:  You may step down.

21         (Witness excused.)

22         THE COURT:  Members of the jury, we will be back to

23   a 10:00 o'clock time tomorrow.  You got here at 10:30.  It was

24   a pretty full day.  Obviously, you heard the testimony of

25   important witnesses and tomorrow it may well be that the

781

1   government might conclude its direct case.  I will talk to

2   them after you leave today.  But that's a real possibility.

3          Then the defendant will have an opportunity, if the

4   defendant wishes to do so, to have testimony from witnesses

5   that the defendant will call.  There may be a few, from what I

6   have spoken to the defendant attorney about.  We will see how

7   it goes.

8          It is a good chance that tomorrow we can be

9   completed with the case but it will go over, in any event, to

10  Wednesday.  We will have summations.  I am not putting any

11  time constraints on the lawyers.  I don't think it is

12  appropriate in this case to do that.  Then you will have to

13  hear my charge, which will be about an hour or so, an hour and

14  a half.  So we have a lot of things to do.  This is obviously

15  the most important week so far.

16         Okay.  Keep up the good work.  Don't talk to

17  anybody.  Once again, we are getting close to the end.  See

18  you tomorrow at 10 o'clock promptly.

19             (The following occurred in the absence of the jury.)

20         THE COURT:  All right.  Let's see if I have

21  accurately represented to the jury what we might anticipate

22  tomorrow.

23         Mr. Goldsmith, what do you say?

24         MR. GOLDMSITH:  Your Honor, I think there is a fair

25  chance we will rest either before or shortly after lunch.

GR     OCR     CM     CRR     CSR

782

1          THE COURT:  Mr. Dinnerstein, you are well advised.
2    You know what to expect.  Be prepared to go forward with your
3    case possibly tomorrow afternoon.
4          That will work out fine.  I don't think I am going
5    to require any summations tomorrow, I suspect.  So you can
6    plan on Wednesday for that.  Okay.
7          MR. GOLDMSITH:  Thank you.
8          THE COURT:  Anything else, Mr. Dinnerstein?
9          MR. DINNERSTEIN:  No, Your Honor.
10         THE COURT:  All right.  See you folks tomorrow at
11   10:00 o'clock.
12         MR. DuCHARME:  Thank you, Your Honor.
13         (Recess taken until April 26, 2011, at 10:00 o'clock
14   am.)
15
16
17
18
19
20
21
22
23
24
25

GR        OCR        CM        CRR        CSR

783

```
 1                    INDEX
 2    VADIM ASTRAKHAN                    589      14
 3    DIRECT EXAMINATION                 589      17
 4    CROSS-EXAMINATION                  593      22
 5    HAYDEN  McQUILKIN                  596      10
 6    DIRECT EXAMINATION                 596      13
 7    DIRECT EXAMINATION (Cont'd)        624      1
 8    BY MR. DuCHARME
 9    DIRECT EXAMINATION (Cont'd)        646      10
10    BY MR. DuCHARME:
11    CROSS-EXAMINATION                  671      6
12    BY MR. DINNERSTEIN:
13    CROSS EXAMINATION (Cont'd)         752      1
14    BY MR. DINNERSTEIN
15                   EXHIBITS
16    402 A                             589      3
17    421 through 427                   592      15
18    448                               601      20
19
20
21
22
23
24
25
```

1

## $

**$10** [1] - 728:14
**$2,000** [2] - 674:13, 686:6
**$2,500** [1] - 730:7
**$20** [1] - 765:20
**$200** [1] - 761:21
**$25** [1] - 758:16
**$40** [5] - 758:18, 758:19, 758:21, 758:22
**$50,000** [1] - 605:12
**$550** [1] - 760:24
**$60** [4] - 728:11, 728:12, 728:14, 729:1
**$75,000** [1] - 673:10
**$80** [3] - 653:11, 758:23, 759:3

## '

**'06** [1] - 598:23
**'70** [2] - 694:12, 694:13
**'78** [1] - 694:14
**'79** [2] - 694:8, 694:10
**'95** [1] - 705:13
**'97** [2] - 705:13, 713:23

## /

**/STAOPS** [1] - 664:18

## 0

**09cr395** [1] - 587:4

## 1

**1** [3] - 588:23, 783:7, 783:13
**10** [7] - 664:6, 724:13, 724:15, 725:11, 781:18, 783:5, 783:9
**100** [4] - 621:9, 710:2, 710:4, 725:24
**10013** [1] - 587:20
**101** [1] - 621:5
**102** [1] - 620:25
**106** [2] - 621:19, 625:20
**107** [1] - 621:25
**108** [1] - 621:23
**109** [1] - 621:13
**10:00** [4] - 587:9, 780:23, 782:11, 782:13
**10:30** [1] - 780:23
**11** [1] - 762:3
**110** [2] - 610:17, 634:23
**111** [1] - 621:15
**112** [1] - 621:17
**113** [1] - 622:2
**115** [1] - 622:4
**12** [3] - 606:20, 645:17, 717:21
**124** [1] - 621:21

**125** [1] - 622:8
**13** [2] - 595:10, 783:6
**13.2** [1] - 593:18
**14** [1] - 783:2
**15** [7] - 664:7, 724:13, 724:14, 724:15, 725:12, 772:23, 783:17
**15-minute** [1] - 645:15
**15th** [1] - 661:9
**16** [5] - 662:8, 683:7, 690:15, 693:8, 705:25
**16th** [5] - 648:6, 757:1, 757:15, 758:25, 760:22
**17** [2] - 705:25, 783:3
**19** [1] - 710:25
**1973** [2] - 597:1, 597:3
**1978** [2] - 611:13, 611:14
**1979** [3] - 612:22, 612:23, 690:14
**1982** [2] - 613:11, 613:14
**1984** [1] - 712:24
**1990** [4] - 615:2, 714:3, 714:5, 714:6
**1995** [1] - 711:1
**1996** [1] - 615:14
**1997** [7] - 616:2, 617:6, 617:8, 617:18, 689:7, 689:13, 711:1, 715:20, 717:17

## 2

**2** [1] - 588:25
**2,500** [1] - 730:5
**20** [10] - 646:5, 674:15, 708:11, 710:25, 765:19, 765:20, 765:24, 766:3, 773:5, 783:18
**2000** [2] - 607:17, 625:17
**2002** [16] - 607:2, 607:9, 607:17, 618:3, 618:19, 619:21, 620:4, 623:3, 625:17, 626:6, 628:4, 674:2, 677:23, 721:5, 730:2, 759:20
**2003** [10] - 610:23, 623:11, 625:17, 628:24, 629:25, 630:2, 681:11, 684:6, 721:10, 759:20
**2004** [22] - 610:23, 620:4, 623:3, 625:17, 626:6, 628:4, 631:16, 631:17, 632:25, 634:10, 685:15, 687:8, 693:22, 693:25, 721:22, 725:22, 732:24, 745:17, 746:5, 774:1, 774:2, 774:6
**2005** [1] - 607:2
**2006** [17] - 598:24, 599:6, 599:7, 607:9, 619:21, 644:11, 644:20, 673:20, 673:21, 674:2, 676:7, 679:4, 680:14, 710:9, 730:3, 732:7, 739:13
**2007** [20] - 600:7, 604:19, 607:9, 607:13, 620:5, 628:10, 628:15, 628:25, 644:25, 645:13, 648:6, 656:2, 660:4, 661:9, 739:11, 739:12, 744:14, 746:14, 747:10, 749:2
**2008** [6] - 605:19, 630:6, 663:25, 664:17, 763:1, 777:14
**2009** [4] - 607:9, 607:13, 620:5, 628:25
**2010** [2] - 606:8, 606:10
**2011** [2] - 587:9, 782:13

**203** [2] - 588:23, 588:25
**207** [2] - 591:16, 591:25
**208** [1] - 591:16
**209** [1] - 591:17
**210** [1] - 591:17
**211** [1] - 591:17
**212** [1] - 591:17
**213** [2] - 591:17, 591:25
**22** [2] - 613:13, 783:4
**23** [1] - 587:22
**23rd** [2] - 664:17, 763:1
**24** [3] - 729:24, 730:4, 749:5
**24.1** [1] - 593:17
**24th** [2] - 749:2, 755:25
**25** [4] - 587:9, 594:18, 690:10, 731:13
**25.8** [2] - 593:16, 594:14
**250** [2] - 730:5, 730:7
**26** [3] - 594:18, 725:22, 782:13
**26.4** [1] - 593:18
**26th** [5] - 632:25, 634:9, 685:16, 687:8, 738:9
**27.8** [2] - 593:17, 595:16
**271** [1] - 587:17
**28** [1] - 594:2
**2:15** [1] - 670:14

## 3

**3** [2] - 589:2, 783:16
**3000** [1] - 590:5
**3111** [1] - 641:15
**3115** [1] - 640:24
**3119** [1] - 650:3
**36** [1] - 696:23
**34th** [3] - 620:12, 639:3, 640:16
**350** [1] - 587:20
**36** [1] - 689:14

## 4

**4** [2] - 665:7, 777:14
**40** [3] - 672:15, 672:20, 688:10
**400** [3] - 608:23, 619:11, 619:16
**402** [4] - 588:15, 588:16, 589:3, 783:16
**415** [1] - 762:25
**417** [1] - 767:12
**418** [2] - 767:7, 767:12
**420** [9] - 647:7, 647:13, 648:17, 652:13, 656:7, 656:20, 660:6, 661:14, 664:4
**421** [4] - 592:10, 592:15, 593:16, 783:17
**422** [1] - 593:16
**423** [1] - 593:17
**424** [1] - 593:17
**425** [1] - 593:17
**426** [1] - 593:18
**427** [4] - 592:10, 592:16, 593:18, 783:17

2

**438** [2] - 637:1, 641:4
**439** [1] - 609:21
**444** [3] - 609:25, 633:11, 634:6
**448** [3] - 601:10, 601:20, 783:18
**46.5** [2] - 593:17, 595:19
**468** [4] - 640:18, 641:6, 641:12, 723:4
**47-years-old** [1] - 726:3
**472** [2] - 633:15, 641:9
**4th** [1] - 761:15

## 5

**5** [1] - 772:17
**5-foot-8** [1] - 722:18
**5-foot-9** [1] - 722:18
**5/8** [1] - 592:6
**50** [7] - 595:11, 690:2, 706:2, 706:3, 708:9, 728:11, 728:14
**50,000** [1] - 605:11
**51** [1] - 595:11
**51.3** [1] - 593:18
**550** [1] - 654:24
**56** [1] - 595:20
**589** [3] - 783:2, 783:3, 783:16
**592** [1] - 783:17
**593** [1] - 783:4
**596** [2] - 783:5, 783:6
**5:45** [1] - 769:8

## 6

**6** [1] - 783:11
**601** [1] - 783:18
**613-2481** [1] - 587:23
**613-2505** [1] - 587:23
**624** [1] - 783:7
**646** [1] - 783:9
**67** [4] - 680:13, 680:25, 681:24, 682:1
**671** [1] - 783:11
**6th** [1] - 656:2

## 7

**7.372** [1] - 589:1
**718** [2] - 587:23, 587:23
**71st** [5] - 680:18, 681:6, 681:10, 681:23, 683:17
**71th** [1] - 721:11
**752** [1] - 783:13
**7th** [2] - 663:25, 762:13

## 8

**80** [2] - 672:20, 688:10
**800** [1] - 590:8
**8O** [1] - 672:15
**8th** [1] - 660:3

## 9

**90's** [1] - 714:13
**9th** [1] - 695:3

## A

**able** [11] - 604:16, 609:10, 657:23, 658:15, 695:4, 695:7, 697:15, 709:7, 712:11, 718:4, 731:15
**absence** [2] - 731:1, 781:19
**accept** [2] - 588:9, 682:20
**accepted** [1] - 593:1
**accident** [1] - 612:1
**accommodate** [1] - 683:5
**according** [1] - 592:3
**accuracy** [1] - 589:10
**accurate** [1] - 593:1
**accurately** [2] - 647:15, 781:21
**accustomed** [1] - 718:23
**acknowledge** [1] - 709:23
**act** [1] - 719:12
**activity** [9] - 615:4, 679:20, 679:21, 679:24, 680:3, 680:10, 684:15, 684:18, 684:24
**actual** [1] - 738:9
**add** [3] - 728:14, 729:19, 730:6
**added** [1] - 730:10
**adjourn** [1] - 664:14
**adjust** [1] - 648:14
**Administration** [1] - 589:22
**admissible** [1] - 589:2
**admission** [2] - 774:8, 774:9
**admit** [2] - 704:2, 704:3
**advance** [2] - 770:8, 770:22
**advantage** [1] - 685:24
**advised** [1] - 782:1
**afraid** [2] - 676:16, 722:2
**afternoon** [2] - 646:4, 782:3
**afterwards** [4] - 617:22, 683:3, 702:5, 739:23
**agent** [13] - 655:16, 655:18, 655:19, 659:24, 661:8, 661:21, 663:24, 665:4, 668:10, 717:1, 742:24, 753:8, 754:10
**Agent** [23] - 592:4, 669:14, 669:15, 673:10, 739:7, 739:10, 740:2, 740:8, 740:12, 740:15, 740:24, 742:3, 742:6, 742:24, 743:6, 743:12, 743:18, 747:10, 754:13, 755:8, 755:19, 756:14
**agents** [9] - 602:13, 669:8, 670:8, 671:8, 671:18, 671:20, 688:12, 753:22, 756:15
**aggregate** [1] - 589:1
**aggressive** [2] - 632:5, 632:21
**ago** [2] - 627:6, 759:19
**agree** [3] - 599:19, 645:1, 779:6
**agreed** [4] - 588:18, 589:4, 602:17, 644:21
**agreement** [10] - 601:1, 601:4, 601:15,

**602:6, 602:18, 603:20, 604:14, 604:18, 605:2, 688:16
**agrees** [1] - 589:12
**ahead** [11] - 588:11, 591:3, 591:14, 648:15, 664:15, 665:5, 683:9, 715:2, 741:18, 741:23, 745:16
**ahold** [1] - 649:5
**aided** [1] - 587:25
**ain't** [8] - 632:7, 705:15, 748:20, 751:11, 759:19, 765:8, 766:3, 770:2
**air** [2] - 630:7, 630:8
**alcohol** [5] - 597:24, 727:5, 727:7, 727:9, 727:13
**Alexander** [1] - 695:14
**alias** [1] - 715:7
**alleged** [1] - 590:9
**allow** [1] - 603:4
**allowed** [4] - 604:5, 604:6, 619:5, 631:2
**almost** [1] - 595:19
**AMERICA** [1] - 587:4
**America** [3] - 588:19, 602:2, 718:23
**amount** [9] - 594:19, 603:9, 608:11, 622:25, 654:13, 671:23, 743:18
**analysis** [1] - 592:7
**ANALYZE** [1] - 590:1
**analyzed** [3] - 590:3, 590:6, 591:19
**Anderson** [2] - 678:12
**Andrew** [2] - 588:20, 588:21
**ANDREW** [1] - 587:16
**ankle** [2] - 611:21, 696:15
**answer** [12] - 604:24, 666:24, 725:9, 737:14, 740:14, 743:4, 743:11, 743:17, 768:7, 768:13, 778:11, 778:12
**Anthony** [17] - 616:22, 750:9, 751:10, 751:14, 762:21, 763:11, 763:14, 764:11, 766:12, 767:8, 774:5, 775:10, 776:7, 776:20, 777:14, 778:14, 778:24
**ANTHONY** [1] - 587:8
**Anthony's** [2] - 767:4, 776:1, 777:4
**anticipate** [1] - 781:21
**anytime** [1] - 614:2
**anyway** [1] - 742:10
**apartment** [4] - 702:17, 703:2, 703:4, 704:12
**appearances** [1] - 588:1
**APPEARANCES** [1] - 587:13
**applies** [1] - 590:21
**apply** [2] - 683:1, 741:12
**approach** [11] - 601:7, 610:14, 620:20, 636:24, 645:7, 733:18, 733:22, 734:5, 734:11, 734:19, 735:1
**approached** [4] - 734:1, 734:14, 736:3, 760:11
**appropriate** [2] - 670:13, 781:12
**approval** [1] - 719:24
**approximate** [2] - 689:20, 708:7
**April** [6] - 587:9, 617:6, 617:8, 664:17, 763:1, 782:13
**Arab** [10] - 609:6, 610:2, 610:3, 610:4, 610:25, 632:9, 633:9, 633:16, 641:16,

642:3
  **area** [9] - 606:22, 607:5, 607:8, 607:15, 609:1, 628:1, 628:16, 662:10, 686:25
  **areas** [5] - 609:5, 619:14, 619:15, 619:16, 619:17
  **arguing** [1] - 616:6
  **arms** [1] - 764:25
  **arrest** [6] - 612:19, 643:25, 692:4, 692:20, 692:22, 707:14
  **arrested** [35] - 599:15, 612:10, 612:16, 613:20, 613:23, 614:18, 615:14, 615:21, 615:23, 616:8, 616:18, 616:21, 616:25, 643:24, 673:19, 673:21, 676:7, 676:9, 676:11, 684:9, 691:22, 692:9, 692:20, 693:3, 693:4, 702:4, 702:5, 707:16, 712:22, 714:3, 715:23, 718:9, 733:7, 733:8, 746:12
  **aside** [3] - 668:11, 670:5, 744:20
  **assaulting** [1] - 700:13
  **assaults** [2] - 611:7, 615:12
  **assess** [1] - 591:9
  **assessed** [1] - 591:12
  **assist** [1] - 605:1
  **assistance** [4] - 606:6, 649:3, 668:13, 668:25
  **Assistant** [2] - 587:17, 588:19
  **assisting** [1] - 668:11
  **associate's** [2] - 597:15, 597:16
  **assuming** [1] - 603:21
  **Astrakhan** [3] - 589:7, 591:6, 593:24
  **ASTRAKHAN** [1] - 589:14, 783:2
  **Atari** [3] - 614:12, 614:15, 701:3
  **attend** [1] - 606:15
  **attended** [1] - 604:19
  **attention** [15] - 612:22, 613:11, 614:4, 631:15, 632:3, 632:24, 637:18, 640:6, 648:5, 660:3, 661:9, 663:25, 664:16, 665:7, 669:12
  **Attorney** [2] - 587:15, 602:25
  **attorney** [2] - 588:22, 781:6
  **Attorneys** [2] - 587:17, 588:20
  **audio** [3] - 648:3, 648:17, 648:23
  **August** [9] - 599:6, 644:11, 732:21, 732:23, 739:11, 747:10, 749:2, 749:5, 755:25
  **authorities** [2] - 644:4, 714:25
  **Avenue** [30] - 606:22, 607:15, 607:20, 609:1, 610:21, 619:18, 619:20, 620:12, 628:1, 628:13, 629:18, 631:24, 633:5, 640:16, 643:24, 648:20, 648:21, 687:2, 687:7, 733:14, 745:17, 754:3, 754:4, 757:7, 757:10, 758:1, 759:13, 759:14, 759:21, 772:8
  **Avenue-Raleigh** [1] - 628:1
  **average** [1] - 706:25
  **averaging** [1] - 729:2
  **aware** [1] - 726:21
  **awhile** [4] - 605:25, 612:17, 620:4, 718:12
  **awkward** [3] - 771:10, 771:12, 771:15
  **awning** [1] - 654:1

**B**

  **bachelor** [1] - 590:14
  **bad** [3] - 764:2, 774:15, 774:17
  **bag** [7] - 622:24, 667:23, 705:15, 707:2, 729:2, 729:3, 729:9
  **bags** [12] - 728:14, 728:15, 728:16, 728:18, 728:20, 729:24, 729:25, 730:4, 730:5, 730:7, 730:9
  **bail** [3] - 644:22, 644:24, 645:1
  **balls** [1] - 646:2
  **barbers** [5] - 638:1, 638:2, 724:15, 725:1, 725:4
  **barbershop** [31] - 636:23, 637:6, 637:7, 637:12, 637:21, 637:23, 637:24, 638:4, 638:6, 638:9, 638:10, 638:17, 640:24, 641:4, 642:4, 642:5, 642:7, 650:7, 723:5, 723:12, 723:20, 724:5, 724:10, 724:12, 724:19, 724:23, 725:11, 725:15, 725:17, 725:22
  **based** [2] - 603:20, 630:22
  **bashers** [1] - 723:20
  **basis** [6] - 727:14, 727:15, 728:24, 728:25, 754:13, 772:7
  **bear** [1] - 641:2
  **beat** [4] - 615:18, 631:7, 631:9, 719:8
  **beating** [2] - 613:18, 615:19
  **became** [4] - 624:11, 625:1, 625:2
  **beer** [1] - 615:20
  **BEFORE** [1] - 587:11
  **begin** [1] - 645:12
  **behave** [1] - 713:10
  **behind** [6] - 629:19, 638:14, 657:1, 703:5, 703:6, 720:10
  **beige** [1] - 608:5
  **believability** [1] - 591:13
  **Belize** [53] - 610:13, 610:18, 610:19, 610:22, 610:24, 611:1, 630:21, 631:11, 631:17, 631:20, 631:21, 632:7, 632:11, 632:18, 634:20, 634:22, 634:25, 636:1, 636:2, 636:6, 637:21, 638:6, 638:10, 638:13, 638:14, 638:19, 639:14, 639:16, 639:17, 639:18, 640:4, 641:25, 642:9, 642:10, 643:3, 643:5, 643:10, 687:19, 722:13, 733:18, 733:22, 734:1, 734:5, 734:11, 734:19, 735:1, 735:22, 736:3, 737:4, 738:13, 738:23, 739:25, 746:7
  **Belize's** [4] - 630:23, 639:13, 668:21, 668:22
  **bell** [1] - 631:12
  **below** [1] - 595:22
  **belt** [6] - 771:17, 771:18, 771:19, 771:21, 771:22, 771:23
  **bend** [1] - 598:7
  **benefit** [2] - 676:20, 684:19
  **best** [1] - 676:22
  **Betamax** [3] - 614:12, 614:15, 701:3
  **better** [3] - 769:14, 770:4, 770:6
  **between** [28] - 588:13, 588:18, 595:10,

608:20, 609:3, 609:19, 631:12, 631:17, 631:19, 632:9, 642:20, 642:21, 643:24, 644:15, 649:15, 650:5, 651:14, 652:4, 652:8, 656:23, 662:4, 663:18, 664:20, 672:15, 735:22, 776:7
  **bicycle** [12] - 636:8, 636:10, 636:11, 722:4, 722:7, 742:4, 742:6, 742:7, 742:8, 742:11, 742:12
  **bicycles** [4] - 722:10, 722:12, 739:23, 740:3
  **big** [2] - 696:22, 722:17
  **bigger** [3] - 693:6, 693:8, 723:2
  **bike** [7] - 636:12, 636:13, 636:14, 691:3, 691:6, 691:8, 739:25
  **bill** [1] - 605:15
  **Birdman** [61] - 588:21, 607:22, 608:2, 621:16, 624:18, 625:5, 627:2, 629:11, 630:18, 630:20, 631:21, 632:15, 635:11, 635:14, 636:4, 636:6, 636:19, 638:19, 638:21, 639:1, 639:4, 639:14, 639:16, 640:4, 640:10, 642:16, 642:21, 642:22, 642:25, 643:3, 643:6, 643:7, 643:10, 649:23, 652:22, 653:13, 654:8, 655:12, 656:10, 656:17, 657:11, 658:25, 660:9, 660:20, 663:3, 664:22, 665:20, 667:21, 722:15, 738:12, 738:24, 746:6, 756:12, 756:20, 766:21, 766:23, 767:3, 770:10, 770:15, 770:19
  **birth** [3] - 715:6, 715:8, 715:11
  **bit** [13] - 595:14, 595:16, 597:21, 598:6, 625:6, 633:20, 659:3, 659:5, 671:12, 682:16, 704:1, 731:18, 770:8
  **Black** [3] - 762:5, 762:7, 762:21
  **black** [7] - 620:19, 622:3, 631:7, 651:11, 651:14, 651:15, 667:23
  **blacks** [5] - 656:25, 657:4, 658:2, 658:5, 658:10
  **Blacks** [12] - 628:8, 628:14, 631:4, 657:11, 658:14, 662:17, 662:21, 663:4, 663:8, 663:10, 663:19
  **blank** [2] - 639:13, 639:14
  **block** [17] - 615:18, 630:13, 631:5, 631:10, 631:22, 632:7, 632:13, 635:13, 653:19, 662:8, 722:14, 759:24, 761:8, 761:12, 765:4, 769:8, 769:25
  **BLOCK** [1] - 587:11
  **blown** [1] - 633:19
  **blue** [1] - 748:19
  **board** [13] - 621:1, 622:14, 625:7, 625:24, 629:10, 631:13, 631:17, 631:20, 640:18, 645:5, 657:1, 662:18, 713:13
  **boat** [3] - 720:2, 720:3
  **Bobby** [3] - 621:4, 622:14, 622:15, 622:21, 623:1, 623:6, 624:23, 625:2, 625:9, 626:20, 666:8, 666:9, 666:13, 666:16, 667:4, 667:6, 773:13, 773:17, 773:21, 773:22
  **Bobby's** [1] - 623:9
  **body** [1] - 639:20
  **bolt** [1] - 612:17

4

boo [1] - 708:22
boot [1] - 749:8
booth [2] - 641:12, 642:12
bootleg [3] - 619:4, 706:16
bootlegged [1] - 673:23
bop [2] - 639:1
born [1] - 596:23
borough [1] - 597:10
borrow [3] - 765:20, 765:22, 765:23
borrowing [1] - 766:4
bottle [5] - 615:15, 615:20, 700:15, 700:17
bottom [2] - 643:2, 667:20
bought [28] - 607:14, 607:20, 608:10, 608:13, 608:18, 609:2, 628:9, 628:25, 629:2, 633:9, 658:14, 728:1, 728:22, 729:9, 729:12, 729:24, 730:4, 746:17, 758:23, 758:25, 759:11, 759:12, 761:18, 762:5, 769:11, 772:8
bouncing [1] - 646:2
boy [1] - 774:17
break [9] - 633:6, 633:8, 634:9, 641:19, 645:15, 646:5, 670:14, 730:20, 730:23
briefly [1] - 590:13
bring [16] - 611:24, 652:16, 652:25, 653:1, 663:11, 666:9, 681:6, 681:11, 694:11, 695:7, 703:2, 741:15, 760:19, 767:22, 769:1, 774:25
bringing [3] - 653:15, 735:4, 756:11
Broadway [1] - 587:20
broke [4] - 646:12, 701:6, 766:1, 766:4
Brooklyn [9] - 587:7, 587:18, 587:22, 597:11, 618:16, 618:17, 716:10, 716:12, 717:20
brought [8] - 611:10, 666:16, 694:8, 694:15, 697:24, 749:22, 749:24, 756:18
brown [2] - 651:15
brung [3] - 611:19, 652:24, 694:17
bucks [1] - 730:13
building [3] - 778:3, 778:24, 779:17
bulk [3] - 622:22, 622:23, 667:18
bullet [1] - 634:4
bunch [2] - 699:17, 699:19
burton [1] - 587:21
bus [5] - 613:14, 613:16, 613:17, 613:19, 708:2
business [4] - 619:3, 619:9, 674:3, 704:13
busted [1] - 710:9
busting [1] - 615:21
buy [41] - 600:16, 600:17, 605:3, 605:4, 608:12, 610:22, 610:24, 618:23, 623:6, 626:3, 626:11, 628:6, 628:22, 634:13, 645:9, 645:10, 648:11, 658:15, 659:7, 664:22, 667:9, 724:11, 728:18, 728:20, 728:24, 728:25, 729:3, 729:5, 746:21, 747:22, 758:3, 758:5, 758:9, 761:2, 761:4, 762:3, 762:16, 762:19, 767:14, 772:12, 772:15
buying [21] - 610:20, 611:3, 625:13,

625:22, 626:10, 626:13, 626:14, 628:14, 628:21, 650:12, 659:8, 724:15, 728:16, 729:1, 729:19, 730:8, 750:19, 759:20, 760:19, 772:7
buys [2] - 646:25, 668:12
BY [19] - 587:16, 589:18, 591:15, 593:23, 596:14, 624:2, 646:11, 651:2, 671:7, 699:1, 732:6, 742:2, 752:2, 764:1, 773:2, 783:8, 783:10, 783:12, 783:14

## C

Cadman [2] - 587:17, 587:22
cal [2] - 661:23, 757:17
Calabrese [4] - 732:19, 735:5, 737:2, 737:16
called-appearances [1] - 588:1
camera [3] - 647:19, 647:21, 764:23, 778:18
Candu [4] - 701:21, 701:22, 702:6, 703:7
candy [10] - 617:22, 634:4, 637:7, 650:6, 734:1, 734:11, 734:13, 734:16, 734:17
cannot [1] - 698:12
capture [2] - 647:23, 647:25
car [34] - 665:18, 666:2, 669:16, 761:14, 770:25, 771:2, 771:5, 771:14, 771:22, 771:23, 773:5, 775:6, 776:4, 776:10, 776:11, 776:12, 776:13, 776:15, 776:16, 776:17, 776:18, 776:19, 776:24, 777:1, 777:24, 778:7, 778:10, 778:13, 778:23, 779:5, 779:10, 779:12, 779:22
care [1] - 718:6
careful [2] - 754:23, 755:2
carfare [1] - 605:16
cars [1] - 653:18
case [21] - 588:1, 599:2, 606:14, 606:19, 644:22, 645:18, 668:13, 670:2, 670:15, 683:18, 684:1, 692:18, 718:8, 732:9, 747:8, 747:9, 754:14, 781:1, 781:9, 781:12, 782:3
cases [7] - 606:11, 612:14, 612:18, 717:21, 746:23, 747:1, 747:9
cash [3] - 659:20, 676:3, 676:5
catch [3] - 617:2, 631:6, 643:21
catching [1] - 704:13
caught [4] - 613:4, 613:18, 617:7, 692:10, 702:16, 702:17, 702:19, 717:18
caused [1] - 697:2
caution [1] - 682:21
cell [1] - 752:23
chain [2] - 613:5, 707:22
chains [2] - 707:20, 707:24
chance [6] - 647:12, 679:19, 679:24, 727:2, 781:8, 781:25
charge [8] - 599:17, 602:3, 615:6, 615:25, 618:25, 624:24, 758:17, 781:13

charged [3] - 615:6, 700:13, 758:20
charges [1] - 617:11
charging [2] - 761:22, 761:24
Charles [1] - 616:22
chart [1] - 640:18
chase [2] - 631:8, 631:10
chasing [2] - 629:18, 629:22
chemist [1] - 589:20, 590:20
chemistry [4] - 590:14, 590:21, 591:3, 591:6
children [1] - 697:10
China [2] - 723:16, 723:17
Chinese [2] - 723:21
chip [1] - 634:21
chips [1] - 634:3
chitchat [1] - 666:8
choice [2] - 693:17, 693:18
chose [2] - 683:25
chromatography/mass [1] - 592:25
Church [12] - 607:15, 607:20, 608:21, 609:1, 609:3, 609:16, 609:19, 610:21, 619:18, 619:20, 620:1, 620:11, 620:12, 623:5, 624:4, 624:20, 624:21, 628:1, 628:13, 628:17, 629:18, 631:24, 632:9, 633:5, 636:9, 636:18, 639:2, 640:16, 643:24, 648:20, 648:21, 649:15, 652:4, 652:8, 656:23, 658:20, 662:4, 662:15, 663:18, 664:20, 665:11, 665:22, 687:2, 687:7, 733:14, 745:17, 757:7, 757:10, 757:25, 759:13, 759:14, 759:21, 772:8
church [4] - 608:20, 625:15, 629:6, 650:5
cigarette [18] - 633:10, 634:13, 634:15, 635:7, 636:21, 636:22, 637:10, 637:13, 637:20, 637:22, 637:23, 641:19, 641:22, 641:24, 769:22, 776:15, 776:17
cigarettes [3] - 617:22, 617:23, 634:5
circle [1] - 729:12
circumstances [3] - 629:12, 630:5, 630:20
citizen [1] - 753:14
City [1] - 732:8
claim [12] - 679:19, 685:15, 685:17, 693:22, 693:24, 721:10, 721:12, 721:15, 722:4, 722:6, 746:1, 746:3
claimed [3] - 684:5, 687:10, 687:19
claiming [1] - 679:23
class [7] - 695:23, 695:25, 696:1, 696:3, 696:5, 696:6, 696:10
classroom [11] - 695:15, 695:16, 695:17, 697:1, 697:2, 697:5, 697:11, 697:12, 697:15, 697:24, 699:5
clear [4] - 641:18, 648:16, 652:11, 684:3
Clerk [1] - 649:8
CLERK [5] - 645:19, 649:11, 649:18, 731:3, 748:23
clip [9] - 652:9, 652:12, 658:17, 660:14, 661:3, 662:1, 662:12, 664:2, 667:11
close [6] - 595:18, 598:7, 608:14,

**639:20, 775:15, 781:17**
**closed** [1] - 634:10
**closer** [4] - 597:21, 636:23, 643:4, 733:2
**closing** [1] - 591:10
**clothes** [23] - 617:11, 705:10, 705:12, 705:14, 705:17, 705:18, 705:24, 706:4, 706:6, 706:9, 707:7, 707:13, 707:16, 711:2, 711:3, 711:5, 711:8, 711:12, 712:3, 712:5, 712:6, 712:7, 714:11
**clothing** [4] - 608:3, 612:9, 706:17, 706:21
**cocaine** [11] - 602:2, 629:2, 700:23, 712:16, 712:20, 712:23, 713:1, 713:3, 746:18, 746:21, 747:23
**code** [2] - 646:16, 646:19
**College** [1] - 590:16
**color** [1] - 592:23
**colors** [1] - 728:5
**coming** [9] - 629:18, 631:24, 638:17, 654:5, 654:7, 719:22, 720:10, 720:21, 767:3
**commercial** [1] - 609:5
**commit** [7] - 689:16, 699:22, 747:18, 747:25, 748:1, 748:14, 748:17
**commits** [1] - 774:13
**committed** [18] - 600:1, 611:4, 611:6, 612:3, 689:10, 689:16, 689:21, 690:5, 690:7, 690:10, 692:1, 699:17, 699:21, 700:5, 700:7, 774:12, 774:18, 774:21
**committing** [2] - 694:18, 747:18
**community** [1] - 774:14
**complainants** [1] - 702:13
**complete** [3] - 588:4, 604:13, 646:3
**completed** [1] - 781:9
**comply** [1] - 603:21
**computer** [1] - 587:25
**computer-aided** [1] - 587:25
**concealed** [1] - 647:19
**concerning** [1] - 592:7
**conclude** [1] - 781:1
**concluded** [1] - 590:9
**concurrently** [1] - 713:5
**conditional** [1] - 615:10
**Coney** [1] - 616:2
**conferred** [1] - 756:5
**confront** [1] - 669:19
**confrontation** [10] - 631:12, 631:19, 735:22, 736:4, 737:4, 738:3, 738:9, 738:11, 738:18, 739:19
**confrontations** [1] - 631:16
**confronted** [1] - 669:17
**confused** [1] - 741:8
**connection** [6] - 599:2, 601:1, 606:14, 614:16, 645:4, 668:13
**consent** [1] - 719:25
**consider** [1] - 654:14
**consideration** [1] - 726:19
**considering** [1] - 659:6
**conspiracy** [1] - 602:2, 602:3
**constant** [1] - 675:3

**constraints** [1] - 781:11
**construction** [1] - 605:25
**Cont'd** [6] - 624:1, 646:10, 752:1, 783:7, 783:9, 783:13
**contact** [2] - 620:2, 640:10
**contained** [1] - 588:25
**continue** [7] - 588:5, 615:3, 646:8, 732:2, 772:18, 772:25, 773:3
**continued** [6] - 650:13, 698:17, 746:14, 754:6, 763:13, 763:18
**Continued** [5] - 623:14, 670:17, 731:20, 751:21, 772:25
**CONTINUES** [4] - 651:1, 732:5, 742:1, 773:1
**continues** [3] - 651:3, 652:9, 763:10
**control** [1] - 748:20
**controlled** [1] - 590:2
**conversation** [28] - 632:4, 632:8, 656:14, 656:16, 657:10, 660:11, 662:22, 735:4, 737:20, 738:18, 738:23, 740:7, 740:11, 740:13, 740:15, 740:19, 740:23, 740:24, 749:19, 751:16, 754:18, 754:21, 756:3, 757:20, 766:7, 766:15, 773:23, 773:25
**conversations** [2] - 666:5, 766:24
**convicted** [4] - 612:12, 613:25, 614:20, 616:9
**cool** [3] - 694:22, 774:5, 775:1
**cooperate** [2] - 602:14, 644:21
**cooperating** [2] - 599:1, 599:10
**cooperation** [4] - 601:15, 602:6, 602:18, 726:17
**cops** [1] - 616:8
**copyright** [1] - 710:13
**cords** [2] - 703:1, 703:2
**corner** [7] - 609:15, 652:3, 652:7, 658:20, 667:20, 759:8, 760:15
**correct** [168] - 592:14, 594:11, 595:11, 595:15, 595:21, 595:23, 671:9, 671:14, 671:18, 672:18, 672:21, 672:23, 673:14, 675:13, 676:9, 676:20, 676:23, 677:4, 677:7, 677:12, 677:17, 677:20, 678:4, 678:10, 679:2, 679:8, 679:13, 679:17, 679:20, 679:25, 680:4, 680:7, 680:10, 680:25, 681:2, 682:13, 683:23, 684:1, 684:6, 684:20, 684:25, 685:6, 685:16, 685:25, 686:11, 686:14, 686:23, 687:14, 687:17, 687:20, 687:23, 688:4, 689:8, 692:25, 693:19, 694:25, 695:11, 697:22, 697:24, 699:5, 699:18, 700:14, 702:21, 703:12, 704:22, 705:2, 706:17, 707:2, 707:5, 707:8, 707:11, 707:21, 708:3, 709:1, 709:9, 709:16, 709:21, 710:6, 714:16, 715:3, 715:12, 715:15, 715:18, 715:23, 716:15, 717:6, 717:10, 717:15, 718:5, 719:9, 721:19, 722:5, 724:6, 725:18, 726:1, 726:24, 727:2, 727:5, 727:20, 729:6, 730:8, 732:10, 733:8, 733:19, 733:23, 733:24, 739:8, 739:17, 740:17, 743:16, 743:19, 744:15, 744:21,

**744:24, 745:2, 745:7, 745:18, 746:5, 746:12, 746:15, 747:10, 747:19, 747:20, 747:21, 748:25, 749:20, 750:10, 750:14, 751:4, 752:8, 752:20, 753:20, 753:25, 755:20, 756:6, 756:9, 756:16, 756:21, 756:24, 757:2, 757:5, 757:7, 757:11, 757:23, 758:1, 758:10, 759:6, 759:9, 760:2, 760:17, 763:11, 764:11, 767:8, 767:15, 768:4, 768:6, 770:12, 771:20, 772:3, 773:6, 773:11, 773:21, 776:8, 776:21, 777:5, 777:12, 777:15, 777:25**
**cost** [6] - 654:16, 712:12, 758:17, 758:18, 758:19, 761:21
**costs** [1] - 758:16
**counseling** [3] - 612:2, 699:12, 699:16
**counselling** [3] - 697:6, 697:8, 698:1
**counselor** [3] - 698:2, 698:3, 698:15
**count** [7] - 699:25, 708:8, 728:21, 729:9, 729:11, 729:19
**country** [10] - 597:5, 604:5, 604:7, 618:6, 677:6, 679:12, 720:12, 720:14, 720:18, 745:1
**couple** [12] - 595:2, 644:12, 650:8, 732:8, 738:19, 739:16, 753:17, 753:18, 762:7, 767:14, 769:9, 773:16
**course** [12] - 666:4, 676:22, 676:25, 677:11, 677:19, 680:6, 683:4, 697:23, 702:8, 722:1, 746:4, 746:23
**court** [8] - 588:1, 617:10, 691:19, 716:3, 716:7, 716:8, 716:13
**COURT** [1] - 587:1
**Court** [5] - 587:21, 591:2, 645:21, 716:9, 716:10
**court-case** [1] - 588:1
**Courthouse** [1] - 587:7
**courtroom** [8] - 607:24, 649:8, 649:17, 717:22, 718:8, 725:2, 725:3, 751:3
**courts** [1] - 644:6
**covered** [1] - 743:21
**crack** [6] - 602:2, 602:3, 615:6, 629:2, 746:18, 762:15
**credibility** [2] - 591:11, 591:13
**crew** [3] - 625:25, 626:2, 774:19
**crime** [4] - 687:17, 692:1, 699:9, 726:4
**crimes** [18] - 599:9, 599:25, 600:3, 600:6, 600:8, 600:19, 601:25, 611:4, 611:6, 612:16, 689:11, 689:15, 689:16, 689:20, 690:5, 690:7, 690:14, 694:18
**criminal** [1] - 602:19, 602:25, 615:4, 679:20, 679:21, 679:24, 680:3, 680:10, 684:15, 684:18, 684:24
**Criminal** [3] - 590:16, 716:9, 716:10
**cross** [5] - 646:7, 730:24, 731:15, 731:19, 732:3
**CROSS** [3] - 593:22, 671:6, 752:1, 783:4, 783:11, 783:13
**cross-examination** [3] - 646:7, 730:24, 732:3
**CROSS-EXAMINATION** [4] - 593:22, 671:6, 783:4, 783:11

**curious** [2] - 683:2, 741:9
**curse** [4] - 751:7, 751:11, 751:12
**cursing** [2] - 751:5, 751:10
**custody** [5] - 644:3, 644:5, 718:10, 718:12, 733:8
**customers** [1] - 767:22
**cut** [1] - 726:20

## D

**daily** [2] - 728:24, 728:25
**date** [4] - 747:12, 750:1, 757:12, 761:17
**dates** [2] - 715:6, 715:11
**DAVID** [1] - 587:16
**days** [9] - 616:14, 616:15, 674:15, 674:16, 674:17, 674:18, 706:7, 717:21, 734:19
**DEA** [1] - 589:22
**deal** [6] - 694:4, 705:1, 705:6, 745:18, 768:3, 770:19
**dean's** [1] - 697:6
**deceive** [1] - 717:17
**December** [1] - 606:10
**deception** [3] - 719:13, 719:15, 719:17
**deceptive** [6] - 707:8, 708:17, 708:20, 717:5, 764:5, 764:6
**decide** [1] - 603:2
**decided** [5] - 704:20, 713:14, 726:7, 726:8, 776:3
**decides** [1] - 688:18
**decision** [4] - 591:13, 602:21, 604:2, 713:12
**Defendant** [2] - 587:9, 587:19
**defendant** [27] - 588:21, 608:7, 608:10, 608:19, 609:2, 609:14, 610:5, 610:8, 619:23, 619:25, 620:3, 620:8, 620:10, 620:13, 632:10, 653:25, 659:19, 659:23, 660:12, 661:2, 665:1, 666:5, 668:4, 781:3, 781:4, 781:5, 781:6
**Defendant's** [1] - 682:23
**defense** [1] - 749:10
**definition** [1] - 711:16
**degree** [2] - 597:15, 597:16
**delay** [1] - 646:2
**Deon** [1] - 723:14
**department** [1] - 687:6
**Department** [2] - 676:11, 680:2
**depicts** [1] - 641:4
**deported** [17] - 617:14, 677:4, 677:11, 679:16, 684:25, 685:3, 688:1, 688:4, 688:5, 688:8, 689:5, 689:7, 694:3, 715:17, 715:22, 726:3, 744:23
**deputy** [1] - 649:8
**describe** [3] - 590:12, 608:3, 647:19
**described** [2] - 602:4, 658:21
**detective** [1] - 737:5
**detectives** [6] - 732:9, 732:12, 735:5, 737:2, 737:8

**detectors** [1] - 690:5
**determination** [1] - 604:10
**determine** [1] - 593:7
**Devon** [23] - 607:22, 620:19, 621:14, 624:22, 624:23, 625:2, 626:25, 631:21, 632:15, 632:16, 722:21, 722:22, 722:23, 722:24, 723:2, 736:3, 737:3, 738:12, 738:22, 738:24, 777:19
**dice** [1] - 614:9
**difference** [1] - 651:14
**different** [17] - 606:11, 651:8, 686:13, 697:17, 697:20, 705:9, 714:16, 715:6, 715:8, 715:11, 715:14, 729:23, 734:11, 746:23, 747:1, 751:3
**differently** [1] - 682:12
**difficult** [1] - 666:20
**dim** [1] - 649:16
**dime** [9] - 658:7, 658:11, 658:14, 728:16, 728:18, 728:20, 729:3, 730:8, 758:9
**dimes** [4] - 651:18, 758:6, 758:8, 760:13
**DINNERSTEIN** [47] - 587:19, 591:7, 592:1, 592:18, 593:21, 593:23, 595:25, 597:18, 598:13, 601:22, 604:24, 614:13, 648:23, 648:25, 666:17, 671:5, 671:7, 682:22, 699:1, 726:14, 726:22, 730:22, 731:11, 732:4, 732:6, 736:21, 737:1, 742:2, 745:5, 748:22, 749:4, 749:8, 749:10, 752:2, 756:3, 762:23, 764:1, 767:12, 772:23, 773:2, 775:19, 780:1, 780:11, 780:13, 782:9, 783:12, 783:14
**Dinnerstein** [1] - 588:22, 593:20, 598:12, 601:21, 671:4, 731:10, 741:23, 745:15, 756:5, 782:1, 782:8
**Dion** [2] - 624:8, 638:3
**DIRECT** [7] - 596:13, 624:1, 646:10, 783:3, 783:6, 783:7, 783:9
**direct** [12] - 589:17, 646:3, 671:8, 673:24, 699:17, 714:15, 727:5, 729:11, 729:21, 738:8, 778:18, 781:1
**directing** [11] - 612:22, 613:11, 614:4, 631:15, 632:24, 648:5, 660:3, 661:9, 663:25, 664:16, 665:7
**direction** [4] - 607:10, 636:17, 639:3, 647:1
**directly** [2] - 734:17, 768:4
**dis** [1] - 629:24
**disappear** [1] - 628:5
**disappeared** [6] - 620:4, 623:3, 623:11, 624:8, 624:23, 628:24
**discharge** [1] - 615:10
**discussion** [1] - 716:14
**dismissed** [6] - 612:15, 616:1, 691:18, 691:20, 700:18, 717:21
**dismissing** [2] - 612:18, 718:7
**distance** [1] - 777:11
**distribute** [2] - 623:10, 624:17
**distributing** [2] - 622:19, 624:15
**DISTRICT** [3] - 587:1, 587:1, 587:12

**Ditmas** [1] - 666:3
**dizzies** [1] - 651:18
**document** [3] - 680:23, 682:23, 741:13
**documents** [1] - 741:10
**dollar** [1] - 700:23
**dollars** [14] - 658:8, 660:25, 674:7, 674:8, 674:13, 674:20, 674:25, 675:5, 712:24, 712:25, 713:3, 727:17, 727:19, 728:6
**Dominican** [2] - 681:17, 683:18
**done** [5] - 592:6, 605:1, 613:7, 613:8, 712:2
**door** [9] - 614:11, 634:7, 634:10, 636:16, 701:7, 701:8, 775:22, 775:24, 776:1
**down** [33] - 596:4, 608:12, 617:20, 619:15, 619:18, 619:20, 628:13, 629:18, 633:5, 637:15, 639:2, 640:16, 642:15, 643:5, 650:8, 681:3, 682:12, 698:2, 700:1, 705:25, 729:10, 739:3, 739:6, 740:24, 741:1, 741:2, 742:8, 742:9, 743:7, 752:19, 752:22, 780:20
**dozens** [1] - 689:25
**Dre** [9] - 607:22, 621:24, 626:9, 626:11, 627:6, 627:8, 627:9, 627:13, 627:16
**drew** [1] - 632:3
**drink** [4] - 597:24, 727:5, 727:7, 727:9
**drinking** [1] - 727:13
**drive** [1] - 771:23
**driven** [1] - 767:7
**driver** [1] - 776:14
**driving** [1] - 780:3
**dropped** [7] - 611:20, 611:23, 617:12, 696:7, 696:9, 696:18, 696:20
**dropping** [1] - 598:4
**Drug** [1] - 589:22
**drugs** [18] - 598:18, 598:20, 599:9, 599:24, 600:15, 600:16, 600:17, 605:3, 605:4, 611:7, 618:23, 627:12, 631:2, 645:9, 645:10, 648:11, 653:7, 751:18
**Du** [1] - 596:20
**duCharme** [1] - 688:11
**DuCharme** [61] - 587:16, 588:20, 596:8, 596:14, 601:7, 601:19, 608:6, 610:14, 620:20, 624:2, 633:19, 636:24, 645:7, 645:14, 645:16, 646:8, 646:9, 646:11, 648:14, 648:24, 649:1, 649:3, 649:10, 649:12, 649:16, 651:2, 652:11, 656:6, 656:19, 658:17, 660:14, 661:13, 662:1, 662:12, 664:3, 664:6, 664:10, 664:15, 666:20, 666:23, 670:12, 672:6, 672:10, 672:14, 680:19, 682:14, 682:24, 684:2, 725:6, 726:10, 736:5, 772:20, 780:19, 782:12, 783:8, 783:10
**Dude** [2] - 635:2, 646:24
**dude** [2] - 701:19, 748:8
**duly** [3] - 589:15, 596:11, 645:23
**DuMan** [2] - 596:18, 596:19
**Duquenois** [1] - 592:23

7

**Duran** [1] - 616:22
**during** [13] - 605:6, 605:21, 606:2, 607:3, 620:8, 631:5, 647:16, 666:4, 683:4, 701:2, 714:10, 724:15, 766:23
**duties** [1] - 589:25
**DVD** [1] - 647:13
**DVD's** [18] - 618:21, 619:2, 619:14, 619:19, 706:16, 710:8, 710:12, 714:12, 714:13, 723:5, 724:5, 724:11, 724:15, 724:16, 724:20, 724:22, 730:12
**DVDs** [20] - 619:4, 631:25, 632:1, 633:3, 637:23, 638:5, 638:9, 643:25, 647:11, 673:22, 673:23, 674:1, 674:3, 674:18, 675:6, 676:7, 686:11, 686:18, 762:24

## E

**easel** [1] - 633:21
**easier** [2] - 649:17, 768:10
**East** [6] - 587:17, 587:22, 606:22, 618:18, 618:19, 620:8
**EASTERN** [1] - 587:1
**easy** [1] - 718:22
**eating** [2] - 659:3, 659:5
**education** [1] - 590:12
**EDWARD** [1] - 587:16
**eight** [3] - 594:2, 594:3, 713:2
**eighteen** [1] - 710:25
**eighties** [1] - 714:4
**eighty** [1] - 673:6
**either** [3] - 655:20, 703:7, 781:25
**eleven** [2] - 722:24, 723:1
**eligible** [1] - 713:8
**embassy** [1] - 719:3
**employment** [1] - 606:2
**encountered** [2] - 649:20, 649:22
**end** [16] - 612:2, 612:15, 612:18, 613:4, 615:10, 615:21, 616:1, 616:7, 653:15, 653:18, 665:17, 669:6, 717:20, 730:10, 744:3, 781:17
**ended** [3] - 686:9, 691:18, 761:13
**enforcement** [2] - 644:16, 644:19
**Enforcement** [1] - 589:22
**engaged** [3] - 612:6, 612:20, 647:4
**enhance** [1] - 774:13
**enhancing** [1] - 774:22
**entered** [3] - 601:4, 604:18, 605:2
**enters** [1] - 649:8
**entire** [2] - 608:15, 735:4
**entry** [4] - 599:18, 600:9, 602:2, 677:20
**equipment** [1] - 614:6
**especially** [2] - 687:3, 744:2
**ESQ** [1] - 587:19
**Esq** [1] - 588:22
**established** [1] - 588:10
**evening** [1] - 662:21
**event** [1] - 781:9
**eventually** [2] - 691:19, 755:22

**evidence** [29] - 589:2, 589:3, 590:1, 592:2, 592:19, 601:20, 601:23, 608:22, 609:20, 609:24, 610:16, 619:10, 620:23, 633:11, 633:14, 637:1, 640:17, 641:3, 641:9, 641:11, 647:7, 670:4, 682:18, 682:21, 682:23, 683:1, 736:18, 736:25, 741:10
**Evidence** [2] - 741:12, 741:13
**ex** [2] - 701:17, 701:19
**ex-dude** [1] - 701:19
**ex-person** [1] - 701:17
**exact** [1] - 747:11
**exactly** [4] - 608:11, 723:1, 749:3, 757:4
**examination** [12] - 646:3, 646:7, 671:8, 673:24, 699:17, 714:15, 727:5, 729:11, 729:22, 730:24, 732:3, 738:8
**EXAMINATION** [18] - 589:17, 593:22, 596:13, 624:1, 646:10, 651:1, 671:6, 732:5, 742:1, 752:1, 773:1, 783:3, 783:4, 783:6, 783:7, 783:9, 783:11, 783:13
**examined** [3] - 589:16, 593:15, 596:12
**example** [1] - 729:24
**except** [1] - 631:4
**excuse** [2] - 635:12, 744:1
**excused** [2] - 596:7, 780:21
**Exhibit** [49] - 591:16, 592:15, 593:16, 593:18, 601:10, 601:20, 608:23, 609:21, 609:25, 610:17, 619:11, 619:16, 620:25, 621:5, 621:9, 621:13, 621:15, 621:17, 621:19, 621:21, 621:23, 621:25, 622:2, 622:4, 622:8, 633:11, 633:15, 634:23, 637:1, 640:18, 641:4, 641:6, 641:9, 641:12, 647:7, 648:17, 652:13, 656:7, 656:20, 657:3, 660:6, 661:14, 664:4, 682:23, 723:4, 749:10, 762:25, 767:7
**exhibit** [3] - 588:14, 625:19, 749:9
**exhibits** [5] - 591:19, 592:22, 593:6, 593:14, 783:15
**Exhibits** [2] - 591:25, 592:10
**Exhibt** [2] - 588:23, 588:25
**exited** [1] - 645:20
**expanded** [1] - 748:12
**expect** [4] - 603:22, 603:25, 772:20, 782:2
**expected** [1] - 768:22
**expert** [4] - 591:3, 591:6, 591:8, 591:10
**explain** [3] - 591:9, 619:3, 683:3
**explored** [1] - 744:5
**extension** [2] - 703:1, 703:2
**eye** [5] - 640:10, 681:10, 682:9, 717:1, 717:2

## F

**face** [1] - 636:3
**facilities** [1] - 730:19

**facing** [2] - 600:22, 603:10
**fact** [12] - 588:10, 590:10, 680:12, 682:2, 682:20, 716:22, 716:24, 719:12, 721:15, 724:25, 736:6, 744:23
**fair** [2] - 743:15, 781:24
**fairly** [1] - 647:15
**Fairview** [13] - 608:20, 609:4, 609:19, 620:1, 623:5, 624:4, 624:20, 625:15, 629:6, 643:25, 649:15, 650:5, 663:18
**false** [5] - 616:18, 616:24, 676:10, 676:14, 676:19
**familiar** [1] - 606:21
**family** [4] - 605:17, 675:19, 675:20, 718:23
**family's** [2] - 686:10, 719:4
**far** [6] - 597:14, 627:9, 639:14, 668:24, 745:19, 781:15
**favor** [1] - 772:21
**Fax** [1] - 587:23
**FBI** [38] - 602:13, 605:6, 605:9, 605:12, 605:18, 605:20, 606:5, 606:6, 606:12, 607:10, 645:2, 645:8, 646:13, 646:17, 646:25, 647:1, 648:13, 655:16, 655:18, 659:24, 661:8, 661:21, 663:24, 665:4, 668:10, 668:11, 668:13, 668:15, 668:24, 669:8, 669:23, 670:8, 742:25, 748:6, 748:10, 753:8, 753:14, 754:10
**fear** [3] - 687:24, 687:25, 688:3
**February** [2] - 681:10, 684:6
**Federal** [2] - 591:2, 599:1
**federal** [15] - 599:4, 599:7, 600:3, 600:5, 600:8, 600:19, 618:25, 644:4, 644:6, 644:7, 644:22, 716:7, 718:10, 718:12, 733:8
**felt** [2] - 705:1, 755:13, 777:2
**females** [1] - 616:6
**few** [7] - 593:21, 614:4, 646:2, 651:10, 707:16, 734:19, 781:5
**Fidel** [1] - 681:11
**fifteen** [3] - 611:15, 611:16, 698:12
**Fifth** [1] - 632:9
**fifty** [4] - 654:25, 673:1, 673:2, 728:12
**figure** [2] - 609:13, 718:4
**figured** [6] - 643:19, 679:19, 694:2, 719:7, 719:8, 719:10
**final** [1] - 604:9
**fine** [1] - 782:4
**finger** [1] - 609:9
**finish** [3] - 664:11, 730:24, 731:15
**finished** [3] - 632:12, 637:22, 759:24
**finishing** [1] - 772:21
**firearm** [1] - 610:6
**fired** [4] - 639:23, 640:4, 643:10, 696:24
**firing** [1] - 629:20
**first** [31] - 588:7, 589:15, 596:11, 599:4, 600:10, 605:14, 620:25, 622:13, 631:19, 642:7, 644:4, 644:18, 648:15, 648:17, 662:1, 664:4, 688:23, 692:20, 712:21, 739:10, 740:6, 740:10, 740:16, 747:9, 754:13, 757:1, 757:13, 757:15,

757:16, 757:17, 760:22
**five** [20] - 606:13, 614:3, 614:25, 654:25, 664:13, 673:8, 673:13, 673:16, 674:15, 674:19, 700:19, 705:8, 707:19, 712:25, 713:16, 721:8, 722:24, 723:1, 727:24, 769:11
**five-eleven** [2] - 722:24, 723:1
**five-fifty** [1] - 654:25
**Flatbush** [7] - 597:9, 606:22, 618:18, 618:19, 620:9, 666:2
**floor** [2] - 611:20, 611:23, 696:17
**Florida** [2] - 720:3
**folder** [13] - 648:16, 648:17, 652:12, 656:6, 656:19, 660:6, 660:14, 661:14, 662:1, 664:4, 664:16, 665:5, 665:6
**folks** [1] - 782:10
**following** [4] - 671:2, 731:1, 781:19
**follows** [3] - 589:16, 596:12, 645:24
**fond** [1] - 677:3
**food** [5] - 617:21, 659:4, 659:5, 659:6, 751:18
**foot** [2] - 722:24, 722:25
**forensic** [9] - 589:20, 590:15, 590:17, 590:19, 590:20, 591:3, 591:6, 594:7
**forty** [4] - 595:22, 596:22, 616:14, 616:15
**forty-seven** [1] - 596:22
**forty-six** [1] - 595:22
**forward** [3] - 598:7, 598:10, 782:2
**four** [10] - 612:11, 672:12, 698:6, 698:7, 706:24, 713:2, 713:4, 713:7, 728:23
**Foy** [27] - 592:4, 655:20, 661:19, 661:20, 669:10, 669:14, 673:10, 673:11, 739:7, 739:10, 740:2, 740:8, 740:12, 740:15, 740:24, 742:3, 742:6, 742:24, 743:6, 743:12, 743:18, 747:10, 754:12, 754:15, 755:8, 755:19, 756:14
**frame** [2] - 605:21, 653:24
**FREDERIC** [1] - 587:11
**free** [2] - 603:2, 603:19
**freedom** [4] - 599:14, 726:24, 727:2, 780:9
**friend** [26] - 611:19, 613:3, 613:17, 613:18, 659:7, 659:9, 668:21, 668:22, 687:19, 687:21, 687:22, 691:3, 691:13, 691:22, 692:2, 692:7, 692:8, 695:10, 695:22, 697:19, 704:16, 704:17, 704:19, 704:20, 704:24, 750:4
**friends** [1] - 704:24
**front** [8] - 623:9, 638:19, 643:3, 662:8, 670:5, 703:5, 734:17, 751:5
**frustrating** [1] - 741:21
**fuck** [2] - 636:3
**fuckin'** [2] - 722:14, 770:16
**fucking** [2] - 635:12, 635:13
**full** [2] - 588:5, 780:24
**fully** [1] - 726:21

**G**

**gain** [3] - 599:10, 599:13, 780:9
**gaining** [2] - 686:15, 686:16
**gambling** [1] - 614:9
**game** [1] - 741:22
**gaming** [1] - 614:6
**gang** [2] - 681:17, 683:18
**gas** [1] - 592:24
**GC/MS** [1] - 592:24
**generally** [4] - 599:22, 605:1, 611:6, 639:9
**gentleman** [2] - 729:6, 763:5
**gentlemen** [1] - 727:4
**given** [6] - 605:6, 605:9, 605:12, 616:18, 743:18, 745:6
**GOLDMSITH** [5] - 731:5, 731:12, 731:17, 781:24, 782:7
**goldsmith** [2] - 756:4, 756:5
**GOLDSMITH** [14] - 587:16, 588:7, 588:12, 588:15, 588:17, 589:6, 589:18, 591:5, 591:15, 591:24, 592:4, 592:15, 593:19, 596:3
**Goldsmith** [4] - 588:6, 588:20, 596:2, 781:23
**government** [53] - 589:3, 589:6, 591:5, 591:24, 592:15, 596:8, 599:1, 599:11, 599:20, 599:23, 601:1, 601:4, 601:20, 602:7, 602:17, 603:4, 603:22, 604:19, 604:20, 605:2, 606:15, 606:18, 657:3, 672:23, 674:9, 674:10, 675:2, 675:15, 676:2, 676:8, 676:25, 678:3, 678:8, 686:13, 688:17, 688:23, 688:24, 688:25, 690:6, 720:17, 726:5, 726:7, 726:13, 726:14, 726:17, 726:23, 727:1, 744:17, 744:20, 746:15, 747:2, 749:4, 781:1
**Government** [4] - 587:15, 588:23, 588:25, 591:16, 591:24, 593:16, 601:10, 608:22, 609:20, 610:16, 619:11, 619:16, 620:25, 621:9, 621:13, 621:15, 621:17, 621:19, 621:21, 621:23, 621:25, 622:2, 622:4, 622:8, 633:11, 633:15, 634:22, 637:1, 640:18, 641:3, 641:6, 641:8, 641:11, 647:7, 648:17, 657:3, 719:25, 723:4, 762:25, 767:6
**Government's** [7] - 592:10, 652:12, 656:7, 656:20, 660:6, 661:14, 664:4
**grade** [2] - 695:2, 695:3
**grams** [19] - 593:16, 593:17, 593:18, 594:1, 594:5, 594:14, 594:18, 595:2, 595:4, 595:7, 595:8, 595:11, 595:20, 595:22
**grandfather** [1] - 763:9
**gray** [1] - 608:5
**great** [1] - 645:16
**green** [7] - 651:5, 651:6, 651:7, 651:12, 651:14, 651:15
**Greg** [1] - 616:22

**ground** [1] - 696:8
**grow** [1] - 597:7
**guard** [2] - 707:2, 707:10
**guess** [6] - 597:20, 642:24, 683:8, 711:23, 741:10, 777:8
**guilty** [11] - 600:3, 600:5, 600:8, 600:20, 601:2, 602:1, 602:21, 604:16, 615:10, 618:25, 745:9
**gum** [2] - 617:22, 617:23
**gun** [53] - 610:8, 611:10, 611:19, 611:20, 611:22, 611:24, 612:1, 629:10, 629:13, 630:3, 630:5, 630:18, 630:20, 639:1, 639:4, 639:5, 639:7, 639:9, 639:11, 639:15, 639:22, 640:2, 640:5, 643:8, 643:10, 691:2, 694:8, 694:11, 694:15, 694:18, 694:21, 694:24, 695:4, 695:7, 695:10, 695:20, 696:7, 696:15, 696:16, 696:17, 696:18, 696:20, 696:22, 696:24, 697:1, 697:11, 697:19, 697:24, 699:4, 699:7, 699:9, 699:10
**guns** [4] - 599:24, 629:7, 698:16, 699:2
**guy** [11] - 613:3, 629:19, 629:20, 629:22, 722:19, 747:17, 754:18, 765:7, 766:7, 770:9, 777:21
**guys** [3] - 619:6, 623:11, 631:8

**H**

**H-1** [2] - 648:16, 652:12
**H-13** [1] - 665:6
**H-5** [3] - 656:6, 656:19, 658:17
**H-6** [2] - 660:6, 660:14
**H-7** [2] - 662:2
**H-7-A** [1] - 661:14
**H-8** [1] - 664:4
**H-9** [1] - 646:16
**habit** [1] - 730:8
**haircut** [1] - 638:1
**half** [25] - 594:11, 595:13, 614:25, 654:15, 654:17, 654:23, 671:24, 675:14, 700:19, 712:25, 713:4, 713:7, 713:16, 728:12, 758:25, 760:8, 760:20, 760:24, 761:2, 761:4, 761:9, 761:11, 768:21, 781:14
**Hamilton** [1] - 695:14
**hand** [6] - 592:10, 639:20, 660:22, 667:20, 667:22, 766:2
**handed** [2] - 591:16, 593:11
**handgun** [1] - 639:10
**Handing** [1] - 601:11
**handing** [1] - 763:15
**handled** [1] - 748:9
**hands** [3] - 691:4, 691:10, 691:12
**hang** [1] - 662:9
**hard** [4] - 647:23, 647:25, 718:20, 762:12
**hat** [2] - 665:23, 667:24
**Hayden** [1] - 596:8
**HAYDEN** [2] - 596:10, 783:5

9

**head** [6] - 615:21, 617:1, 639:13, 650:9, 700:15, 700:16

**hear** [24] - 590:25, 598:12, 604:24, 614:13, 632:10, 632:16, 632:18, 638:23, 639:25, 648:24, 651:4, 657:14, 657:16, 666:20, 666:21, 671:16, 678:23, 708:24, 717:9, 751:10, 751:11, 767:3, 775:24, 781:13

**heard** [9] - 632:5, 639:24, 682:19, 740:1, 749:16, 761:1, 778:1, 779:24, 780:24

**help** [13] - 649:7, 649:9, 668:15, 678:18, 685:10, 687:17, 688:7, 692:18, 721:3, 726:4, 736:7, 753:19, 764:5

**helped** [2] - 692:8, 744:17

**helping** [2] - 685:10, 694:5

**hereby** [2] - 588:12, 588:18

**hid** [1] - 720:2

**hide** [3] - 618:9, 719:19

**himself** [1] - 620:13

**hire** [2] - 747:25, 754:19

**hisself** [1] - 620:15

**hit** [6] - 629:20, 691:6, 691:8, 691:9, 713:9, 713:14

**hitting** [3] - 615:14, 700:15, 700:16

**HM-11** [1] - 740:6

**HM-4** [1] - 735:13

**ho** [1] - 621:7

**hold** [4] - 625:8, 759:18, 765:25, 766:3

**holding** [2] - 696:16, 769:22

**holiday** [1] - 588:3

**home** [3] - 603:19, 608:12, 760:7

**homicide** [7] - 732:23, 733:13, 733:18, 733:23, 737:3, 737:17, 737:24

**Honor** [25] - 593:19, 593:21, 596:3, 601:7, 601:19, 610:14, 614:13, 620:20, 636:24, 645:7, 649:4, 666:17, 666:21, 671:5, 682:22, 731:3, 731:5, 731:12, 731:18, 736:24, 775:20, 780:19, 781:24, 782:9, 782:12

**HONORABLE** [1] - 587:11

**hook** [1] - 762:16

**hope** [8] - 588:2, 599:10, 599:13, 603:18, 659:3, 659:9, 717:7, 726:24

**hopeless** [1] - 733:3

**hoping** [4] - 604:3, 676:25, 745:12, 780:5

**hour** [5] - 671:24, 731:11, 781:13

**hours** [12] - 671:25, 672:11, 672:12, 672:15, 672:20, 688:10, 688:11, 698:6, 698:7, 743:16, 769:9

**House** [1] - 717:20

**house** [20] - 614:11, 614:12, 652:18, 652:19, 653:15, 663:11, 701:6, 701:10, 759:6, 759:7, 759:8, 760:17

**houses** [1] - 769:25

**hundred** [16] - 608:14, 657:5, 657:6, 660:25, 672:3, 674:7, 674:8, 674:13, 674:20, 675:5, 729:21, 730:12, 743:16, 761:22, 761:23, 761:25

**hundreds** [14] - 604:23, 604:25, 671:9,

671:17, 672:2, 686.. . ., 689:23, 729:12, 729:14, 729:16, 729:18, 729:21, 729:23, 743:12

**hurt** [11] - 710:17, 710:20, 711:7, 711:9, 711:12, 711:13, 711:16, 711:20, 753:13

**hurting** [2] - 710:10, 710:12

**husband** [1] - 615:18

**hustle** [6] - 685:24, 686:2, 686:4, 686:5, 686:11, 686:14

**hustling** [1] - 686:1

**Hylander** [2] - 646:20, 646:21

## I

**idea** [14] - 594:13, 594:16, 611:25, 690:12, 690:13, 691:16, 699:24, 706:1, 706:2, 714:20, 715:11, 715:14, 724:3, 760:4

**identification** [1] - 601:10

**identified** [1] - 608:7, 634:22

**identify** [1] - 678:3

**identifying** [1] - 593:1

**illegal** [14] - 598:18, 598:20, 600:9, 602:2, 673:23, 674:1, 674:3, 676:7, 677:20, 693:12, 709:23, 709:25, 710:8, 744:20

**illegally** [5] - 597:5, 677:6, 679:12, 716:15, 720:22

**Immigration** [40] - 603:24, 604:1, 604:4, 612:17, 612:18, 617:1, 617:2, 617:7, 617:10, 617:13, 643:18, 643:21, 644:2, 644:3, 644:5, 676:15, 676:16, 678:9, 678:16, 679:2, 679:5, 679:7, 679:16, 680:2, 680:6, 680:13, 681:3, 683:10, 685:22, 715:1, 715:10, 716:18, 717:22, 717:23, 718:7, 718:8, 722:2, 732:7, 733:7

**immigration** [1] - 604:11

**important** [5] - 687:16, 694:4, 743:6, 780:25, 781:15

**in-person** [2] - 770:4, 770:6

**incidence** [1] - 694:7

**incident** [10] - 611:9, 611:18, 613:2, 613:14, 614:8, 614:16, 615:9, 615:17, 616:2, 693:22

**income** [2] - 605:22, 605:24

**incorrectly** [1] - 681:4

**INDEX** [1] - 783:1

**indicate** [5] - 641:5, 641:17, 641:21, 642:10, 643:3

**indicated** [3] - 630:3, 630:18, 639:22

**Indicating** [1] - 609:15

**indicating** [1] - 641:7

**indicating** [7] - 637:6, 637:9, 639:17, 639:21, 641:23, 642:15, 642:17

**indication** [1] - 736:2

**individual** [4] - 625:18, 657:1, 667:19, 667:24

**information** [8] - 599:19, 599:22,

599:25, 604:13, 687:10, 741:16, 746:1, 746:3

**informed** [1] - 748:6

**injured** [1] - 614:16

**Innelli** [1] - 649:4

**inside** [9] - 622:24, 634:1, 637:21, 637:24, 638:4, 638:6, 638:8, 642:1, 724:22

**instead** [2] - 612:19, 772:1

**instinct** [1] - 741:11

**instructions** [5] - 591:10, 648:9, 648:12, 756:8, 756:11

**intended** [2] - 717:5, 717:7

**interaction** [1] - 669:18

**interest** [3] - 694:4, 715:2, 717:14

**interested** [1] - 687:22

**interests** [1] - 676:23

**interrupt** [2] - 730:18, 731:19

**interrupted** [1] - 609:7

**interrupting** [1] - 744:1

**intimidate** [2] - 704:9, 704:21

**introduced** [1] - 682:23

**investigating** [2] - 645:5, 687:7

**investigation** [1] - 686:22

**investigators** [3] - 599:5, 599:7, 644:8

**involved** [18] - 612:22, 613:14, 614:5, 615:3, 615:12, 616:2, 648:6, 656:1, 659:25, 661:10, 661:24, 664:1, 665:8, 692:19, 753:4, 754:19, 756:12, 773:21

**involving** [1] - 614:5

**Island** [1] - 616:3

**item** [1] - 608:3

**itself** [1] - 666:18

## J

**jail** [23] - 600:22, 603:2, 604:15, 614:22, 614:24, 615:1, 615:3, 615:7, 616:11, 677:19, 688:20, 693:11, 700:16, 700:20, 700:22, 702:6, 705:8, 712:25, 714:4, 744:14, 744:17, 745:10, 746:14

**Jamaica** [3] - 666:25, 748:8, 748:9

**James** [1] - 624:18

**January** [1] - 618:3

**Jason** [3] - 655:20, 669:10, 669:16

**Jay** [1] - 590:16

**jeans** [1] - 706:10

**job** [3] - 744:6, 744:7, 744:10

**jobs** [1] - 606:1

**Joe** [20] - 607:22, 621:8, 621:20, 623:8, 623:9, 623:12, 624:5, 624:11, 625:18, 626:21, 732:13, 732:15, 732:17, 733:11, 733:12, 735:5, 737:3, 737:16, 737:24, 739:15

**Joe's** [1] - 623:10

**jog** [2] - 678:20, 678:25

**jogs** [2] - 682:19, 742:14

**John** [1] - 590:16

**Johnston** [1] - 616:22

GR      OCR      CM      CRR      CSR

**joints** [1] - 682:16
**joke** [1] - 775:17
**joking** [1] - 766:5
**Josh** [1] - 607:22, 622:1, 624:18, 627:24, 627:25, 628:4, 628:6
**Judge** [7] - 598:13, 664:6, 670:12, 683:6, 688:25, 745:5, 780:11
**JUDGE** [1] - 587:12
**judge** [11] - 602:19, 602:21, 603:1, 603:2, 603:4, 603:6, 604:1, 683:7, 717:21, 718:6, 718:7
**judgment** [1] - 764:2
**juices** [1] - 634:3
**July** [2] - 644:20, 645:13
**jump** [3] - 664:15, 665:5, 771:5
**June** [12] - 600:7, 604:19, 644:25, 645:13, 679:4, 680:14, 714:5, 714:6, 732:7, 744:14, 746:14
**jurors** [1] - 779:11
**jury** [29] - 587:12, 590:19, 590:24, 593:13, 608:16, 619:3, 635:20, 641:18, 642:6, 645:20, 647:19, 670:5, 671:3, 680:24, 682:19, 688:19, 726:8, 726:11, 726:19, 726:21, 727:4, 731:1, 731:2, 732:1, 741:9, 779:24, 780:22, 781:19, 781:21
**Jury** [1] - 645:25
**Justice** [1] - 590:16

## K

**Kaplan** [4] - 655:20, 669:10, 669:15, 669:16
**keep** [12] - 594:7, 597:18, 597:22, 655:17, 655:21, 657:15, 665:16, 688:12, 698:16, 699:2, 733:6, 781:16
**kept** [1] - 632:23
**kid** [4] - 628:9, 628:12, 690:21, 775:1
**kidded** [1] - 768:25
**kids** [3] - 695:17, 695:20, 696:12
**kill** [1] - 754:19
**killed** [3] - 739:24, 745:24, 746:7
**Killer** [4] - 747:14, 747:15, 747:21, 748:4
**killer** [4] - 747:17, 747:22, 748:9, 754:19
**killing** [2] - 738:9, 753:20
**kilogram** [2] - 595:4, 595:8
**kilos** [2] - 594:23, 594:24
**kind** [6] - 594:10, 639:9, 698:1, 712:11, 741:10, 748:19
**kinds** [2] - 595:2, 598:20
**Kion** [26] - 607:22, 620:19, 621:12, 622:22, 623:10, 624:9, 624:10, 624:12, 624:16, 624:23, 625:1, 625:2, 625:9, 626:23, 627:11, 627:13, 629:11, 629:12, 631:10, 657:19, 657:21, 659:3, 749:22, 750:4, 777:17
**Kion's** [1] - 763:9
**knife** [9] - 613:19, 613:21, 614:11,

691:1, 700:8, 703.o, 703:9, 703:11
**knives** [1] - 700:11
**knocked** [3] - 614:11, 701:7, 701:8
**knowing** [1] - 708:22
**knowledge** [1] - 682:3
**known** [3] - 588:21, 745:20, 748:16
**knows** [1] - 748:17
**krill** [2] - 762:14, 762:15
**krills** [3] - 762:14, 762:17, 762:19

## L

**ladies** [1] - 727:4
**lady** [1] - 615:18
**language** [1] - 635:13
**laptop** [1] - 748:23
**large** [2] - 654:13
**larger** [1] - 633:20
**last** [13] - 598:22, 601:16, 662:12, 665:5, 673:19, 686:8, 699:7, 701:23, 728:22, 732:18, 744:11, 754:11, 775:19
**late** [3] - 775:17, 780:12, 780:17
**laughed** [1] - 765:15
**laughing** [3] - 765:12, 765:16, 766:5
**laughter** [1] - 766:5
**laundromat** [8] - 609:6, 609:11, 609:13, 609:23, 658:19, 658:20, 660:17, 769:1
**law** [6] - 590:21, 590:22, 644:16, 644:18, 683:6, 771:18
**lawful** [2] - 719:25, 720:1
**laws** [1] - 710:13
**lawyers** [1] - 781:11
**lay** [1] - 594:10
**layout** [4] - 641:5, 641:11, 641:13, 641:15
**le** [1] - 649:5
**leader** [2] - 622:15, 622:17
**lean** [1] - 733:3
**learned** [3] - 685:23, 698:15, 699:4
**learning** [2] - 688:12, 696:2
**least** [5] - 631:12, 688:21, 689:2, 720:8, 729:1
**leave** [4] - 665:21, 703:21, 704:12, 781:2
**left** [6] - 634:2, 636:19, 704:4, 742:7, 742:10, 742:12
**length** [1] - 744:5
**less** [4] - 594:20, 595:14, 730:15, 745:12
**Leto** [4] - 732:19, 735:5, 737:2, 737:16
**letter** [17] - 602:19, 602:25, 603:1, 603:4, 603:5, 603:9, 603:12, 603:24, 603:25, 688:20, 688:25, 689:2, 726:15, 726:18, 726:23, 727:1
**letters** [1] - 726:12
**Levin** [1] - 592:24
**liable** [1] - 631:7
**lie** [7] - 714:24, 719:23, 720:1, 725:20, 725:21, 779:7, 779:9

**lied** [6] - 676:8, 717:9, 717:11, 718:4, 719:21, 719:22
**lieutenant** [1] - 623:9
**life** [4] - 600:25, 699:22, 710:6, 710:7
**light** [2] - 776:15, 776:17
**lights** [2] - 649:16, 649:17
**Lindsey** [27] - 607:22, 620:19, 621:18, 625:12, 627:4, 635:11, 635:14, 636:5, 636:7, 636:14, 636:19, 638:10, 638:12, 638:19, 640:2, 642:18, 642:22, 643:6, 722:8, 722:15, 722:17, 736:3, 737:4, 738:22, 739:25, 746:6
**line** [1] - 642:20
**lines** [1] - 736:23
**list** [2] - 592:3, 625:5
**listen** [1] - 591:12
**literally** [1] - 594:23
**live** [6] - 605:17, 615:18, 675:19, 691:15, 765:4, 765:5
**lived** [6] - 620:6, 686:9, 692:14, 701:25, 702:1, 702:3
**livelihood** [1] - 714:10
**lives** [1] - 692:7
**living** [8] - 589:19, 606:25, 607:1, 675:10, 675:12, 675:18, 710:5, 718:18
**location** [4] - 620:12, 624:20, 650:7, 767:8
**locations** [2] - 609:1, 620:9
**lock** [1] - 643:19
**locked** [1] - 702:8
**longest** [1] - 671:23
**look** [21] - 601:11, 634:1, 640:12, 641:2, 659:9, 678:17, 678:21, 680:16, 680:23, 682:5, 721:1, 721:2, 724:17, 736:7, 737:11, 740:5, 741:5, 748:3, 748:5, 770:4, 774:11
**looked** [3] - 640:11, 717:1, 721:3
**looking** [21] - 592:8, 643:18, 656:17, 676:15, 705:7, 705:15, 707:2, 735:25, 747:13, 747:15, 750:9, 750:11, 750:13, 750:14, 750:18, 752:6, 752:8, 757:18, 765:8
**looks** [2] - 769:25, 770:6
**loose** [2] - 634:13, 634:15
**loosie** [1] - 635:7
**lORETTA** [1] - 587:15
**loud** [4] - 616:7, 632:5, 735:17, 736:23
**louder** [3] - 671:12, 671:14, 671:16
**low** [1] - 649:1
**lump** [1] - 627:11
**lunch** [5] - 646:5, 646:6, 664:14, 670:14, 781:25
**luncheon** [1] - 670:16
**lying** [2] - 717:12, 717:14
**LYNCH** [1] - 587:15

## M

**machine** [1] - 597:21
**main** [2] - 624:11, 624:14

**man** [16] - 616:7, 624:11, 624:14, 635:12, 652:25, 657:19, 659:3, 659:4, 666:13, 683:11, 683:13, 738:13, 752:14, 765:8, 766:3, 766:22
**Man** [4] - 646:24, 723:8, 723:9, 723:10
**man's** [1] - 723:14
**Manhattan** [1] - 716:10
**map** [4] - 608:22, 608:25, 609:13, 619:10
**March** [3] - 606:8, 663:25, 762:13
**marijuana** [132] - 588:24, 588:25, 589:10, 590:6, 590:7, 590:9, 590:10, 591:20, 592:8, 592:13, 592:21, 593:2, 593:5, 593:7, 593:14, 594:6, 594:18, 594:22, 594:23, 598:21, 598:22, 607:5, 607:7, 607:14, 607:20, 608:10, 608:12, 608:19, 609:2, 609:14, 610:20, 610:22, 610:24, 611:3, 622:19, 622:20, 623:6, 623:13, 624:5, 624:10, 624:15, 624:17, 625:13, 625:22, 626:3, 626:10, 626:11, 626:13, 626:14, 626:16, 627:22, 627:25, 628:6, 628:10, 628:11, 628:14, 628:21, 628:22, 629:2, 650:12, 651:23, 652:16, 652:24, 654:16, 654:17, 654:23, 655:12, 657:23, 658:8, 658:14, 658:15, 659:21, 659:22, 661:6, 661:7, 663:12, 663:22, 664:22, 665:2, 665:17, 665:18, 667:18, 667:23, 668:4, 727:20, 727:22, 727:23, 728:1, 728:10, 728:24, 729:5, 730:8, 746:17, 750:23, 756:24, 757:9, 757:21, 758:3, 758:5, 759:1, 759:5, 759:11, 759:12, 759:15, 759:21, 759:22, 760:9, 760:16, 760:20, 761:2, 761:4, 761:19, 762:3, 763:1, 767:15, 767:23, 768:1, 768:2, 768:9, 768:22, 769:2, 769:12, 772:2, 772:7, 772:9, 772:12, 772:15, 775:11, 776:20, 777:15, 778:14
**mark** [5] - 609:10, 641:4, 641:21, 642:9, 643:2
**marked** [6] - 589:5, 592:20, 601:9, 601:24, 647:6, 647:13
**Martense** [16] - 608:20, 609:3, 620:12, 623:5, 624:4, 624:20, 628:17, 652:4, 652:8, 653:22, 656:23, 662:4, 662:15, 664:20, 665:11, 665:22
**master** [1] - 590:15
**math** [3] - 696:3, 696:5, 696:6
**matter** [2] - 716:22, 725:10
**matters** [2] - 590:21, 590:22
**McNee** [1] - 616:23
**McQuilkin** [82] - 596:9, 596:10, 596:15, 596:25, 597:8, 597:14, 597:24, 598:15, 599:2, 600:3, 601:2, 601:9, 601:25, 602:7, 602:16, 603:3, 604:12, 605:20, 606:11, 606:14, 606:21, 607:19, 608:9, 609:9, 610:5, 611:3, 611:9, 611:24, 613:11, 613:16, 614:5, 615:11, 616:17, 617:3, 617:24, 619:3, 620:18, 620:22, 622:13, 622:21, 629:8, 629:17, 630:23, 633:21, 634:1, 635:8, 635:25, 641:8, 641:17, 642:6, 643:14,

643:20, 644:15, 644:21, 645:8, 646:4, 646:12, 647:6, 647:18, 648:5, 648:19, 649:14, 649:20, 655:12, 656:1, 656:16, 657:9, 658:18, 659:18, 660:1, 660:11, 660:22, 661:2, 661:23, 662:6, 663:2, 665:13, 668:5, 668:11, 670:1, 731:6, 783:5
**McQuilkin** [1] - 647:1
**mean** [29] - 590:18, 600:14, 602:21, 618:8, 619:2, 622:23, 624:14, 626:7, 627:15, 651:6, 654:12, 658:7, 659:5, 659:9, 665:19, 683:9, 692:12, 708:20, 719:14, 729:22, 746:6, 754:18, 755:5, 755:7, 761:15, 766:1, 770:17, 770:20, 778:9
**meaning** [4] - 651:18, 726:20, 763:16, 778:2
**means** [7] - 590:19, 634:15, 686:2, 686:4, 719:15, 743:3, 758:14
**meantime** [1] - 683:5
**mechanical** [1] - 587:24
**meet** [8] - 599:4, 599:7, 602:13, 602:17, 606:18, 619:25, 757:14, 769:8
**meeting** [2] - 644:4, 748:12
**meetings** [3] - 604:19, 606:15, 746:15
**member** [1] - 681:17
**members** [2] - 741:9, 780:22
**men** [10] - 625:7, 625:24, 626:13, 627:21, 629:7, 630:24, 631:12, 631:17, 631:20, 645:5
**menacing** [1] - 613:24
**mentally** [1] - 699:15
**mention** [2] - 680:15, 681:9
**mentioned** [6] - 615:11, 680:12, 704:15, 731:13, 762:13, 762:14
**met** [1] - 619:22
**metal** [1] - 695:5
**methods** [1] - 593:1
**metric** [2] - 594:7, 594:8
**Miami** [2] - 618:12, 618:13
**Michael** [1] - 616:22
**Michigan** [1] - 590:15
**microphone** [3] - 598:16, 671:11, 733:2
**microscopy** [1] - 592:23
**middleman** [2] - 768:3, 770:18
**might** [9] - 692:18, 706:7, 706:8, 706:23, 706:24, 709:12, 769:14, 781:1, 781:21
**mike** [1] - 748:22
**mind** [2] - 637:18, 752:5
**mine** [2] - 704:17, 704:19
**minimum** [2] - 603:9, 745:10
**minus** [1] - 762:9
**minute** [1] - 682:15
**minutes** [16] - 646:5, 662:9, 664:7, 664:11, 664:13, 724:13, 724:14, 724:15, 725:12, 731:13, 753:17, 753:18, 772:23, 773:5, 775:20
**misleading** [3] - 720:8, 720:10
**mistake** [4] - 673:11, 673:14, 739:4,

739:5
**mistaken** [1] - 761:13
**mistakes** [1] - 683:9
**Mitchell** [1] - 588:22
**MITCHELL** [1] - 587:19
**moment** [6] - 627:6, 680:23, 721:4, 750:15, 755:15, 755:17
**money** [40] - 605:6, 605:9, 605:18, 614:10, 627:11, 627:12, 653:7, 653:8, 659:6, 659:15, 660:23, 660:24, 663:15, 672:23, 672:25, 674:4, 674:5, 674:11, 675:2, 675:6, 686:16, 686:19, 704:25, 706:21, 708:21, 710:14, 712:6, 727:10, 727:12, 727:13, 728:9, 743:18, 765:22, 765:24, 766:2, 771:14
**moneymaker** [1] - 675:24
**month** [6] - 674:11, 674:16, 674:17, 686:6, 729:25, 730:4
**months** [4] - 735:3, 738:19, 739:16, 762:3
**Moody** [1] - 681:11
**moped** [19] - 612:23, 613:3, 613:4, 690:17, 690:19, 690:21, 690:24, 691:17, 693:8, 694:8
**morning** [7] - 588:2, 593:24, 593:25, 627:10, 627:16, 627:19, 646:4
**most** [7] - 595:12, 627:9, 710:5, 710:7, 761:18, 762:24, 781:15
**motherfucker** [1] - 774:15
**mouth** [1] - 767:4
**move** [16] - 597:20, 598:6, 598:10, 598:15, 605:17, 647:23, 647:24, 647:25, 726:22, 733:2, 745:5, 779:25
**movement** [1] - 648:2
**movie** [4] - 619:4, 619:6, 619:7, 710:14
**moving** [3] - 605:25, 647:25, 686:9
**MR** [117] - 588:7, 588:12, 588:15, 588:17, 589:6, 589:18, 591:5, 591:7, 591:15, 591:24, 592:1, 592:4, 592:15, 592:18, 593:19, 593:21, 593:23, 595:25, 596:3, 596:8, 596:14, 597:18, 598:13, 601:7, 601:19, 601:22, 604:24, 608:6, 610:14, 614:13, 620:20, 624:2, 633:19, 636:24, 645:7, 645:16, 646:9, 646:11, 648:14, 648:23, 648:24, 648:25, 649:1, 649:3, 649:10, 649:12, 649:16, 651:2, 652:11, 656:6, 658:17, 660:14, 661:13, 662:1, 662:12, 664:3, 664:6, 664:10, 664:15, 666:17, 666:20, 666:23, 670:12, 671:5, 671:7, 680:19, 682:14, 682:22, 682:24, 684:2, 699:1, 725:6, 726:10, 726:14, 726:22, 730:22, 731:5, 731:11, 731:12, 731:17, 732:4, 732:6, 736:5, 736:17, 736:21, 736:24, 737:1, 742:2, 745:5, 748:22, 749:4, 749:6, 749:8, 749:9, 749:10, 752:2, 756:3, 762:23, 764:1, 767:12, 768:5, 772:20, 772:23, 773:2, 775:19, 780:1, 780:11, 780:13, 780:19, 781:24, 782:7, 782:9, 782:12, 783:8, 783:10, 783:12, 783:14

GR        OCR        CM        CRR        CSR

**mumbling** [1] - 602:23
**murder** [67] - 599:24, 680:13, 680:18, 680:22, 680:24, 681:6, 681:10, 681:22, 682:2, 682:3, 683:17, 683:22, 684:5, 684:8, 684:11, 685:15, 685:19, 686:21, 686:22, 687:3, 687:7, 687:11, 687:22, 694:1, 694:5, 721:10, 721:13, 721:18, 721:21, 722:10, 723:6, 724:1, 724:8, 725:5, 725:23, 734:1, 734:6, 734:10, 734:20, 734:22, 735:2, 735:22, 736:2, 739:17, 739:20, 739:23, 740:3, 745:17, 745:23, 746:2, 746:4, 747:18, 748:1, 748:14, 753:2, 753:3, 753:4, 756:12, 756:15, 774:1, 774:2, 774:7, 774:12, 774:13, 774:18, 774:20
**murdered** [3] - 681:16, 681:17, 774:5
**murderers** [2] - 722:4, 722:7
**murders** [3] - 682:9, 683:14, 748:17

**N**

**N.Y** [1] - 587:20
**name** [23] - 644:1, 646:16, 646:19, 676:10, 676:14, 676:17, 676:19, 677:1, 677:3, 678:12, 678:13, 679:10, 681:11, 691:13, 701:20, 701:23, 714:25, 715:3, 716:5, 723:14, 747:24, 754:11, 754:13
**named** [1] - 747:14
**names** [11] - 596:15, 611:1, 616:18, 616:20, 616:24, 646:23, 651:8, 714:16, 715:7, 732:12, 732:18
**natural** [3] - 741:11, 771:22
**near** [4] - 605:17, 607:3, 642:12, 673:16
**need** [10] - 589:9, 598:15, 649:3, 664:9, 703:14, 703:15, 730:18, 742:17, 768:3, 772:17
**needed** [1] - 755:25
**neighborhood** [5] - 606:24, 745:19, 745:20, 745:21, 774:14
**net** [2] - 593:10, 593:16
**never** [16] - 613:4, 680:12, 684:5, 684:7, 692:15, 699:9, 700:12, 700:13, 721:18, 730:10, 748:8, 748:12, 749:15, 756:14, 756:18
**NEW** [1] - 587:1
**New** [10] - 587:7, 587:18, 587:20, 587:22, 629:19, 676:11, 732:8, 754:3, 754:4
**next** [27] - 588:6, 596:6, 613:19, 614:10, 623:14, 625:5, 628:4, 635:10, 638:25, 653:14, 658:17, 660:14, 667:8, 670:17, 698:17, 709:13, 731:12, 731:20, 742:23, 744:13, 745:4, 751:21, 763:18, 766:1, 766:14, 772:25, 780:8
**nice** [3] - 769:25, 770:2, 770:3
**nickname** [2] - 723:8, 723:16
**nicknames** [4] - 596:15, 596:17, 611:1, 635:5
**night** [12] - 627:19, 627:22, 634:9, 642:7, 643:20, 644:16, 656:17, 658:15,

663:19, 669:24, 723:5, 725:5
**nighttime** [1] - 629:4
**nine** [5] - 589:24, 597:4, 713:4, 727:17, 727:19
**nobody** [11] - 589:10, 675:17, 688:15, 700:12, 708:20, 708:21, 710:10, 710:12, 711:7, 720:1, 720:10
**noise** [7] - 708:24, 709:2, 709:11, 709:13, 709:20, 775:24
**none** [3] - 630:15, 630:16, 725:4
**Nostrand** [2] - 620:11, 631:25
**noted** [1] - 588:1
**notes** [1] - 670:8
**nothing** [17] - 593:19, 595:25, 657:10, 674:10, 682:7, 686:15, 709:2, 735:19, 739:6, 742:13, 746:3, 748:12, 748:21, 754:21, 755:1, 766:4, 768:8
**notice** [1] - 768:20
**November** [3] - 656:2, 660:3, 661:9
**nowhere** [1] - 774:12
**number** [14] - 588:14, 625:19, 649:25, 650:2, 655:7, 657:3, 689:10, 689:20, 715:8, 719:1, 752:19, 752:22, 766:18, 766:22
**numbers** [1] - 715:15

**O**

**o'clock** [7] - 587:9, 645:17, 772:17, 780:23, 781:18, 782:11, 782:13
**oath** [1] - 742:20
**object** [1] - 666:17
**objection** [17] - 591:7, 592:1, 592:17, 592:18, 601:21, 601:22, 680:19, 682:14, 682:24, 684:2, 684:4, 725:6, 726:10, 736:5, 736:17, 736:24, 768:5
**objections** [1] - 682:17
**obligated** [1] - 606:8
**obligations** [3] - 602:8, 602:10, 603:21
**observe** [2] - 626:14, 627:21
**observed** [1] - 630:23
**obstructing** [1] - 642:25
**obviously** [3] - 594:24, 780:24, 781:14
**occasion** [9] - 659:23, 661:3, 665:13, 676:12, 692:8, 693:4, 693:6, 756:23, 777:14
**occurred** [11] - 680:18, 681:22, 687:7, 724:8, 725:23, 731:1, 732:24, 733:14, 738:3, 756:15, 781:19
**occurrence** [1] - 759:23
**October** [7] - 605:19, 648:6, 757:1, 757:15, 758:25, 760:22, 762:2
**OF** [3] - 587:1, 587:4, 587:11
**offer** [1] - 592:4
**offers** [5] - 589:3, 591:5, 591:24, 592:15, 601:20
**office** [1] - 697:6
**officer** [6] - 680:3, 681:3, 717:1, 717:6, 717:9, 717:18
**officers** [6] - 686:25, 687:2, 687:4,

718:4, 733:25, 738:25
**often** [12] - 598:1, 612:6, 624:7, 624:8, 626:11, 712:20, 727:7, 727:22, 744:2, 757:1, 768:20
**old** [10] - 596:21, 597:2, 611:14, 611:16, 612:25, 613:11, 689:13, 693:9, 698:12, 710:24
**older** [1] - 705:9
**once** [6] - 638:4, 683:2, 699:10, 706:6, 744:2, 781:17
**one** [48] - 592:22, 592:23, 594:14, 595:4, 595:8, 595:12, 595:13, 595:14, 600:10, 613:8, 613:13, 615:19, 620:25, 623:10, 624:15, 627:9, 628:4, 634:15, 635:5, 636:10, 636:11, 636:12, 652:25, 653:25, 654:1, 657:5, 657:6, 674:20, 693:11, 697:23, 702:12, 707:7, 709:20, 713:5, 715:17, 723:14, 726:16, 729:3, 752:13, 756:23, 764:24, 764:25, 769:1, 773:17, 773:18
**open** [5] - 588:1, 634:7, 636:16, 763:16, 764:9
**opened** [3] - 634:10, 634:11, 701:7
**opportunity** [3] - 745:6, 773:10, 781:3
**orders** [1] - 772:8
**ounce** [26] - 594:1, 595:12, 595:13, 595:14, 595:17, 595:18, 651:23, 652:24, 659:20, 659:22, 661:6, 661:7, 663:11, 663:22, 663:23, 728:12, 758:14, 758:25, 760:8, 760:9, 760:12, 760:16, 761:23, 768:21, 769:2
**ounces** [20] - 589:1, 594:6, 594:10, 594:11, 595:12, 595:13, 595:15, 595:19, 595:20, 595:22, 665:2, 665:14, 668:8, 761:19, 761:21, 761:25, 763:16, 767:15, 768:22
**outside** [16] - 609:6, 609:8, 636:21, 637:10, 638:11, 638:13, 638:14, 638:18, 642:6, 717:22, 734:15, 734:16, 763:17, 772:10, 772:11
**outstretched** [1] - 639:20
**overhear** [1] - 655:3
**overruled** [1] - 768:7
**owed** [1] - 704:25
**own** [9] - 610:4, 617:21, 694:4, 706:11, 715:2, 731:7, 736:6, 764:4, 766:22

**P**

**pack** [1] - 627:13
**page** [10] - 601:16, 623:14, 650:13, 670:17, 698:17, 731:20, 740:6, 751:21, 763:18, 772:25
**paid** [7] - 605:18, 672:23, 672:25, 675:14, 758:21, 758:23, 759:3
**pants** [2] - 706:24, 707:1
**paper** [17] - 678:14, 680:16, 681:14, 682:5, 682:17, 682:20, 735:10, 735:25, 736:1, 736:7, 737:11, 737:15, 737:19, 738:6, 740:5, 741:3, 742:13
**paragraph** [7] - 735:14, 735:16,

**pardon** [3] - 691:7, 754:25, 772:5
**parole** [2] - 713:8, 713:13
**part** [8] - 618:17, 625:8, 625:25, 626:2, 630:25, 631:4, 640:24, 688:16
**participating** [1] - 766:15
**particular** [3] - 609:2, 657:24, 684:11
**parties** [2] - 588:9, 617:23
**party** [1] - 770:16
**pass** [2] - 653:8, 663:4
**passed** [2] - 653:7, 695:22
**passenger** [1] - 776:14
**passing** [2] - 763:16, 764:2
**past** [3] - 631:24, 639:3, 758:9
**Pause** [2] - 767:13, 770:23, 772:25
**pause** [3] - 649:6, 735:18, 740:9
**pay** [14] - 605:14, 605:15, 614:10, 640:6, 675:9, 675:14, 675:20, 675:22, 676:1, 704:25, 712:6, 727:9, 727:10, 727:12
**paying** [7] - 605:19, 637:18, 675:13, 675:16, 676:5, 686:19, 752:5
**payroll** [1] - 686:13
**pays** [1] - 676:2
**people** [59] - 594:10, 605:16, 607:14, 607:19, 607:24, 610:4, 618:23, 619:5, 619:9, 620:14, 620:16, 620:17, 620:18, 620:24, 624:16, 626:14, 626:16, 627:14, 630:11, 630:13, 631:10, 634:20, 637:15, 637:16, 638:1, 676:8, 686:9, 699:13, 700:11, 700:13, 701:3, 703:9, 707:11, 709:13, 712:5, 720:9, 723:12, 724:1, 724:4, 724:10, 724:17, 724:19, 733:18, 733:22, 734:5, 735:1, 735:23, 738:2, 745:23, 746:4, 746:6, 748:17, 751:5, 755:6, 759:12, 775:3
**people's** [2] - 708:3, 709:16
**peoples** [1] - 657:10
**per** [3] - 675:5, 698:8, 728:7
**percent** [3] - 710:2, 710:4, 725:24
**perfectly** [1] - 719:25
**perform** [1] - 592:21
**period** [15] - 607:1, 607:7, 607:16, 608:15, 619:19, 620:2, 623:1, 625:16, 626:5, 628:3, 628:22, 699:6, 704:23, 714:10, 730:2
**permissible** [1] - 741:21
**permission** [1] - 618:4
**permit** [1] - 606:10
**perpetrators** [2] - 739:22, 740:3
**person** [42] - 590:21, 600:16, 600:17, 622:9, 622:13, 624:10, 634:22, 647:22, 662:18, 665:23, 679:4, 679:15, 681:16, 683:10, 692:14, 692:19, 700:15, 700:16, 701:17, 708:19, 709:13, 709:18, 709:20, 747:22, 747:24, 748:16, 748:20, 749:22, 764:18, 764:22, 766:1, 767:24, 769:22, 770:4, 770:6, 774:7, 775:10, 776:8, 776:14, 777:4, 777:6
**person's** [2] - 678:12, 702:21

**personal** [1] - 70o:11
**personally** [1] - 630:23
**petty** [1] - 612:16
**ph** [3] - 624:18, 628:5, 646:24
**ph)** [3] - 638:3, 646:24, 691:14
**phone** [16] - 605:15, 641:12, 642:12, 654:21, 655:3, 655:7, 656:14, 663:3, 663:4, 663:10, 752:19, 752:22, 752:23, 757:2, 766:13, 775:11
**phony** [2] - 644:1, 716:5
**photograph** [2] - 633:14, 641:3
**photographs** [2] - 620:23, 641:3
**physically** [5] - 710:21, 711:14, 711:16, 711:19, 711:20
**pick** [12] - 627:12, 665:18, 667:9, 707:25, 708:13, 708:17, 710:22, 710:23, 710:24, 711:3, 711:20
**picked** [4] - 708:4, 716:16, 716:20, 717:23
**picking** [6] - 611:7, 613:17, 708:25, 709:3, 709:4, 709:15
**picks** [1] - 709:13
**picture** [14] - 609:20, 609:24, 633:19, 633:24, 634:7, 636:25, 637:8, 657:4, 716:17, 716:19, 717:2, 770:4, 770:6, 770:15
**piece** [14] - 659:10, 678:14, 680:16, 681:14, 682:5, 682:20, 735:10, 735:25, 736:7, 737:11, 737:19, 738:6, 740:5, 741:3
**pirate** [1] - 619:5
**Place** [14] - 607:3, 607:8, 607:15, 607:21, 609:1, 628:1, 639:3, 662:8, 753:24, 763:3, 767:10, 777:9, 777:11, 777:15
**place** [4] - 618:9, 632:8, 671:2, 693:15
**Place/Church** [1] - 606:22
**places** [1] - 608:18
**plain** [1] - 648:1
**plan** [3] - 694:18, 709:15, 782:6
**plant** [1] - 617:20
**planting** [1] - 617:20
**plastic** [1] - 622:24
**play** [6] - 651:3, 667:14, 682:16, 762:23, 762:24, 775:19
**played** [13] - 648:18, 649:13, 649:19, 649:24, 752:7, 752:11, 752:18, 752:25, 753:15, 753:23, 754:16, 755:18, 763:2
**playing** [16] - 648:16, 652:11, 656:6, 656:19, 658:17, 660:5, 660:14, 661:13, 662:1, 662:12, 664:3, 667:11, 749:9, 753:7, 753:10, 753:11
**plays** [77] - 651:16, 651:21, 652:1, 652:14, 653:5, 653:17, 653:23, 654:4, 654:9, 654:19, 654:22, 655:2, 655:11, 656:8, 656:15, 656:21, 657:8, 657:12, 657:17, 657:22, 658:3, 658:6, 658:13, 658:23, 659:1, 659:11, 659:17, 660:7, 660:10, 660:15, 660:18, 660:21, 661:1, 661:15, 661:22, 662:5, 662:13, 662:20, 662:24, 663:1, 663:6, 663:9, 663:13,

663:16, 664:18, 664:23, 665:12, 665:25, 666:11, 666:14, 667:15, 668:3, 749:18, 750:8, 750:24, 751:13, 764:10, 764:17, 765:6, 765:11, 765:18, 766:6, 766:17, 768:14, 769:15, 770:11, 770:21, 770:24, 771:16, 771:25, 773:4, 775:5, 775:9, 775:21, 777:3, 777:23, 780:2
**plays-tape** [14] - 764:10, 764:17, 765:6, 765:11, 765:18, 766:6, 766:17, 768:14, 769:15, 770:11, 770:21, 770:24, 771:16, 771:25
**Plaza** [2] - 587:17, 587:22
**plea** [2] - 601:2, 604:16
**plead** [3] - 600:3, 600:5, 600:8
**pleading** [2] - 615:10, 618:24
**pled** [3] - 600:20, 601:25, 745:9
**pocket** [7] - 708:4, 708:22, 708:25, 709:6, 709:8, 709:14, 766:2
**pocketed** [1] - 711:20
**pocketing** [7] - 707:25, 708:13, 708:17, 710:22, 710:23, 710:24, 711:3
**pockets** [5] - 611:8, 613:17, 709:3, 709:4, 709:16
**point** [22] - 615:6, 617:2, 617:24, 619:22, 628:14, 639:11, 639:13, 639:14, 643:20, 715:17, 717:17, 739:7, 746:24, 752:13, 753:22, 753:24, 755:19, 760:19, 770:25, 773:25, 774:4, 775:10
**pointed** [3] - 669:14, 703:9, 703:11
**pointing** [2] - 639:21, 654:2
**points** [1] - 641:13
**Police** [1] - 676:11
**police** [36] - 613:19, 643:14, 643:19, 643:25, 684:16, 684:19, 685:10, 685:19, 686:25, 687:2, 687:4, 687:6, 687:13, 692:1, 692:7, 692:8, 692:10, 692:14, 692:19, 693:25, 694:2, 694:5, 702:7, 702:8, 702:9, 702:13, 702:15, 704:13, 716:17, 717:1, 722:1, 724:2, 732:9, 746:5, 746:9, 746:11
**popcorn** [1] - 634:5
**popped** [1] - 717:20
**port** [2] - 618:10, 618:11
**portions** [1] - 647:12
**pose** [1] - 778:18
**position** [3] - 589:23, 625:8, 647:22
**possibility** [2] - 677:4, 781:2
**possible** [1] - 672:16
**possibly** [4] - 673:15, 714:23, 776:15, 782:3
**potato** [2] - 634:3, 634:21
**pound** [9] - 654:16, 654:17, 654:23, 760:20, 760:24, 761:2, 761:4, 761:9, 761:11
**powder** [1] - 700:23
**practically** [1] - 595:17
**PRADDY** [1] - 587:8
**Praddy** [11] - 588:21, 729:6, 746:21, 748:25, 749:14, 749:19, 756:20, 757:2,

761:18, 762:3, 773:10
**Precinct** [7] - 680:13, 680:18, 681:7, 681:10, 681:23, 683:17, 721:11
**precinct** [2] - 716:17, 716:19
**prepare** [3] - 592:7, 606:15, 606:19
**prepared** [1] - 782:2
**presence** [3] - 590:1, 593:5, 671:2
**present** [5] - 634:17, 634:19, 645:25, 731:4, 732:1
**presented** [1] - 670:4
**presume** [2] - 697:1, 715:22
**presuming** [1] - 674:15
**pretty** [4] - 594:22, 595:18, 650:10, 780:24
**previously** [4] - 591:2, 645:23, 744:23, 771:4
**price** [1] - 654:23
**prison** [1] - 713:10
**Probation** [1] - 614:3
**proceeding** [1] - 649:6
**Proceedings** [1] - 587:24
**process** [1] - 726:12
**produced** [1] - 587:25
**profit** [1] - 600:18
**profitable** [1] - 674:3
**prolonging** [1] - 612:19
**promised** [2] - 603:14, 604:6
**promptly** [1] - 781:18
**proof** [1] - 634:4
**property** [4] - 702:21, 703:11, 704:21, 708:3
**prosecuted** [1] - 691:17
**prosecution** [1] - 688:18
**protection** [1] - 686:8
**provide** [5] - 599:19, 599:22, 599:25, 603:5, 604:13
**provided** [2] - 606:6, 668:12
**publicity** [1] - 745:18
**pull** [2] - 691:1
**pulled** [2] - 613:18, 614:11
**punched** [1] - 640:25
**purchase** [4] - 607:7, 750:14, 757:9, 776:20
**purchased** [2] - 607:5, 609:14
**purchasing** [1] - 763:1
**purpose** [1] - 682:17
**pursuant** [1] - 604:14
**push** [3] - 691:1, 691:5, 780:15
**pushing** [1] - 616:7
**put** [22] - 591:23, 594:20, 621:1, 633:21, 637:2, 639:1, 639:11, 697:17, 705:16, 707:1, 707:10, 710:18, 710:19, 715:2, 716:19, 718:10, 744:20, 771:17, 771:18, 771:19, 771:21, 771:22
**putting** [2] - 634:6, 781:10

## Q

**quantity** [3] - 622:25, 654:13
**quarter** [14] - 651:22, 651:23, 652:24,

653:16, 758:14, 758:16, 758:17, 758:18, 758:19, 758:21, 760:9, 760:12, 760:14, 760:16
**quarters** [6] - 651:20, 758:13, 758:14, 758:22, 758:23, 760:14
**questioning** [1] - 589:10
**questions** [8] - 593:20, 670:12, 733:10, 733:13, 733:21, 773:10, 780:13, 780:18
**quiet** [1] - 709:7
**quite** [5] - 624:8, 687:9, 697:13, 702:9, 702:11

## R

**rack** [2] - 634:3, 634:21
**Raleigh** [49] - 606:21, 607:3, 607:8, 607:15, 607:21, 608:20, 609:1, 609:3, 609:4, 609:16, 609:19, 620:1, 620:12, 623:5, 624:4, 624:20, 625:15, 628:1, 628:17, 629:6, 632:9, 636:9, 636:18, 639:3, 643:24, 648:20, 648:21, 649:15, 650:5, 652:3, 652:8, 653:3, 656:23, 658:21, 662:4, 662:8, 662:15, 663:18, 664:20, 665:11, 665:22, 753:24, 759:14, 763:3, 767:10, 777:9, 777:11, 777:15
**ran** [10] - 640:15, 640:16, 692:10, 692:12, 713:5, 748:24, 749:13, 749:15, 760:8
**re** [4] - 599:18, 600:9, 602:2, 677:20
**re-entry** [4] - 599:18, 600:9, 602:2, 677:20
**reach** [1] - 618:10
**read** [13] - 625:19, 735:17, 735:20, 736:13, 736:15, 736:19, 736:20, 736:22, 740:16, 741:9, 741:12, 742:14
**real** [3] - 677:1, 677:3, 781:2
**really** [15] - 608:11, 624:24, 637:18, 638:7, 644:1, 647:22, 647:23, 667:1, 667:2, 683:3, 718:21, 722:21, 753:13, 775:15, 779:13
**reason** [12] - 605:12, 694:15, 714:24, 773:19, 776:12, 776:13, 776:23, 778:13, 778:23, 779:10, 779:12, 779:15
**receive** [4] - 606:8, 606:9, 684:19, 756:11
**received** [2] - 745:17, 756:8
**recess** [2] - 670:16, 782:13
**Recess** [1] - 730:25
**recessed);(Court** [1] - 645:21
**recognize** [12] - 601:12, 609:22, 610:1, 610:17, 620:23, 622:8, 633:12, 633:15, 640:21, 640:23, 647:8, 661:16
**recollection** [2] - 666:23, 678:15, 678:20, 678:25, 680:17, 680:21, 682:6, 682:19, 735:11, 737:10, 737:13, 737:19, 737:22, 738:6, 740:7, 740:11, 740:15, 740:19, 741:17, 741:18, 742:14, 742:17
**recommendation** [2] - 602:20, 603:1

**reconvene** [1] - 670:14
**record** [12] - 602:20, 603:1, 608:6, 646:1, 648:16, 652:11, 661:13, 664:3, 690:3, 690:4, 690:10, 769:13
**recorded** [10] - 587:24, 593:9, 647:1, 648:6, 656:4, 659:25, 661:10, 664:1, 665:8, 762:12
**recording** [2] - 648:3, 656:12, 660:5
**recordings** [4] - 647:3, 647:11, 647:13, 647:15
**red** [1] - 653:25
**redirect** [3] - 772:19, 780:18, 780:19
**reentry** [2] - 693:12, 744:20
**reference** [2] - 608:25, 641:13
**referred** [2] - 625:18, 680:24
**referring** [2] - 657:20, 749:12
**reflect** [2] - 608:6, 647:15
**reflected** [1] - 641:12
**refresh** [10] - 680:17, 680:21, 682:8, 737:10, 737:13, 737:19, 737:22, 738:6, 740:10, 740:14
**refreshed** [2] - 741:18, 742:18
**refreshes** [6] - 678:15, 682:5, 735:10, 740:7, 740:19, 741:17
**refrigerator** [1] - 634:2
**regarding** [2] - 686:22, 721:18
**regular** [1] - 772:7
**relation** [1] - 637:7
**relationship** [4] - 625:7, 625:23, 630:24, 650:6
**released** [1] - 615:7
**remain** [3] - 677:14, 688:3, 697:20
**remaining** [1] - 679:24
**remember** [33] - 630:14, 637:16, 638:2, 678:18, 679:1, 681:19, 681:20, 683:11, 698:10, 698:12, 698:13, 698:15, 700:1, 700:3, 700:4, 701:24, 701:25, 702:1, 732:21, 734:4, 735:4, 736:7, 737:9, 738:8, 739:21, 739:24, 740:4, 742:3, 749:2, 749:3, 763:1, 766:22
**rent** [15] - 605:14, 605:19, 675:4, 675:7, 675:9, 675:13, 675:16, 675:20, 675:22, 676:1, 676:2, 676:5, 686:15, 686:17, 686:19
**repetition** [1] - 744:4
**repetitious** [3] - 664:12, 745:3, 780:16
**rephrase** [1] - 684:4
**rephrased** [1] - 680:20
**report** [4] - 589:11, 684:16, 684:18, 684:24
**reported** [1] - 685:19
**Reporter** [1] - 587:21
**reporting** [1] - 684:20
**reports** [5] - 592:7, 592:12, 593:10, 593:11, 593:13, 670:10
**represented** [1] - 781:21
**reputation** [2] - 774:14, 774:22
**require** [1] - 782:5
**residences** [1] - 653:24
**respect** [4] - 604:3, 606:6, 622:13,

668:25
**response** [1] - 741:11
**rest** [2] - 623:11, 781:25
**restful** [1] - 588:3
**results** [2] - 593:4, 593:5
**resumed** [2] - 645:21, 645:23
**return** [3] - 617:24, 618:2, 659:20
**revealing** [1] - 647:18
**review** [1] - 647:12
**reviewed** [1] - 647:3
**Rico** [4] - 622:12, 629:3, 629:4
**ride** [5] - 636:17, 665:18, 666:4, 669:2, 775:6
**riding** [2] - 636:14, 667:9
**rise** [1] - 645:19
**Rob** [5] - 754:7, 754:9, 754:15
**rob** [3] - 699:13, 704:24, 754:10
**robbed** [4] - 704:2, 704:8, 704:23
**robberies** [3] - 699:18, 699:22, 700:7
**robbery** [13] - 611:7, 612:20, 612:23, 613:24, 614:5, 614:24, 700:23, 700:25, 701:1, 701:2, 713:2, 714:3
**Robert** [4] - 655:20, 661:19, 661:20, 669:10
**rode** [4] - 636:9, 739:23, 739:25, 740:3
**roll** [1] - 648:15
**Rondu** [2] - 596:18, 596:19
**Rondue** [1] - 646:24
**room** [2] - 695:21, 703:22
**Roti** [2] - 633:16, 640:25
**row** [1] - 706:8
**Rudy** [20] - 747:24, 747:25, 748:3, 748:5, 748:13, 748:24, 750:2, 752:6, 752:9, 752:10, 752:12, 753:4, 753:11, 753:16, 753:19, 754:21, 755:2, 757:14, 757:18
**Rudy's** [1] - 752:19
**rule** [1] - 768:9
**Rules** [2] - 741:11, 741:13
**rules** [2] - 683:1, 741:22
**ruling** [1] - 683:6
**run** [1] - 639:1
**running** [3] - 639:2, 748:24, 759:24
**rushed** [1] - 772:18

**S**

**safety** [2] - 686:10, 686:17
**sale** [3] - 625:4, 700:23, 713:3
**sat** [1] - 679:15
**satisfied** [1] - 726:17
**saw** [50] - 620:8, 620:9, 620:17, 626:20, 629:4, 631:19, 639:4, 642:6, 642:10, 643:7, 643:15, 669:9, 679:19, 679:21, 679:23, 684:6, 684:15, 685:15, 685:17, 685:18, 686:21, 686:25, 693:22, 693:24, 693:25, 694:1, 721:24, 721:25, 722:4, 722:6, 722:7, 722:9, 725:4, 726:4, 734:5, 735:1, 735:22, 737:3, 739:19, 750:9, 751:14, 757:7,

757:9, 757:15, 757:25, 774:1, 774:2, 776:19
**scare** [1] - 703:25
**scared** [13] - 754:17, 754:20, 754:22, 754:23, 754:24, 755:1, 755:2, 755:3, 755:4, 755:5, 755:6, 755:9, 755:13
**scheduled** [1] - 588:5
**scheduling** [1] - 731:7
**school** [17] - 597:12, 597:14, 611:10, 611:19, 611:24, 683:7, 694:8, 694:11, 694:16, 694:17, 695:5, 695:7, 695:13, 697:17, 697:20, 697:21, 697:22
**science** [7] - 590:14, 590:15, 590:17, 590:18, 590:19, 594:7
**screen** [8] - 608:23, 609:9, 633:24, 641:5, 641:18, 641:21, 642:10, 643:2, 649:17, 654:2
**seat** [7] - 731:2, 771:17, 771:18, 771:19, 771:21, 771:22, 771:23
**second** [6] - 652:12, 726:16, 736:22, 749:8, 757:17, 757:25
**security** [5] - 705:15, 707:2, 707:10, 715:8, 715:14
**see** [93] - 594:23, 595:2, 601:16, 607:24, 608:1, 608:23, 619:12, 620:13, 622:21, 623:1, 623:12, 627:8, 627:16, 629:17, 629:18, 629:24, 630:5, 630:20, 631:6, 631:11, 631:16, 632:8, 633:22, 634:6, 636:15, 637:3, 638:18, 638:25, 639:7, 640:2, 640:4, 640:19, 641:9, 641:25, 642:9, 642:16, 643:10, 643:12, 645:17, 648:1, 649:5, 649:7, 649:17, 649:25, 650:9, 653:18, 654:3, 654:5, 660:12, 662:21, 664:8, 669:2, 669:11, 669:18, 676:3, 678:14, 678:17, 680:23, 682:5, 682:18, 683:8, 685:23, 692:16, 697:9, 699:4, 705:9, 707:13, 710:20, 711:13, 720:2, 721:23, 722:12, 725:25, 731:8, 731:17, 734:19, 735:10, 748:7, 750:1, 750:12, 755:19, 765:25, 766:5, 770:7, 774:25, 778:16, 778:17, 781:6, 781:17, 781:20, 782:10
**seeing** [2] - 669:6, 699:14
**self** [2] - 694:4, 715:2
**self-interest** [2] - 694:4, 715:2
**sell** [33] - 617:21, 617:23, 619:6, 619:8, 619:14, 622:19, 622:20, 622:22, 623:7, 623:13, 626:16, 627:12, 627:25, 631:2, 634:4, 637:23, 638:5, 655:4, 655:5, 706:16, 706:17, 712:20, 723:5, 724:5, 724:22, 759:22, 760:12, 760:24, 761:9, 762:17, 768:1, 768:8, 768:9
**selling** [41] - 600:15, 600:17, 611:7, 617:22, 618:21, 619:2, 619:19, 627:22, 628:11, 631:6, 631:22, 631:25, 632:1, 632:7, 632:12, 633:3, 635:12, 638:9, 643:25, 673:22, 674:1, 674:3, 674:18, 686:11, 686:18, 706:21, 710:8, 710:12, 710:21, 712:21, 712:23, 714:10, 714:12, 722:13, 730:12, 738:13, 750:23, 758:6, 758:7, 759:12, 759:23
**sells** [1] - 624:10

**send** [4] - 602:19, 602:25, 720:18, 726:18
**sending** [2] - 693:11, 693:14
**sends** [1] - 602:25
**senior** [1] - 589:20
**sense** [1] - 703:24
**sensible** [4] - 767:22, 767:24, 768:1
**sent** [8] - 644:2, 644:5, 713:16, 713:21, 717:19, 718:2, 718:13, 718:16
**sentence** [8] - 602:22, 603:6, 603:7, 603:14, 603:16, 745:10
**sentenced** [1] - 600:19
**sentences** [1] - 713:5
**September** [6] - 665:7, 761:15, 762:2, 767:6, 767:14, 777:14
**series** [1] - 620:22
**serve** [1] - 717:14
**Service** [1] - 678:9
**session** [1] - 699:12
**Seth** [1] - 588:20
**sETH** [1] - 587:16
**seven** [10] - 590:8, 596:22, 627:19, 627:22, 659:7, 674:19, 714:8, 762:4, 762:9
**seventy** [3] - 673:8, 673:13, 673:16
**seventy-five** [3] - 673:8, 673:13, 673:16
**several** [3] - 743:16, 744:11, 756:20
**sevier** [1] - 691:14
**shelves** [1] - 750:9
**shift** [2] - 627:10, 627:15
**shifts** [2] - 627:15, 627:20
**ship** [2] - 618:9, 719:22
**shirt** [1] - 608:5
**shirts** [1] - 706:10
**shit** [2] - 746:6, 763:15
**shoot** [2] - 610:11, 611:22
**shooting** [10] - 614:9, 629:14, 629:15, 630:7, 630:8, 630:21, 640:9, 640:11, 644:19, 738:2
**shop** [3] - 633:16, 640:25, 750:23
**shoplifting** [4] - 611:7, 612:3, 612:6, 617:9
**shopping** [1] - 750:22
**short** [2] - 650:10, 726:20
**shorten** [1] - 664:8
**shorter** [1] - 768:24
**shortest** [1] - 671:23
**shortly** [1] - 781:25
**shot** [6] - 611:20, 631:7, 639:1, 696:15, 696:16, 696:20
**shots** [3] - 639:24, 639:25, 640:1
**show** [8] - 620:22, 641:8, 678:14, 695:20, 716:2, 716:22, 735:10, 749:13
**showed** [5] - 593:5, 633:9, 694:24, 695:10, 717:2
**showing** [14] - 601:9, 608:22, 609:20, 609:24, 610:16, 611:19, 619:10, 633:11, 633:14, 636:25, 640:17, 647:6, 694:24, 729:23
**shown** [3] - 619:16, 670:8, 670:10

**shows** [1] - 749:7
**Sick** [9] - 668:18, 668:20, 668:21, 668:22, 668:25, 669:14, 669:17, 669:21, 669:23
**side** [4] - 634:4, 640:15, 642:19, 643:6
**sight** [1] - 642:20
**sign** [1] - 720:21
**signature** [1] - 601:16
**Simons** [1] - 616:22
**simple** [1] - 779:12
**simply** [1] - 591:23
**single** [1] - 634:15
**sit** [3] - 698:2, 698:3, 712:1
**sitting** [3] - 693:21, 729:6, 763:5
**situation** [3] - 705:2, 705:6, 755:7
**six** [12] - 595:22, 607:17, 627:16, 627:19, 674:19, 707:19, 722:24, 722:25, 727:24, 728:14, 728:22, 729:24
**six-foot** [2] - 722:24, 722:25
**sixteen** [4] - 613:1, 652:20, 653:2, 653:3
**sixty** [2] - 673:3, 673:4
**slamming** [1] - 775:22
**slight** [1] - 646:2
**slightly** [1] - 770:22
**slough** [1] - 712:11
**small** [2] - 594:19, 628:9
**smoke** [6] - 636:22, 637:10, 641:19, 727:20, 727:22, 727:23
**smoked** [1] - 636:21
**smoking** [7] - 637:13, 637:19, 637:22, 641:22, 641:24, 728:9
**snatched** [3] - 707:20, 707:22, 707:24
**snatching** [1] - 613:5
**sneak** [3] - 618:10, 707:4, 720:14
**sneakier** [1] - 764:7
**sneaking** [1] - 720:18
**sneaky** [1] - 764:8
**snuck** [4] - 677:22, 720:6, 720:12, 745:1
**social** [2] - 715:8, 715:14
**sodas** [1] - 634:3
**sold** [6] - 706:13, 706:14, 706:16, 712:16, 714:13, 759:15
**solve** [3] - 687:17, 694:5, 746:5
**solving** [1] - 687:22
**someone** [7] - 615:15, 644:18, 649:20, 668:16, 668:18, 711:19, 734:1
**sometime** [3] - 594:5, 739:20, 778:16
**sometimes** [55] - 594:10, 594:21, 594:23, 595:2, 609:6, 609:8, 618:23, 620:15, 626:8, 627:13, 648:1, 648:2, 671:24, 671:25, 672:1, 672:11, 672:12, 674:4, 674:19, 674:24, 675:1, 675:8, 675:14, 675:15, 683:9, 706:7, 706:8, 706:19, 706:20, 727:24, 727:25, 728:5, 728:18, 728:20, 728:21, 729:4, 730:15, 754:15, 759:17, 759:23, 762:5, 769:8, 769:10, 778:17
**somewhat** [1] - 664:12
**somewhere** [1] - 776:14

**sorry** [13] - 594:1ɔ, ɔʊʋ:7, 629:1, 630:1, 634:14, 635:22, 640:19, 646:1, 647:7, 649:11, 653:8, 681:1, 749:11
**sort** [1] - 686:14
**sorts** [2] - 611:4, 612:8
**sound** [1] - 649:2
**sounded** [1] - 772:4
**sounds** [2] - 709:22, 772:6
**source** [10] - 756:23, 767:23, 768:2, 768:4, 771:6, 776:20, 777:4, 777:7, 777:8, 778:14
**sources** [2] - 605:21, 605:24
**speaking** [8] - 635:24, 656:24, 658:4, 679:1, 679:7, 679:15, 739:14, 747:23
**speaks** [2] - 666:18, 775:15
**specific** [4] - 608:25, 609:5, 620:9, 626:19
**specifically** [17] - 590:18, 590:20, 592:23, 601:25, 619:17, 622:21, 623:12, 627:8, 629:10, 629:17, 631:11, 632:24, 635:19, 637:16, 639:11, 645:4, 647:18
**spectrometry** [1] - 592:25
**speculate** [2] - 683:6, 741:14
**speed** [2] - 664:10, 753:16
**spend** [10] - 607:3, 614:24, 672:10, 700:22, 727:13, 728:2, 728:5, 728:9, 730:7, 771:14
**spending** [1] - 659:6
**spent** [10] - 688:10, 688:11, 700:19, 705:8, 712:25, 721:8, 728:3, 728:5, 728:7, 730:11
**spoken** [3] - 743:12, 743:15, 781:6
**spot** [2] - 598:16, 738:15
**spots** [1] - 609:2
**spring** [2] - 631:15, 631:17
**springtime** [2] - 734:23, 734:24
**square** [1] - 741:13
**stabbed** [2] - 700:11, 700:12
**stairs** [1] - 664:24
**stakes** [1] - 693:6
**stand** [4] - 627:13, 645:23, 648:1
**standing** [2] - 638:19, 643:7
**stands** [1] - 592:24
**start** [1] - 628:14
**started** [10] - 605:19, 613:18, 616:6, 616:7, 624:15, 644:4, 644:7, 645:13, 739:7, 748:11
**state** [1] - 716:7
**STATES** [3] - 587:1, 587:4, 587:12
**States** [19] - 587:7, 587:15, 587:17, 588:19, 596:25, 597:2, 597:8, 617:25, 618:2, 677:14, 677:20, 677:22, 679:25, 693:12, 719:4, 720:22, 720:25, 721:5
**status** [1] - 606:7
**stay** [7] - 604:5, 604:6, 618:13, 643:12, 662:10, 703:23, 718:24
**stayed** [5] - 697:22, 718:12, 718:14, 718:15, 719:1
**staying** [1] - 717:20
**steady** [1] - 606:2

**steal** [19] - 690:19, 690:24, 691:17, 705:12, 705:14, 705:17, 705:24, 706:4, 706:6, 706:9, 706:23, 706:24, 707:1, 709:8, 709:9, 709:21, 711:8, 712:5
**stealing** [8] - 617:11, 690:22, 693:8, 707:13, 707:16, 709:23, 710:22, 711:2, 711:3, 711:5, 711:12, 712:3
**steals** [1] - 707:7
**steering** [7] - 600:9, 600:11, 600:12, 600:14, 602:3, 618:23, 618:24
**stenography** [1] - 587:24
**step** [4] - 596:4, 688:23, 776:13, 780:20
**still** [4] - 636:15, 648:1, 666:25, 766:3
**stipulate** [3] - 588:9, 749:4
**stipulated** [3] - 705:2, 705:6, 755:7
**stipulation** [4] - 588:7, 588:8, 589:2, 589:8
**stir** [1] - 697:2
**stole** [4] - 690:17, 705:10, 705:16, 705:18
**stolen** [3] - 706:17, 706:21, 712:7
**stood** [1] - 637:12
**stoop** [1] - 763:6
**stop** [4] - 613:19, 709:1, 722:13, 741:7
**stopped** [12] - 648:18, 649:13, 649:24, 711:3, 752:7, 752:11, 752:18, 753:15, 753:23, 754:16, 755:18, 763:2
**stopped)** [2] - 649:19, 752:25
**stops** [77] - 651:3, 651:16, 651:21, 652:1, 652:14, 653:5, 653:17, 653:23, 654:4, 654:9, 654:19, 654:22, 655:2, 655:11, 656:8, 656:15, 656:21, 657:8, 657:12, 657:17, 657:22, 658:3, 658:6, 658:13, 658:23, 659:1, 659:11, 659:17, 660:7, 660:10, 660:15, 660:18, 660:21, 661:1, 661:15, 661:22, 662:5, 662:13, 662:20, 662:24, 663:1, 663:6, 663:9, 663:13, 663:16, 664:23, 665:12, 665:25, 666:11, 666:14, 667:15, 668:3, 749:18, 750:8, 750:24, 751:13, 764:10, 764:17, 765:6, 765:11, 765:18, 766:6, 766:17, 768:14, 769:15, 770:11, 770:21, 770:24, 771:16, 771:25, 773:4, 775:5, 775:9, 775:21, 777:3, 777:23, 780:2
**store** [45] - 609:6, 609:17, 609:18, 610:2, 610:3, 610:25, 616:6, 632:9, 633:9, 633:13, 633:16, 633:17, 634:1, 634:12, 634:16, 635:11, 635:14, 636:8, 636:15, 636:20, 637:7, 638:17, 641:1, 641:16, 642:3, 650:6, 705:15, 707:4, 707:11, 711:9, 711:12, 712:11, 734:2, 734:12, 734:13, 734:15, 734:16, 734:17, 750:20, 750:21, 750:22, 751:14, 752:3, 760:5, 760:7
**stores** [2] - 609:5, 650:8
**stowaway** [2] - 719:24, 745:1
**stowed** [3] - 618:7, 618:8, 719:11
**stowing** [1] - 719:12
**straight** [4] - 618:16, 639:13, 640:16,

748:10
**Street** [1] - 640:16
**street** [38] - 594:13, 594:16, 609:17, 615:19, 637:15, 639:2, 640:15, 646:23, 647:16, 647:20, 649:25, 650:2, 650:4, 651:8, 652:6, 653:21, 662:22, 667:20, 681:17, 683:18, 713:21, 713:24, 713:25, 714:8, 716:16, 745:6, 745:9, 748:16, 751:2, 751:7, 751:9, 754:2, 757:10, 763:17, 764:3, 765:23, 770:1
**streets** [5] - 615:20, 617:21, 619:7, 619:8, 702:20
**struggle** [1] - 704:11
**stuff** [7] - 617:20, 617:23, 703:19, 703:21, 703:23, 704:3, 704:12
**subject** [2] - 666:16, 760:19
**submission** [1] - 594:22
**submissions** [1] - 595:3
**submitted** [2] - 590:1, 590:3
**substance** [1] - 588:23
**substances** [2] - 590:2, 590:4
**successful** [1] - 715:9
**Sugar** [1] - 626:1
**sugar** [1] - 621:22
**suggested** [1] - 772:1
**Sulzer** [1] - 587:21
**sum** [1] - 627:12
**summations** [2] - 781:10, 782:5
**sunglasses** [1] - 667:24
**support** [1] - 618:20
**supposed** [5] - 632:7, 683:7, 688:12, 720:14, 775:10
**suspect** [2] - 588:4, 782:5
**suspected** [1] - 590:6
**suspicious** [1] - 774:11
**Sustained** [1] - 682:25
**sustained** [6] - 684:4, 725:7, 725:9, 743:1, 743:3, 743:8, 743:10
**Swiddle** [2] - 723:23, 723:25
**Swittle** [1] - 638:3
**sworn** [2] - 589:15, 596:11
**sworn/affirmed** [1] - 645:23
**system** [7] - 594:8, 685:24, 686:1, 686:5, 717:8, 717:19, 719:8

# T

**tall** [1] - 722:21
**Tall** [3] - 723:8, 723:9, 723:10
**taller** [2] - 722:20, 723:2
**tape** [160] - 648:16, 651:3, 651:16, 651:21, 652:1, 652:14, 653:5, 653:17, 653:23, 654:4, 654:9, 654:19, 654:22, 655:2, 655:11, 656:8, 656:15, 656:21, 657:8, 657:12, 657:17, 657:22, 658:3, 658:6, 658:13, 658:23, 659:1, 659:11, 659:17, 660:7, 660:10, 660:15, 660:18, 660:21, 661:1, 661:15, 661:22, 662:5, 662:13, 662:20, 662:24, 663:1, 663:6, 663:9, 663:13, 663:16, 664:18, 664:23,

665:12, 665:25, 666:11, 666:14, 666:18, 666:19, 667:15, 668:3, 749:6, 749:18, 750:8, 750:24, 751:13, 755:8, 761:1, 763:13, 764:10, 764:17, 765:6, 765:11, 765:18, 766:6, 766:17, 768:14, 769:15, 770:11, 770:21, 770:24, 771:16, 771:25, 773:4, 773:20, 775:5, 775:9, 775:21, 777:3, 777:23, 779:2, 780:2
**Tape** [32] - 648:18, 649:13, 649:19, 649:24, 752:7, 752:11, 752:18, 752:25, 753:15, 753:23, 754:6, 754:16, 755:18, 763:2, 763:10, 765:18, 766:6, 768:14, 770:21
**taught** [1] - 635:12
**team** [5] - 625:8, 630:15, 630:16, 630:25, 631:4
**telephone** [2] - 660:11, 764:11
**teller** [1] - 679:22
**ten** [28] - 595:22, 597:4, 600:25, 603:7, 603:11, 627:16, 627:17, 658:8, 662:9, 664:11, 688:21, 689:2, 698:11, 700:23, 712:24, 712:25, 713:3, 714:22, 724:14, 727:17, 727:19, 728:5, 745:10, 745:12, 772:23, 780:7, 780:10
**terms** [5] - 590:18, 594:5, 602:17, 709:7, 753:20
**Terra** [3] - 620:19, 622:5, 622:6
**terror** [2] - 664:25, 665:24
**Terry** [9] - 732:13, 732:15, 732:17, 733:12, 735:5, 737:2, 737:16, 737:24, 739:15
**terry** [1] - 733:11
**test** [3] - 592:23, 592:24
**tested** [1] - 590:9
**testified** [13] - 589:16, 591:2, 596:12, 619:22, 645:24, 673:10, 673:12, 721:18, 724:4, 725:2, 745:14, 747:1, 747:6
**testify** [7] - 589:9, 606:15, 672:17, 683:18, 683:20, 734:7, 741:19
**testifying** [3] - 591:9, 734:4, 742:20
**testimony** [11] - 591:9, 591:12, 672:15, 673:11, 681:4, 694:6, 740:25, 743:13, 754:20, 780:24, 781:4
**tests** [3] - 592:21, 592:22, 593:4
**th** [1] - 675:15
**THE** [54] - 587:11, 590:20, 590:23, 591:21, 591:23, 596:5, 597:23, 598:11, 600:11, 600:13, 600:15, 602:24, 604:25, 614:15, 644:11, 644:14, 645:19, 649:11, 649:18, 655:23, 655:25, 678:19, 678:22, 678:24, 680:25, 681:2, 684:12, 684:14, 731:3, 733:5, 736:9, 736:12, 736:14, 737:7, 737:12, 738:15, 738:17, 740:13, 740:17, 740:21, 742:12, 742:16, 742:19, 742:22, 743:5, 743:23, 744:12, 745:22, 748:23, 768:12, 779:13, 779:17, 779:20, 779:23
**The court** [142] - 588:2, 588:8, 588:14,

588:16, 589:4, 589:8, 590:17, 590:22, 590:24, 591:8, 591:20, 591:22, 592:2, 592:6, 592:17, 592:19, 593:20, 596:2, 596:4, 596:6, 597:20, 598:4, 598:6, 598:9, 598:12, 598:14, 600:10, 600:12, 600:14, 601:8, 601:21, 601:23, 602:4, 602:23, 608:8, 610:15, 614:14, 620:21, 644:10, 644:12, 645:14, 645:17, 646:1, 649:2, 649:5, 649:9, 655:21, 655:24, 664:5, 664:8, 664:12, 666:19, 666:22, 666:24, 670:13, 671:4, 678:17, 678:20, 678:23, 678:25, 680:20, 681:1, 682:7, 682:15, 682:25, 684:3, 684:10, 684:13, 725:7, 725:9, 726:11, 726:13, 726:16, 726:18, 730:18, 730:23, 731:2, 731:8, 731:14, 731:19, 732:2, 733:2, 733:6, 736:6, 736:11, 736:13, 736:15, 736:18, 736:25, 737:5, 737:10, 737:14, 738:14, 738:16, 740:10, 740:14, 740:18, 740:22, 741:5, 741:7, 742:9, 742:13, 742:17, 742:20, 742:23, 743:1, 743:3, 743:8, 743:10, 743:21, 743:24, 744:1, 744:7, 744:10, 744:13, 745:3, 745:14, 745:20, 749:12, 768:7, 768:11, 768:13, 772:17, 772:22, 772:24, 773:3, 779:8, 779:10, 779:15, 779:18, 779:21, 779:24, 780:7, 780:10, 780:12, 780:15, 780:20, 780:22, 781:20, 782:1, 782:8, 782:10
**theft** [1] - 712:12
**thinking** [1] - 768:23
**third** [3] - 736:22, 747:6, 770:16
**thirteen** [2] - 657:5, 657:6
**thirty** [2] - 674:17, 674:24
**thousand** [6] - 595:5, 595:6, 595:8, 673:1, 673:2, 674:12
**three** [18] - 592:22, 598:2, 598:3, 598:5, 598:8, 598:9, 598:11, 632:6, 671:25, 706:7, 706:19, 727:8, 728:20, 728:21, 729:20, 740:6, 756:15, 762:9
**throughout** [1] - 768:20
**tie** [9] - 702:25, 703:3, 703:5, 703:14, 703:15, 703:25, 704:5, 704:9, 704:21
**tied** [12] - 614:12, 701:3, 701:4, 701:12, 701:14, 702:23, 704:2, 704:3, 704:6, 704:11, 704:16
**timing** [1] - 775:7
**today** [13] - 588:5, 606:16, 607:24, 608:13, 619:7, 670:5, 672:18, 688:3, 731:7, 731:15, 734:4, 734:7, 781:2
**together** [2] - 668:23, 672:14
**tomorrow** [10] - 619:8, 772:18, 780:23, 780:25, 781:8, 781:18, 781:22, 782:3, 782:5, 782:10
**tone** [1] - 632:20
**tonight** [1] - 772:21
**took** [19] - 611:20, 614:12, 615:20, 633:6, 639:2, 639:15, 643:25, 655:16, 655:18, 671:2, 696:7, 697:5, 697:17, 701:3, 702:21, 704:3, 756:23, 769:1

**top** [2] - 643:5, 650:9
**Torell** [1] - 628:18
**Torrell** [10] - 622:5, 765:1, 765:2, 765:3, 765:7, 766:7, 766:10, 766:19, 767:1, 770:10
**torrel** [1] - 622:7
**Torrell** [5] - 628:20, 628:23, 629:11, 630:3, 630:5
**total** [1] - 698:7
**touch** [3] - 609:9, 657:14, 657:16
**toward** [1] - 636:18
**towards** [6] - 629:19, 637:12, 639:2, 640:16, 642:15
**transaction** [7] - 648:7, 656:1, 656:4, 659:15, 661:10, 665:8, 776:7
**transactions** [5] - 647:3, 647:16, 659:25, 661:24, 664:1
**TRANSCRIPT** [1] - 587:11
**transcript** [1] - 587:24
**transcription** [1] - 587:25
**transpired** [1] - 647:16
**tree** [1] - 641:12
**trial** [5] - 588:4, 605:16, 670:1, 683:4, 686:8
**TRIAL** [1] - 587:11
**tried** [13] - 613:3, 638:5, 685:8, 690:18, 690:19, 690:25, 691:3, 691:6, 691:8, 705:17, 719:19, 729:11, 748:11
**tries** [1] - 709:21
**Trinidad** [18] - 596:24, 617:16, 617:17, 617:19, 677:16, 693:15, 713:17, 713:22, 715:18, 718:2, 718:13, 718:16, 718:18, 718:24, 719:3, 721:8, 726:4
**Trinny** [4] - 611:2, 635:2, 635:3, 642:22
**trouble** [2] - 613:9, 721:16
**true** [10] - 676:17, 678:3, 679:10, 682:4, 682:7, 709:10, 718:25, 726:2, 778:4, 778:16
**truly** [1] - 769:8
**truth** [12] - 602:9, 679:22, 688:9, 688:13, 688:15, 688:16, 688:18, 688:24, 693:21, 693:23, 715:3, 719:19, 726:6, 726:7, 726:8, 779:4
**truthful** [2] - 604:13, 680:6
**try** [14] - 648:15, 655:21, 664:10, 668:15, 686:4, 690:24, 691:5, 691:9, 692:24, 707:4, 707:8, 708:2, 708:25, 744:4
**trying** [21] - 637:23, 642:24, 685:5, 685:10, 685:13, 686:5, 686:6, 688:7, 691:17, 693:1, 693:20, 717:17, 726:1, 747:22, 748:7, 753:13, 764:5, 766:18, 778:20, 780:9, 780:15
**turn** [2] - 601:16, 733:3
**turned** [1] - 776:19
**TV** [1] - 745:19
**twenty** [9] - 594:2, 594:3, 613:13, 672:7, 672:8, 672:9, 674:24, 698:11, 728:5
**twenty-eight** [2] - 594:2, 594:3

**twenty-one** [1] - 613:13
**twice** [3] - 698:4, 698:7, 728:18
**two** [46] - 595:13, 595:15, 595:19, 595:20, 595:22, 616:6, 627:17, 627:18, 640:1, 642:22, 665:2, 665:14, 668:8, 669:8, 671:25, 672:11, 674:12, 682:9, 706:24, 707:24, 718:14, 718:15, 718:16, 727:8, 727:25, 728:1, 733:14, 733:15, 734:5, 734:6, 735:3, 735:22, 747:5, 758:22, 758:23, 761:18, 761:21, 761:25, 762:9, 762:23, 763:16, 768:21, 775:20
**types** [5] - 599:22, 605:1, 611:6, 668:12, 706:9
**typical** [3] - 594:22, 765:23, 765:25

## U

**U.S** [5] - 602:24, 618:4, 719:3, 719:25, 720:17
**uncontrolled** [1] - 590:2
**under** [8] - 602:6, 629:12, 630:5, 630:20, 716:5, 726:1, 742:20, 780:6
**undercover** [3] - 645:2, 646:13, 668:12
**UNITED** [3] - 587:1, 587:4, 587:12
**United** [19] - 587:7, 587:15, 587:17, 588:19, 596:25, 597:2, 597:7, 617:25, 618:2, 677:14, 677:20, 677:22, 679:25, 693:12, 719:4, 720:22, 720:25, 721:5
**University** [1] - 590:14
**unwired** [2] - 755:22, 756:1
**up** [129] - 593:11, 597:7, 597:19, 597:22, 598:6, 602:20, 602:24, 603:1, 603:6, 604:1, 608:23, 612:2, 612:15, 612:17, 612:18, 613:4, 613:18, 614:12, 615:10, 615:19, 615:21, 616:1, 616:7, 617:2, 617:7, 619:15, 619:18, 619:19, 622:24, 627:12, 627:18, 628:13, 631:7, 633:5, 633:19, 633:21, 634:6, 635:2, 635:16, 635:17, 637:2, 637:15, 640:6, 640:18, 642:3, 642:17, 643:12, 643:19, 643:21, 647:20, 653:15, 655:17, 655:21, 657:15, 657:19, 664:11, 664:24, 665:16, 665:17, 665:18, 666:9, 666:13, 666:16, 667:9, 667:10, 669:6, 681:6, 681:12, 686:9, 687:2, 691:18, 701:3, 701:4, 701:12, 701:14, 702:8, 702:23, 702:25, 703:3, 703:14, 703:15, 703:25, 704:2, 704:3, 704:5, 704:6, 704:9, 704:11, 704:13, 704:16, 704:22, 705:25, 708:21, 710:8, 716:2, 716:16, 716:20, 717:20, 717:23, 728:14, 729:19, 730:6, 730:10, 731:15, 733:6, 735:4, 749:8, 749:22, 749:24, 750:4, 753:16, 754:9, 756:11, 756:18, 757:2, 760:19, 761:13, 762:16, 764:3, 772:21, 774:25, 781:16
**upset** [1] - 697:11
**upstairs** [5] - 778:2, 779:14, 779:16, 779:19, 779:22

## V

**Vadim** [2] - 589:6, 591:5
**VADIM** [2] - 589:14, 783:2
**value** [2] - 594:13, 594:16
**varied** [2] - 671:22, 706:7
**varies** [2] - 674:23, 706:23
**vicinity** [1] - 734:18
**victims** [1] - 681:11
**video** [5] - 614:6, 648:17, 656:11, 776:22, 776:23
**videos** [1] - 778:17
**videotape** [4] - 776:6, 776:7, 778:15, 778:20
**view** [2] - 633:17, 642:25
**violating** [1] - 710:13
**voice** [9] - 597:19, 597:22, 598:4, 655:17, 655:21, 657:15, 661:16, 661:18, 665:16
**volume** [1] - 648:14
**volunteer** [1] - 692:16
**volunteered** [1] - 733:21
**vulgar** [1] - 766:23
**vulgarity** [1] - 767:3

## W

**waist** [1] - 639:6
**wait** [3] - 724:5, 768:21, 772:24
**waiting** [5] - 613:20, 652:16, 657:14, 657:16, 717:22
**walk** [3] - 642:3, 693:18, 705:16
**walked** [7] - 634:2, 636:8, 638:14, 718:8, 759:8, 760:14
**walking** [8] - 631:24, 632:23, 637:15, 753:24, 754:2, 754:4, 769:20, 769:21
**wall** [2] - 639:16, 639:18
**wants** [4] - 718:7, 754:18, 765:22, 779:8
**warrant** [8] - 715:24, 715:25, 716:2, 716:7, 716:13, 716:21, 717:19
**warrants** [2] - 617:9, 716:23
**waste** [1] - 589:11
**watching** [1] - 709:13
**ways** [1] - 741:15
**weapon** [1] - 700:9
**weapons** [2] - 700:7, 703:7
**wear** [1] - 771:23
**wearing** [3] - 608:4, 748:5, 748:11
**Wednesday** [2] - 781:10, 782:6
**weed** [34] - 622:22, 622:23, 622:24, 623:10, 631:6, 631:22, 632:7, 632:12, 635:13, 651:7, 651:8, 651:11, 652:4, 652:5, 655:4, 655:5, 659:16, 663:5, 663:15, 667:10, 722:14, 728:22, 729:1, 729:10, 729:12, 729:19, 738:13, 738:15, 738:16, 759:24, 763:16, 764:2, 768:9, 777:6
**week** [26] - 588:4, 598:2, 598:3, 598:5,

598:8, 598:9, 598:11, 674:15, 698:4, 698:7, 706:6, 706:8, 706:19, 712:21, 727:8, 727:24, 728:7, 728:13, 728:20, 728:22, 729:20, 729:24, 781:15

**weekend** [1] - 588:3

**weekly** [2] - 727:14, 727:15

**weeks** [5] - 698:11, 718:14, 718:15, 718:16

**weight** [8] - 589:1, 589:9, 593:7, 593:10, 593:16, 654:11, 654:12, 654:14

**weights** [1] - 593:14

**whole** [4] - 651:9, 699:17, 699:19, 774:19

**Whyte** [1] - 765:2

**wire** [4] - 748:5, 748:11, 769:20, 769:21

**wired** [3] - 647:20, 747:9, 756:6

**wishes** [1] - 781:4

**withdrawn** [1] - 724:25

**WITNESS** [48] - 590:20, 590:23, 591:21, 591:23, 596:5, 597:23, 598:11, 600:11, 600:13, 600:15, 602:24, 604:25, 614:15, 644:11, 644:14, 655:23, 655:25, 678:19, 678:22, 678:24, 680:25, 681:2, 684:12, 684:14, 733:5, 736:9, 736:12, 736:14, 737:7, 737:12, 738:15, 738:17, 740:13, 740:17, 740:21, 742:12, 742:16, 742:19, 742:22, 743:5, 743:23, 744:12, 745:22, 768:12, 779:13, 779:17, 779:20, 779:23

**witness** [17] - 588:6, 589:11, 589:15, 596:6, 596:7, 596:11, 597:18, 608:7, 641:7, 681:10, 684:1, 684:5, 684:13, 731:4, 731:5, 731:12, 780:21

**witnessed** [7] - 682:10, 683:22, 684:8, 684:10, 721:10, 721:13, 721:21

**witnesses** [4] - 591:11, 670:1, 780:25, 781:4

**witnessing** [1] - 644:19

**woman** [1] - 683:11

**won** [1] - 614:10

**word** [6] - 708:21, 719:15, 719:17, 762:14, 762:15, 777:8

**words** [6] - 635:19, 707:7, 709:15, 713:7, 715:2, 763:15

**worker** [3] - 625:11, 625:25, 626:2

**works** [3] - 619:3, 647:20, 726:12

**worried** [1] - 687:13

**worry** [1] - 687:16

**worth** [5] - 658:8, 712:24, 713:1, 713:3, 729:1

**wrapped** [1] - 622:24

**write** [9] - 603:24, 608:12, 688:20, 700:1, 705:25, 727:1, 739:5, 741:2, 743:6

**writes** [2] - 726:14, 726:23

**writing** [3] - 601:5, 752:19, 752:22

**written** [1] - 726:12

**wrote** [9] - 681:3, 682:12, 729:10, 739:3, 740:24, 741:1, 742:8, 742:9

## Y

**yard** [1] - 651:11

**year** [8] - 644:10, 713:9, 713:14, 730:5, 730:10, 730:17, 762:2

**years** [37] - 589:24, 600:25, 603:7, 603:11, 605:10, 605:13, 605:18, 611:16, 614:3, 614:4, 614:25, 644:12, 683:7, 688:21, 689:2, 693:9, 698:12, 699:9, 700:19, 705:8, 712:25, 713:2, 713:4, 713:7, 713:16, 714:8, 719:1, 721:8, 733:14, 733:15, 743:19, 744:11, 745:10, 745:12, 746:11, 756:16, 759:19

**yes,sir** [1] - 614:19

**yesterday** [1] - 608:13

**yo** [7] - 631:21, 635:11, 738:13, 765:23, 765:24, 765:25, 766:3

**Yo** [4] - 764:8, 764:18, 766:21

**Yo-Yo** [1] - 764:18

**yoh** [1] - 638:10

**YORK** [1] - 587:1

**York** [10] - 587:7, 587:18, 587:20, 587:22, 629:19, 676:11, 732:8, 754:3, 754:4

**younger** [2] - 710:7, 710:23

**yourself** [12] - 618:20, 626:17, 669:21, 675:18, 685:11, 687:14, 687:16, 687:25, 688:3, 688:7, 701:14, 735:17

**yourselves** [1] - 731:16